IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 26-90103 (ARP) <br><br> (Joint Administration Requested) <br><br> **Ref. Docket No.** ____ |

**FIRST OMNIBUS
ORDER, PURSUANT TO
SECTIONS 105(a), 365(a), AND 554 OF
THE BANKRUPTCY CODE, AUTHORIZING
DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY, AND
(B) EXECUTORY CONTRACTS, EFFECTIVE AS OF THE
PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors")[3] for the entry of an order (this "Order"), pursuant to sections 105(a), 365, and 554 of the Bankruptcy Code, authorizing the Debtors to (a) reject the Rejected Leases, including, without limitation, any amendments, modifications, subleases, termination agreements, Subordination, Non-Disturbance, and Attornment Agreement, or other ancillary documents related thereto, and Rejected Contracts set forth on **Schedule 1** and **Schedule 2** to this Order, respectively, effective as of the Petition Date,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3] For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

and (b) abandon any Personal Property that remains on any of the Rejected Premises; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), and the *Order of Reference to Bankruptcy Judges* from the United States District Court for the Southern District of Texas, entered May 24, 2012; and this Court having found that venue of these Chapter 11 Cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court having determined that it may enter an order consistent with Article III of the United States Constitution; and upon the record in these Chapter 11 Cases and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

   **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. To the extent the Rejected Agreements were not already terminated as of the Petition Date and are subject to assumption or rejection under section 365 of the Bankruptcy Code, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases and Rejected Contracts set forth on **Schedule 1** and **Schedule 2** hereto, respectively, shall be deemed rejected by the Debtors effective as of the Petition Date.

3. Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, as of the Petition Date any Personal Property remaining on the Rejected Premises is

hereby abandoned by the Global Debtors free and clear of all liens, claims, encumbrances, interests, and rights of third parties effective as of the Petition Date. Landlords of the Rejected Premises may dispose of any and all abandoned Personal Property remaining on the Rejected Premises without further notice or liability to any third party. The automatic stay, to the extent applicable, is modified solely to allow for such disposition.

4. If the Debtors have deposited monies with a counterparty to a Rejected Agreement as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5. Any person or entity that holds a claim arising from the rejection of the Rejected Agreements must file a proof of claim for rejection damages claims, if any, on or before the later of: (a) the general deadline established for filing proofs of claim for these Chapter 11 Cases and (b) thirty days after the entry of this Order, or else be forever barred from asserting such claim.

6. Nothing in this Order shall impair, prejudice, waive, or otherwise affect any of the rights of the Debtors to: (a) assert that the Rejected Agreements (i) were terminated on the Petition Date, or (ii) are not executory contracts or unexpired leases under section 365 of the Bankruptcy Code; (b) assert any objection or defense to any asserted rejection damages including, among other things, that any claim for damages arising from the rejection of the Rejected Agreements is limited to the remedies available under any applicable termination provisions of the Rejected Agreements; (c) assert that any claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise contest any claims that may be asserted in connection with the Rejected Agreements. All rights, claims, defenses and causes of action that the Debtors, their estates, and any other party may have against the counterparties to the Rejected Agreements, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected

Agreements, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses, and causes of action.

7. Nothing in this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date, (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date, or (c) create any rights in favor of or enhance the priority or status of any claim held by any party.

8. The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

9. Notice of the Motion as set forth therein is good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

10. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

11. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas

Dated: _____, 2026

_____
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

### List of Rejected Leases[1]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 1. | HBS Leasehold LLC | LT Eastchester LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>750 White Plains Road<br>Scarsdale, NY 10583 | 1/13/26 |
| 2. | HBS Leasehold LLC | LT Ridgewood LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>N. Route<br>17 E Ridgewood Ave<br>Paramus, NJ 07652 | 1/13/26 |

---

[1] The Rejected Leases referenced herein include any amendments, modifications, subleases, termination agreements, Subordination, Non-Disturbance, and Attornment Agreement, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 3. | HBS Leasehold LLC | LT Westfield LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>609 North Avenue<br>Westfield, NJ 07090 | 1/13/26 |
| 4. | HBS Leasehold LLC | LT Bridgewater LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Bridgewater Commons<br>400 Commons Way<br>Bridgewater, NJ 08807 | 1/13/26 |
| 5. | HBS Leasehold LLC | LT King of Prussia LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>King of Prussia Plaza<br>180 North Gulph Road<br>King of Prussia, PA 19406 | 1/13/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 6. | HBS Leasehold LLC | LT Willowbrook LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Willowbrook Mall<br>4 Willowbrook Blvd<br>Wayne, NJ 07470 | 1/13/26 |
| 7. | HBS Leasehold LLC | LT Woodfield LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Woodfield Mall<br>#4 Woodfield Mall<br>Schaumburg, IL 60173 | 1/13/26 |
| 8. | HBS Leasehold LLC | LT Twelve Oaks LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Twelve Oaks Mall<br>27650 Novi Road<br>Novi, MI 48377 | 1/13/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 9. | HBS Leasehold LLC | LT Columbia LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>The Mall in Columbia<br>10300 Little Patuxent Pkwy<br>Columbia, MD 21044 | 1/13/26 |
| 10. | HBS Leasehold LLC | LT Walden Galleria LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Walden Galleria<br>8 Walden Galleria<br>Buffalo, NY 14225 | 1/13/26 |
| 11. | HBS Leasehold LLC | LT Quakerbridge Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br>Quakerbridge Mall<br>Rt. 1 & Quakerbridge Road<br>Lawrenceville, NJ 08648 | 1/13/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 12. | HBS Leasehold LLC | LT Walt Whitman Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Walt Whitman<br>158 Walt Whitman Road<br>Huntington Station, NY 11746 | 1/13/26 |
| 13. | HBS Leasehold LLC | LT Burlington Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Burlington Mall<br>1320 Burlington Mall Road<br>Burlington, MA 01803 | 1/13/26 |
| 14. | HBS Leasehold LLC | LT Livingston Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Livingston Mall<br>111 Eisenhower Pkwy<br>Livingston, NJ 07039 | 1/13/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 15. | HBS Leasehold LLC | LT Bay Shore Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Westfield South Shore<br>1701 Sunrise Hwy<br>Bay Shore, NY 11706 | 1/13/26 |
| 16. | HBS Leasehold LLC | LT Westfarms Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Westfarms Mall<br>400 West Farms Mall<br>Farmington, CT 06032 | 1/13/26 |
| 17. | HBS Leasehold LLC | LT Palisades Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Palisades Center<br>1825 Palisades Center Drive<br>West Nyack, NY 10994 | 1/13/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 18. | HBS Leasehold LLC | LT Carousel Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Destiny USA<br>9629 Destiny USA Drive<br>Syracuse, NY 13290 | 1/13/26 |
| 19. | HBS Leasehold LLC | LT Danbury Leasehold LLC | c/o Simon Property Group<br>225 W Washington Street, 14th Floor<br>Indianapolis, IN 46204<br>Attn: James M. Barkley, Esq.<br>Email : jbarkley@simon.com<br>Facsimile : (317) 685-7377<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Mitchell L. Berg, Esq.<br>Email: mberg@paulweiss.com<br>Facsimile : (212) 492-0048 | Master Lease, dated as of July 22, 2015.<br><br>Danbury Fair Mall<br>7 Backus Avenue<br>Danbury, CT 06810 | 1/13/26 |
| 20. | HBS Leasehold LLC | Netflix CPX, LLC | Netflix, Inc.<br>121 Albright Way<br>Los Gatos, CA 95032<br>Attn: Real Estate<br><br>Netflix, Inc.<br>6061 W. Sunset Blvd.<br>Los Angeles, CA 90028<br>Attn: Real Estate Legal Team<br>realestate-notices@netflix.com | Lease, dated as of March 7, 2024<br><br>King of Prussia Plaza<br>180 North Gulph Road<br>King of Prussia, PA 19406 | 1/13/26 |
| 21. | HBS Leasehold LLC | Jordan's Furniture, Inc. | Jordan's Furniture, Inc.<br>450 Revolutionary Drive<br>East Taunton, MA 02718<br>Attn: President, Chief Financial Officer | Agreement of Sublease, dated as of November 3, 2022<br><br>Westfarms Mall<br>400 West Farms Mall<br>Farmington, CT 06032 | 1/13/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 22. | HBS Leasehold LLC | White Plains Hospital Medical Center | White Plains Hospital Medical Center<br>41 East Post Road<br>White Plains, NY 10601<br>Attn: President<br><br>Garfunkel Wild, P.C.<br>111 Great Neck Road<br>Suite 600<br>Great Neck, NY 11021<br>Attn: Sean P. Leyden, Esq. | Lease, dated as of July 27, 2022<br><br>Freestanding<br>41 East Post Road<br>White Plains, NY 10601 | 1/13/26 |
| 23. | HBS Leasehold LLC | Penney Property Sub Holdings LLC | Penney Property Sub Holdings LLC<br>6501 Legacy Dr., Suite B100<br>Plano, Texas 75024<br>Attn: Real Estate Counsel; Property Manager for Store; Store Manager<br>Email: RENotices-dl@jcp.com | Sublease, dated as of June 14, 2023<br><br>Willowbrook Mall<br>4 Willowbrook Blvd<br>Wayne, NJ 07470 | 1/13/26 |
| 24. | HBS Leasehold LLC | Equinox White Plains Road, Inc. | Equinox White Plains Road, Inc.<br>31 Hudson Yards, 15th Floor<br>New York, New York 10001<br>Attention: Real Estate<br><br>Blank Rome LLP 1271 Avenue of the Americas<br>New York, New York 10020<br>Attention: Samuel Walker, Esq. | Lease, dated as of September 5, 2025.<br><br>750 White Plains Road<br>Scarsdale, NY 10583 | 1/13/26 |
| 25. | Saks & Company LLC | California Union Square L.P. | c/o RREEF Management L.L.C.<br>222 S. Riverside Plaza<br>Chicago, Illinois 60606<br>Attention: Jeff Kahl | Lease dated August 2, 1991<br><br>384 Post Street, San Francisco, CA 94108 | 1/13/26 |
| 26. | HBS Leasehold LLC | Tatte Holdings, LLC | 320 Congress Street, 5th Floor<br>Boston, MA 02110<br>Attn : Kirk Esherick<br><br>Dalton & Finegold LLP<br>125 High Street<br>Boston, MA 02110<br>Attn : James H. Cohen, Esq. | Lease, dated as of October 29, 2025.<br><br>750 White Plains Road<br>Scarsdale, NY 10583 | 1/13/26 |

## Schedule 2
### List of Rejected Contracts [1]

| # | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION / TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 1. | Saks & Company LLC | ABG-Barneys, LLC | Attn: Jay Dubiner, Tim Reid<br>c/o Authentic Brands Group, LLC<br>1411 Broadway, 4th Floor<br>New York, NY 10018 | Retail License Agreement<br>Dated: October 16, 2019 | 1/13/2026 |
| 2. | Saks & Company LLC | ABG-Barneys, LLC | Attn: Jay Dubiner, Tim Reid<br>c/o Authentic Brands Group, LLC<br>1411 Broadway, 4th Floor<br>New York, NY 10018 | Amendment No. 1 to<br>Retail License Agreement<br>Dated: December 19, 2019 | 1/13/2026 |
| 3. | Saks & Company LLC | ABG-Barneys, LLC | Attn: Jay Dubiner, Tim Reid<br>c/o Authentic Brands Group, LLC<br>1411 Broadway, 4th Floor<br>New York, NY 10018 | Amendment No. 2 to<br>Retail License Agreement<br>Dated: January 1, 2025 | 1/13/2026 |
| 4. | Saks.com LLC | Alexandra Hossick | Attn: Alexandra Hossick<br>[Contact on File] | First Amendment to Jewelry Design Concept Agreement<br>Dated: December 2023 | 1/13/2026 |
| 5. | HBC GP LLC | Amazon.com NV Investment Holdings LLC | Amazon.com NV Investment Holdings, LLC<br>c/o Amazon.com, Inc.<br>410 Terry Avenue North<br>Seattle, Washington 98109<br><br>Attn: Andrew Elken; Tessa Bernhardt<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 | Settlement and Equityholder Rights' Agreement and Release<br>Dated: October 3, 2025 | 1/13/2026 |
| 6. | Saks Global Enterprises LLC | Amazon.com NV Investment Holdings LLC | Amazon.com NV Investment Holdings, LLC<br>c/o Amazon.com, Inc.<br>410 Terry Avenue North<br>Seattle, Washington 98109 | Letter Agreement Re: CEO Matters<br>Dated: December 23, 2024 | 1/13/2026 |
| 7. | Saks Global Holdings LLC | Amazon.com Services LLC | 410 Terry Avenue North Seattle, WA 98109-5210, United States | Amazon Services Business Solutions Agreement | 1/13/2026 |
| 8. | Saks Global Holdings LLC | Amazon.com Services LLC | 410 Terry Avenue North Seattle, WA 98109-5210, United States | Addendum to Amazon Services Business Solutions Agreement<br>Dated: December 23, 2024 | 1/13/2026 |
| 9. | Saks Global Holdings LLC | Amazon.com Services LLC | 410 Terry Avenue North Seattle, WA 98109-5210, United States | Second Addendum to Amazon Services Business Solutions Agreement<br>Dated: October 3, 2025 | 1/13/2026 |
| 10. | Saks & Company LLC | American Express Travel Related Services Company, Inc. ("Amex") | Attn: Vice President and Senior Counsel, Dean Robbins<br>General Counsel's Office<br>American Express Tower<br>200 Vesey Street<br>New York, NY 10285-3500 | Amended and Restated Master Services Agreement<br>Effective Date: 1/01/2024 | 1/13/2026 |
| 11. | Saks.com LLC | Authentic Luxury Group LLC | Attn: Legal Department<br>c/o Authentic Brands Group LLC<br>1411 Broadway, 22nd Floor<br>New York, New York 10018 | Payment Agreement<br>Dated: December 23, 2024 | 1/13/2026 |
| 12. | NMG Interco LLC | Authentic Luxury Group LLC | Attn: Legal Department<br>c/o Authentic Brands Group LLC<br>1411 Broadway, 22nd Floor<br>New York, New York 10018 | Payment Agreement<br>Dated: December 23, 2024 | 1/13/2026 |
| 13. | Saks & Company LLC | Authentic Luxury Group LLC | Attn: Legal Department<br>c/o Authentic Brands Group LLC<br>1411 Broadway, 22nd Floor<br>New York, New York 10018 | Purchase Commitment Letter Agreement<br>Dated: December 23, 2024 | 1/13/2026 |
| 14. | The Neiman Marcus Group LLC | Coupa Software Inc. | Attn: Legal Dept, Dan Hill<br>1855 S Grant St<br>San Mateo CA, 94402 | Master Subscription Agreement<br>Effective Date: 12/28/2021 | 1/13/2026 |

[1] The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

## Schedule 2
List of Rejected Contracts

| # | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION / TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 15. | The Neiman Marcus Group LLC (f/k/a "The Neiman Marcus Group, Inc.") | Coupa Software Inc. | Attn: Jon Stueve, Dan Hill<br>1855 S Grant St<br>San Mateo CA, 94402 | Order Form<br>Dated: 12/30/2021 | 1/13/2026 |
| 16. | The Neiman Marcus Group LLC (f/k/a "The Neiman Marcus Group, Inc.") | Coupa Software Inc. | Attn: Roger Kopfmann, Dan Hill<br>1855 S Grant St<br>San Mateo CA, 94402 | Order Form<br>Effective Date: 11/04/2021 | 1/13/2026 |
| 17. | The Neiman Marcus Group LLC (f/k/a "The Neiman Marcus Group, Inc.") | Coupa Software Inc. | Attn: Jon Stueve, Dan Hill<br>1855 S. Grant Street<br>San Mateo, CA 94402 | Order Form<br>Effective Date: 12/30/2021 | 1/13/2026 |
| 18. | The Neiman Marcus Group LLC (f/k/a "The Neiman Marcus Group, Inc.") | Coupa Software Inc. | Attn: Ron Chang, Dan Hill<br>950 Tower Lane, 20th Fl<br>Foster City CA, 94404 | Order Form<br>Effective Date: 12/30/2024 | 1/13/2026 |
| 19. | Saks.com LLC | Evotix Inc. | Attn: Scott Sweeney, Cole Mandl, Julia Munroe<br>205 W Wacker Dr #1800<br>Chicago, IL 60606 | Service Order<br>Effective Date: 12/02/2024 | 1/13/2026 |
| 20. | Saks.com LLC | Evotix Inc. | Attn: Cole Mandl, Julia Munroe<br>625 West Adams Street<br>Chicago, IL, 60661 | US Framework Services Agreement<br>Effective Date: 2/23/2023 | 1/13/2026 |
| 21. | The Neiman Marcus Group LLC (f/k/a "The Neiman Marcus Group, Inc.") | FedEx Corporate Services, Inc. | Attn: Bill Meredith<br>30 FedEx Parkway,<br>Collierville, TN 38017 | Fedex Unified Specification Exchange (Fuse) End-User License Agreement<br>Effective Date: December 22, 2014 | 1/13/2026 |
| 22. | Saks OFF 5TH LLC | Impact Analytics, Inc. | Attn: Luke Batman, Steve Gordon<br>780 Elkridge Landing Road<br>Suite 100<br>Linthicum, MD 21090 | Exhibit C to the Master Services Agreement<br>Effective Date: 4/22/2024 | 1/13/2026 |
| 23. | Saks OFF 5TH LLC | Impact Analytics, Inc. | Attn: Luke Batman, Steve Gordon<br>780 Elkridge Landing Road<br>Suite 100<br>Linthicum, MD 21090 | Master Service Agreement<br>Effective Date: 4/19/2024 | 1/13/2026 |
| 24. | Saks OFF 5TH LLC | Impact Analytics, Inc. | Attn: Prashant Agrawal, Luke Batman, Steve Gordon<br>780 Elkridge Landing Road<br>Suite 100<br>Linthicum, MD 21090 | Statement of Work<br>Effective Date: 4/19/2024 | 1/13/2026 |
| 25. | Saks Global Enterprises LLC | Jefferies LLC | Attn: James Walsh<br>520 Madison Ave<br>New York, NY 10022 | Fee Letter<br>Dated: August 30, 2025 | 1/13/2026 |
| 26. | The Neiman Marcus Group LLC (f/k/a "Neiman Marcus") | Khoros, LLC | Attn: Eric Kranda, Blake Pistor<br>7300 Ranch Road 2222, Building 3<br>Austin, TX 78730-3204 | Service Order<br>Effective Date: 10/01/2021 | 1/13/2026 |
| 27. | The Neiman Marcus Group LLC | Khoros, LLC f/k/a Spredfast, Inc. | Attn: General Counsel, Blake Pistor<br>200 W. Cesar Chavez, Ste. 600<br>Austin, TX 78701 | Master Services Agreement<br>Effective Date: 5/31/2017 | 1/13/2026 |
| 28. | The Neiman Marcus Group LLC (f/k/a "Neiman Marcus") | Khoros, LLC | Attn: Eric Kranda, Blake Pistor<br>7300 Ranch Road 2222, Building 3<br>Austin, TX 78730-3204 | Service Order<br>Effective Date: 10/01/2024 | 1/13/2026 |
| 29. | Saks.com LLC | Laurel Strategies, Inc. | Attn: Alan H.H. Fleischmann<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037 | Engagement Letter (as may be amended, modified or supplemented).<br>Dated: August 15, 2021 | 1/13/2026 |
| 30. | Saks OFF 5TH LLC | Laurel Strategies, Inc. | Attn: Alan H.H. Fleischmann<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037 | Engagement Letter (as may be amended, modified or supplemented).<br>Dated: August 15, 2021 | 1/13/2026 |
| 31. | Saks Global Enterprises LLC (f/k/a HBC US Holdings LLC) | Laurel Strategies, Inc. | Attn: Alan H.H. Fleischmann<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037 | Engagement Letter (as may be amended, modified or supplemented).<br>Dated: August 15, 2021 | 1/13/2026 |
| 32. | Saks.com LLC | Lipman Studio LLC | Attn: David Lipman<br>447 Broadway, 5th Floor<br>New York, NY 10013 | Confirmation of Copyright Assignment<br>Dated: September 1, 2022 | 1/13/2026 |

## Schedule 2
### List of Rejected Contracts

| # | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION / TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 33. | Saks.com LLC | Lipman Studio LLC | Attn: David Lipman<br>447 Broadway, 5th Floor<br>New York, NY 10013 | Consulting Services Agreement<br>Dated: September 1, 2022 | 1/13/2026 |
| 34. | Saks.com LLC | Lipman Studio LLC | Attn: David Lipman<br>447 Broadway, 5th Floor<br>New York, NY 10013 | Amendment No. 1 to Consulting Services Agreement<br>Dated: May 13, 2025 | 1/13/2026 |
| 35. | Saks.com LLC | Lipman Studio LLC | Attn: David Lipman<br>447 Broadway, 5th Floor<br>New York, NY 10013 | Amendment No. 1 to Consulting Services Agreement<br>Dated: July 7, 2025 | 1/13/2026 |
| 36. | Saks.com LLC | Localised Inc. dba Localised Ecommerce of Delaware | Attn: Kris Green, Debora Silveria<br>1460 Broadway<br>New York, NY 10036 | First Amendment to MSA<br>Effective Date: 3/22/2022 | 1/13/2026 |
| 37. | Saks.com LLC | Localised Inc. dba Localised Ecommerce of Delaware | Attn: Kris Green, Debora Silveria<br>1460 Broadway<br>New York, NY 10036 | Master Services Agreement<br>Effective Date: 6/24/2021 | 1/13/2026 |
| 38. | Saks.com LLC | Localised Inc. dba Localised Ecommerce of Delaware | Attn: Kris Green, Debora Silveria<br>1460 Broadway<br>New York, NY 10036 | Second Amendment to MSA<br>Effective Date: 9/7/2022 | 1/13/2026 |
| 39. | Saks.com LLC | Localised Inc. dba Localised Ecommerce of Delaware | Attn: Kris Green, Debora Silveria<br>1460 Broadway<br>New York, NY 10036 | Third Amendment to MSA<br>Effective Date: 5/03/2024 | 1/13/2026 |
| 40. | Saks.com LLC | Naga Brands Limited | Attn: Damien Dernoncourt<br>Room 303, 3rd Floor, St. George's Building<br>2 Ice House Street, Central,<br>Hong Kong | NAGA Brands Special Bonus Plan<br>Dated: December 7, 2023 | 1/13/2026 |
| 41. | Saks.com LLC | Naga Brands Limited | Attn: Damien Dernoncourt<br>Room 303, 3rd Floor, St. George's Building<br>2 Ice House Street, Central,<br>Hong Kong | Consulting Agreement<br>Dated: June 12, 2013 | 1/13/2026 |
| 42. | Saks Global Enterprises LLC | Orgvue Inc. | Attn: Tim Ross, Amalia Stein<br>1100 Ludlow St<br>Philadelphia, PA 19107 | Master Services Agreement<br>Effective Date: 3/14/2025 | 1/13/2026 |
| 43. | Saks Global Enterprises LLC | Orgvue Inc. | Attn: Tim Ross, Amalia Stein<br>1100 Ludlow St<br>Philadelphia, PA 19107 | Statement of Work<br>Effective Date: 3/13/2025 | 1/13/2026 |
| 44. | The Neiman Marcus Group LLC | Theatro Labs, Inc. | Attn: John Carlson<br>640 International Pkwy Suite 100<br>Richardson, TX 75081 | Order Form<br>Dated: 6/27/2025 | 1/13/2026 |
| 45. | The Neiman Marcus Group LLC | Theatro Labs, Inc. | Attn: Chris Todd, John Carlson<br>640 International Parkway Unit 100<br>Richardson, TX 75081 | Amendment #2 to Master Services Agreement<br>Effective Date: 7/31/2024 | 1/13/2026 |
| 46. | The Neiman Marcus Group LLC | Theatro Labs, Inc. | Attn: Gregory B. Soussloffv, John Carlson<br>640 International Parkway Unit 100<br>Richardson, TX 75081 | Master Services Agreement<br>Effective Date: 1/23/2020 | 1/13/2026 |
| 47. | The Neiman Marcus Group LLC | Theatro Labs, Inc. | Attn: Chris Todd, John Carlson<br>640 International Parkway Unit 100<br>Richardson, TX 75081 | Master Services Agreement<br>Effective Date: 11/10/2016 | 1/13/2026 |
| 48. | Saks Global Enterprises LLC | The Cadillac Fairview Corporation Limited | 20 Queen Street West, 5th Floor Toronto, Ontario M5H 3R4 | Indemnity Agreement<br>Dated: June 26, 2023 | 1/13/2026 |
| 49. | Saks Global Enterprises LLC | The Cadillac Fairview Corporation Limited | 21 Queen Street West, 5th Floor Toronto, Ontario M5H 3R4 | Indemnity Amending Agreement<br>Dated: December 23, 2024 | 1/13/2026 |
| 50. | Saks & Company LLC | UniFirst Corporation and/or UniFirst Holdings, Inc | Attn: Ricky Choy, Paul McHale<br>68 Jonspin Rd<br>Wilmington, MA 01887 | Customer Service Agreement<br>Dated: 12/27/2024 | 1/13/2026 |