IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Nathan Q. Rugg and Alexander F. Berk are hereby entering their appearances on behalf of Louis Vuitton USA Inc., a creditor herein, pursuant to Rules 3017, 2002, 9007 and 9010 of the Federal Rules of Bankruptcy procedures and Sections 342(a) and 1109(b) of the Bankruptcy Code.  The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

>Nathan Q. Rugg
>Alexander F. Berk
>Barack Ferrazzano Kirschbaum & Nagelberg LLP
>200 West Madison Street, Suite 3900
>Chicago, IL 60606
>Telephone:   (312) 984-3100
>Facsimile:   (312) 984-3150
>Email: nathan.rugg@bfkn.com
>Email: alexander.berk@bfkn.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

4136860v1

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise that affects or seeks to affect in any way the rights or interest of any creditor or party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: January 14, 2026	Respectfully Submitted,

/s/ Nathan Q. Rugg
Nathan Q. Rugg (Illinois State Bar No. 6272969)
Alexander F. Berk (Illinois State Bar No. 6329444)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:	(312) 984-3100
Facsimile:	(312) 984-3150
Email: nathan.rugg@bfkn.com
Email: alexander.berk@bfkn.com

*Attorneys for Louis Vuitton USA Inc.*

## CERTIFICATE OF SERVICE

I, Nathan Q. Rugg, an attorney, hereby certify that on January ____, 2026, a copy of the foregoing Notice of Appearance and Request for Notice was duly served to all parties authorized to receive electronic notice in this case through the CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

      /s/ *Nathan Q. Rugg*
         Nathan Q. Rugg