# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Wednesday, January 14, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| David | Banker | Law Offices of David M. Banker, Esq. | CL US Distribution Corporation (Christian Louboutin) |
| Marla | Benedek | Cozen O'Connor | Granite Telecommunications, LLC |
| Ryan | Bennett | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Ameneh | Bordi | Sidley Austin LLP | Axonic Coinvest II LLC |
| Robert | Britton | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Ad Hoc Group of Secured Lenders |
| Christopher | Carter | Morgan, Lewis & Bockius LLP | Callodine Commercial Finance, LLC |
| David | Castleman | Otterbourg P.C. | Bank of America N.A., as prepetition ABL Agent |
| Zachary | Charlton | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Alexander | Cheney | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Kevin | Collins | Kiestadt Winters Jureller Southard & Stevens | Albatrans Inc. USA New York |
| Scott | Cousins | Lewis Brisbois Bisgaard & Smith LLP | Santoni North America/Canali |
| Heather | Crockett | Office of the Indiana Attorney General | State of Indiana |
| Christopher | DiPompeo | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| James | Ducayet | Sidley Austin LLP | Axonic Coinvest II LLC |
| Nathan | Elner | Sidley Austin LLP | Axonic Coinvest II LLC |
| Betsy | Feldman | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Charles | Fendrych | Kelley Drye & Warren LLP | Landlord creditors |
| NIclas | Ferland | Barclay Damon LLP | URW-Westfield, Urban Edge, Horizon Group, National Realty & Development (creditors and |
| Daniel | Fiorillo | Otterbourg P.C. | Bank of America N.A., as prepetition ABL Agent |
| Edward | Fox | Emmet, Marvin & Martin, LLP | Citibank, N.A., as indenture trustee and collateral agent |
| Gregg | Galardi | Ropes & Gray LLP | V Opco, LLC |
| Alyse | Geiger | Allen Overy Shearman Sterling US LLP | Chantecaille Beaute Inc. and La Prairie Group U.S.A. |
| Toby | Gerber | Norton Rose Fulbright US LLP | Bank of America, N.A. |
| Andrew | Glenn | Glenn Agre Bergman & Fuentes | Creditor |
| Kristian | Gluck | Norton Rose Fulbright | Bank of America |
| Jessica | Graber | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| James | Haithcock, III | Burr & Forman LLP | Comenity Bank |
| Jennifer | Hardy | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Christopher | Harris | Latham & Watkins LLP | Amazon |
| William | Hawkins | Loeb & Loeb LLP | Creditor |
| Gregory | Hesse | Hunton Andrews Kurth | Capital One, National Association |
| Ronald | Hewitt | Seward & Kissel LLP | U.S. Bank, as proposed SGUS DIP Agent |
| John | Higgins | Porter Hedges LLP | Ad Hoc Group of Secured Noteholders |
| Jennifer | Himes | None | Tanger Management, LLC, Creditor |
| Esther | Hong | Glenn Agre Bergman & Fuentes | Creditor |
| Mitchell | Hops | JS GROUP | JS GROUP |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Wednesday, January 14, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Tiffany | Ikeda Austin | Latham & Watkins LLP | Amazon |
| Christian | Jensen | Sullivan & Cromwell LLP | Ermenegildo Zegna Group |
| M. Shane | Johnson | Porter Hedges LLP | Ad Hoc Group of Secured Noteholders |
| Timothy | Karcher | Proskauer | Interested Party |
| Kenric | Kattner | Haynes and Boone, LLP | Global Debtors and Global Debtors in Possession |
| Jonathan | Koevary | Olshan Frome Wolosky LLP | Gorski Group LTD |
| David | Kozlowski | Morrison Cohen LLP | Interested Party |
| Robert | LeHane | Kelley Drye & Warren LLO | Landlord clients |
| Seth | Lieberman | Pryor Cashman LLP | David Yurman Enterprises LLC, Goyard NM Chicago LLC; Kering Americas, Inc.; LVMH Moët |
| Stuart | Lombardi | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Kourtney | Lyda | Haynes and Boone, LLP | Global Debtors and Global Debtors in Possession |
| Boris | Mankovetskiy | Sills Cummis & Gross P.C. | Elsa Schiaparelli SAS |
| Jarrod | Martin | Bradley Arant Boult Cummings LLP | SO5 Digital Debtors |
| Maeghan | McLoughlin | Kelley Drye & Warren LLP | Landlord creditors |
| Jacob | Mezei | Allen Overy Shearman Sterling US LLP | Chantecaille Beaute Inc. and La Praire Group U.S.A. |
| Matthew | Milana | Reed Smith LLP | Potential Representation of Certain Notes |
| Joseph | Moldovan | Morrison Cohen LLP | Interested Party |
| Daniel | Morris | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Arsalan | Muhammad | Haynes and Boone, LLP | Global Debtors and Global Debtors in Possession |
| Kelli | Norfleet | Haynes and Boone, LLP | Global Debtors and Global Debtors in Possession |
| Lisa | Norman | Andrews Myers, PC | David Yurman Enterprises LLC, Goyard NM Chicago LLC; Kering Americas, Inc.; LVMH Moët |
| Jennifer | Raviele | Kelley Drye & Warren LLP | Landlord clients |
| Caroline | Reckler | Latham & Watkins LLP | Amazon |
| Michael | Reiss | Latham & Watkins LLP | Amazon |
| Heath | Rosenblat | Morrison Cohen | Interested Party |
| Timothy | Ryan | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Joseph | Sarachek | The Sarachek Law Firm | Ming Yang Overseas Trading and others |
| Shai | Schmidt | Glenn Agre Bergman & Fuentes | Creditor |
| Brendan | Scott | Klestadt Winters Jureller Southard & Stevens LLP | B.H. Multi Com Corp., B.H. Multi Color Corp., Richline Group, Inc.; and Unique Designs, Inc. |
| Richard | Seltzer | Cohen, Weiss and Simon LLP | Local 1102 RWDSU UFCW, Workers United New York New Jersey Regional Joint Board |
| David | Silverman | RetailStat | Reporting for vendor and landlord subscribers |
| Debra | Sinclair | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Allyson | Smith | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Fred | Sosnick | Allen Overy Shearman Sterling US LLP | Chantecaille Beaute Inc. and La Praire Group U.S.A. |
| John | Sparacino | McKool Smith | Wexford Capital |
| Robin | Spigel | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Matthew | Stolz | Cohen, Weiss and Simon LLP | Local 1102 RWDSU UFCW, Workers United New York New Jersey Regional Joint Board |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Wednesday, January 14, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Stephanie | Sweeney | Kiestadt Winters Jureller Southard & Stevens, LLP | creditor |
| Jason | Teele | Sills Cummis & Gross P.C. | Elsa Schiaparelli SAS |
| David | Trausch | Haynes and Boone, LLP | Global Debtors and Global Debtors in Possession |
| Michael | Tucker | UB Greensfelder LLP | Easton Gateway, LLC |
| Jeff | Wang | Cohen, Weiss and Simon LLP | Local 1102 RWDSU UFCW, Workers United New York New Jersey Regional Joint Board |
| Nathaniel | Ward | Willkie Farr & Gallagher LLP | Global Debtors and Global Debtors in Possession |
| Trey | Wood | Bracewell LLP | Callodine Commercial Finance LLC |
| Melissa | Woods | Cohen, Weiss and Simon LLP | Local 1102 RWDSU UFCW, Workers United New York New Jersey Regional Joint Board |