**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re | ) |
|  | ) Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | ) Case No. 26-90103 (ARP) |
|  | ) (Joint administration requested) |
| Debtors | ) |

## NOTICE OF APPEARANCE
## AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned chapter 11 cases on behalf of Federal Express Corporation. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the United States Bankruptcy Code (the "Bankruptcy Code"), the undersigned requests that the party identified below be added to the Master Service List maintained in these cases and that all notices given or required to be given and all pleadings, motions, applications, and papers served or required to be served in these cases be delivered and served upon the following parties:

> Michael A. Siedband
> FEDERAL EXPRESS CORPORATION
> 3620 Hacks Cross Road, Bldg. B
> Memphis, TN 38125
> Tel: (901) 355-2075
> Email: michael.siedband@fedex.com

**TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions,

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent: https://cases.stretto.com/Saks/debtor-list/ The Debtors' service address for these chapter 11 cases is 25 Liberty Street, 31st Floor New York, NY 10281.

1

pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

**TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the creditors referenced herein are or may be entitled to under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Respectfully submitted,

/s/ Michael A. Siedband
Michael A. Siedband (SDTX Fed. No. 3843005)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-3228
michael.siedband@fedex.com

*Counsel for Federal Express Corporation*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 16, 2026, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this case.

                                                <u>/s/ Michael A. Siedband</u>
                                                Michael A. Siedband