MARIA K. PUM (Bar No. 120987)
maria.pum@procopio.com
PROCOPIO, CORY, HARGREAVES
    & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Creditor,
PITV, L.P.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SAKS GLOBAL ENTERPRISES LLC, et al.,<br><br>Debtors.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90103 (ARP)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND SERVICE OF PAPERS**<br><br>(Joint Administration Requested)<br><br>(No hearing required.) |

**PLEASE TAKE NOTICE** that PITV, L.P. ("Creditor") by its attorneys PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010, and Sections 102(1) and 342 of the Bankruptcy Code, and requests that copies of all notices and pleadings given, filed, or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Maria K. Pum
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
Email: maria.pum@procopio.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: January 16, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
Maria K. Pum
Attorneys for PITV, L.P.