UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 26-90103 |
| | § |
| SAKS GLOBAL ENTERPRISES LLC, *et al*. | § |
| | § |
| | § CHAPTER 11 |
| | § |
| DEBTORS.[1] | § |

## THE UNITED STATES TRUSTEE'S
## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

| | Creditor | Representative |
|---|---|---|
| 1 | Amazon.com Services LLC<br>12 West 39th Street<br>New York, NY 10018 | Caroline Casey Boman<br>crcasey@amazon.com |
| 2 | Chanel, Inc.<br>9 West 57th Street, 2nd floor<br>New York, NY 10019 | Daniel Rosenberg<br>Daniel.rosenberg@chanel.com |
| 3 | Pension Benefit Guaranty Corporation<br>Corporate Finance & Restructuring Department<br>445 12th Street, SW<br>Washington, DC 20024 | Jack Butler<br>Butler.jack@pbgc.gov |

---

[1] A complete list of Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

| 4 | Brookfield Properties Retail Inc.<br>350 N. Orleans St., Suite 300,<br>Chicago, IL 60654 | Julie Bowden<br>Julie.bowden@ggp.com |
|---|---|---|
| 5 | Rosen-X<br>450 West 14th Street, 5th Flr.<br>New York, NY 10014 | Husein Jafferjee<br>husein@aliceandolivia.com |
| 6 | Kering Americas, Inc.<br>65 Bleecker Street, 2nd Floor<br>New York, NY 10012 | Stephanie Park<br>Stephanie.park@kering.com |
| 7 | LVMH Moët Hennessy Louis Vuitton Inc.<br>LVMH Tower,<br>19 E 57th Street<br>New York, NY 10022 | Rodney Pratt<br>Rodney.pratt@lvmh.com |
| 8 | Ermenegildo Zegna NV<br>Ermenegildo Zegna Corporation<br>10 East 53rd Street,<br>New York, NY 10022 | John Marshall<br>John.marshall@zegna.com |
| 9 | Kellermeyer Bergensons Services, LLC<br>3609 Ocean Ranch Blvd. Suite 160<br>Oceanside, CA 92056 | Janet Saura<br>Janet.Saura@kbs-services.com |
| 10 | Local 1102 RWDSU UFCW<br>311 Crossways Park, Drive<br>Woodbury, NY 11797 | Eileen Crosby<br>eileen@local1102.com |

SIGNED on January 27, 2026.

Respectfully submitted,

                KEVIN M. EPSTEIN
                UNITED STATES TRUSTEE
                REGION 7, SOUTHERN and WESTERN
                DISTRICTS OF TEXAS

            By: */s/ Ha M. Nguyen*
                 Ha M. Nguyen
                 Trial Attorney
                 CA State Bar No. 305411
                 515 Rusk, Suite 3516

Houston, Texas 77002  
Telephone: (713) 718-4650  
Fax: (713) 718-4670  
Ha.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 27th day of January 2026.

/s/ Ha M. Nguyen  
Ha M. Nguyen