UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 26-90103 |
| SAKS GLOBAL ENTERPRISES LLC, *et al*. | § § | |
| | § | CHAPTER 11 |
| DEBTORS.[1] | § § | |

NOTICE OF ORGANIZATIONAL MEETING OF THE
OFFICIAL UNSECURED CREDITORS' COMMITTEE

An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled cases have been scheduled via video teleconference call on **Thursday, January 29, 2026, at 1:00 p.m. (Houston Time)**. The members of the Official Unsecured Creditors' Committee will be provided with a video teleconference invitation.

Dated: January 27, 2026

        Respectfully submitted,

        KEVIN M. EPSTEIN
        UNITED STATES TRUSTEE
        REGION 7, SOUTHERN and WESTERN
        DISTRICTS OF TEXAS

        By:    */s/ Ha M. Nguyen*
                   Ha M. Nguyen
                   Trial Attorney
                   CA State Bar No. 305411
                   515 Rusk, Suite 3516
                   Houston, Texas 77002

---

[1] A complete list of Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

Telephone: (713) 718-4650
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 27th day of January 2026.

*/s/ Ha M. Nguyen*
Ha M. Nguyen