UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 26-90103 |
| SAKS GLOBAL ENTERPRISES § | |
| LLC, *et al*. § | |
| § | CHAPTER 11 |
| § | |
| DEBTORS.[1] § | |

**THE UNITED STATES TRUSTEE'S
AMENDED[2] NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

| | **Creditor** | **Representative** |
|---|---|---|
| 1 | Amazon.com Services LLC<br>12 West 39th Street<br>New York, NY 10018 | Caroline Casey Boman<br>crcasey@amazon.com |
| 2 | Chanel, Inc.<br>9 West 57th Street, 2nd floor<br>New York, NY 10019 | Daniel Rosenberg<br>Daniel.rosenberg@chanel.com |
| 3 | Pension Benefit Guaranty Corporation<br>Corporate Finance & Restructuring Department | Jack Butler<br>Butler.jack@pbgc.gov |

---

[1] A complete list of Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

[2] The U.S. Trustee amends the Notice of Appointment to add Computershare Trust Company, N.A., in its capacity as indentured trustee.

|    |                                                                                                                                                                                                                                                 |                                                              |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------|
|    | 445 12th Street, SW<br>Washington, DC 20024                                                                                                                                                                                                     |                                                              |
| 4  | Brookfield Properties Retail Inc.<br>350 N. Orleans St., Suite 300,<br>Chicago, IL 60654                                                                                                                                                         | Julie Bowden<br>Julie.bowden@ggp.com                         |
| 5  | Rosen-X<br>450 West 14th Street, 5th Flr.<br>New York, NY 10014                                                                                                                                                                                 | Husein Jafferjee<br>husein@aliceandolivia.com                |
| 6  | Kering Americas, Inc.<br>65 Bleecker Street, 2nd Floor<br>New York, NY 10012                                                                                                                                                                    | Stephanie Park<br>Stephanie.park@kering.com                  |
| 7  | LVMH Moët Hennessy Louis Vuitton Inc.<br>LVMH Tower,<br>19 E 57th Street<br>New York, NY 10022                                                                                                                                                  | Rodney Pratt<br>Rodney.pratt@lvmh.com                        |
| 8  | Ermenegildo Zegna NV<br>Ermenegildo Zegna Corporation<br>10 East 53rd Street,<br>New York, NY 10022                                                                                                                                             | John Marshall<br>John.marshall@zegna.com                     |
| 9  | Kellermeyer Bergensons Services, LLC<br>3609 Ocean Ranch Blvd. Suite 160<br>Oceanside, CA 92056                                                                                                                                                 | Janet Saura<br>Janet.Saura@kbs-services.com                  |
| 10 | Local 1102 RWDSU UFCW<br>311 Crossways Park, Drive<br>Woodbury, NY 11797                                                                                                                                                                        | Eileen Crosby<br>eileen@local1102.com                        |
| 11 | Computershare Trust Company, N.A., in its capacity as successor Trustee for the 11.000% Senior Secured Notes due 2029, issued by Saks Global Enterprises LLC (as successor in interest to SFA Issuer LLC).<br>9062 Old Annapolis Road<br>Columbia, MD 21045 | Rachel Atkins<br>Rachel.atkin@computershare.com              |

SIGNED on January 29, 2026.

Respectfully submitted,

        KEVIN M. EPSTEIN
        UNITED STATES TRUSTEE
        REGION 7, SOUTHERN and WESTERN
        DISTRICTS OF TEXAS

  By: */s/ Ha M. Nguyen*
       Ha M. Nguyen
       Trial Attorney
       CA State Bar No. 305411
       515 Rusk, Suite 3516
       Houston, Texas 77002
       Telephone: (713) 718-4650
       Fax: (713) 718-4670
       Ha.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 29th day of January 2026.

        */s/ Ha M. Nguyen*
        Ha M. Nguyen