IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 26-90103 (ARP) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICE OF PAPERS PURSUANT TO §§ 102(1) AND 342 OF
THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010**

**PLEASE TAKE NOTICE** that Squire Patton Boggs (US) LLP hereby appears in the above-captioned cases (the "Chapter 11 Cases") pursuant to 11 U.S.C. §§ 102(1) and 342 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for and on behalf of CSC Delaware Trust Company, as successor indenture trustee ("CSC") with respect to the 11.000% Senior Secured Second Out Notes due 2029 and the 11.000% Senior Secured Third Out Notes due 2029 issued pursuant that certain Indenture dated as of August 8, 2025 (as amended, modified or supplemented from time to time), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017(a), 4001, 6006(c), 9007, 9010 and 9013, and 11 U.S.C.§§ 102(1) and 342, that all notices given or required to be given in the Chapter 11 Cases and copies of all papers or pleadings served or required to be served in the Chapter 11 Cases be given to and served upon the undersigned at the following addresses:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

| | |
|---|---|
| Greg R. Wehrer<br>Texas State Bar No. 24068592<br>Squire Patton Boggs (US) LLP<br>600 Travis Street, Suite 6700<br>Houston, Texas 77002<br>Telephone: (713) 546-5850<br>Facsimile: (713) 546-5830<br>Email: greg.wehrer@squirepb.com | Jeffrey N. Rothleder (*pro hac vice* forthcoming)<br>Squire Patton Boggs (US) LLP<br>2500 M Street NW<br>Washington DC 20037<br>Telephone: (202) 457-6000<br>Facsimile: (202) 457-6315<br>Email:  jeffrey.rothleder@squirepb.com |
| Peter R. Morrison (*pro hac vice* forthcoming)<br>Squire Patton Boggs (US) LLP<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8500<br>Facsimile: (216) 479-8780<br>Email:  peter.morrison@squirepb.com | Maura P. McIntyre (*pro hac vice* forthcoming)<br>Squire Patton Boggs (US) LLP<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone:  (216) 479-8500<br>Facsimile: (216) 479-8780<br>Email:  maura.mcintyre@squirepb.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules and the Local Bankruptcy Rules for this District, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, schedule, plan, disclosure statement, request, complaint, demand, answer, reply, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, electronic mail, overnight courier, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtors (the "Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed a waiver of CSC's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) to have the District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, defenses setoffs or recoupments, under agreements, in law or in equity, or otherwise, to which CSC is or

may be entitled, all of which rights, claims, actions, defenses, setoffs and recoupments CSC expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of CSC for such purpose.

Dated:  January 30, 2026.

SQUIRE PATTON BOGGS (US) LLP

*/s/ Greg R. Wehrer*
Greg R. Wehrer, TX State Bar No. 24068592
600 Travis Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 546-5850
Facsimile: (713) 546-5830
Email: greg.wehrer@squirepb.com

Jeffrey N. Rothleder (*pro hac vice* forthcoming)
2500 M Street NW
Washington DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email:  jeffrey.rothleder@squirepb.com

Peter R. Morrison (*pro hac vice* forthcoming)
1000 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
Email:  peter.morrison@squirepb.com

Maura P. McIntyre (*pro hac vice* forthcoming)
1000 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
Email:  maura.mcintyre@squirepb.com

*Counsel to CSC Delaware Trust Company, solely in its capacity as successor Indenture Trustee*