**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**SO5 DIGITAL DEBTORS' WITNESS AND EXHIBIT LIST FOR
HEARING ON FEBRUARY 6, 2026**

The SO5 Digital Debtors, each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby file this witness and exhibit list (the "Witness and Exhibit List") with respect to matters set for hearing on **February 6, 2026 at 9:00 a.m. (Prevailing Central Time)** (as may be adjourned or continued to another date and time, the "Hearing") before the Honorable United States Bankruptcy Court Judge Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 400, 515 Rusk Street, Houston, Texas 77002 and respectfully designate the following potential witnesses and exhibits:

**WITNESSES**

1.      Andrew D.J. Hede, Chief Restructuring Officer for the SO5 Digital Debtors and President, Business Transformation & Transactions, Accordion Partners;

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

2.      Any witness designated or called by any other party; and

3.      Any rebuttal or impeachment witnesses.

**EXHIBITS**

| Ex. No. | Description | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|
| 1. | Declaration of Andrew D.J. Hede in Support of SO5 Digital Debtors' Chapter 11 Petitions and First Day Pleadings [ECF No. 37] | | | | |
| 2. | Approved Budget (to be filed) | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| | Any exhibit listed by any other party | | | | |

The SO5 Digital Debtors reserve the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents filed in or in connection with the Debtors' bankruptcy cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.  Designation of any exhibit above does not waive any objections the SO5 Digital Debtors may have to any exhibit offered by any other party including any exhibit listed on another party's exhibit list.

Dated:    February 5, 2026
          Houston, Texas

                                    */s/ Asiya Khan*
                                    **BRADLEY ARANT BOULT CUMMINGS LLP**
                                    Jarrod B. Martin (TX Bar No. 24070221)
                                    Michael K. Riordan (TX Bar No. 24070502)
                                    Raneen I. Abdelghani (TX Bar No. 24140759)
                                    Asiya Khan (TX Bar No. 24139763)
                                    600 Travis Street, Suite 5600
                                    Houston, Texas 77060
                                    Telephone:    (713) 576- 0300
                                    Facsimile:    (713) 547-0301
                                    Email: jbmartin@bradley.com
                                           mriordan@bradley.com

                                    -and-

                                    James Bailey (TX Bar No. 24108289)
                                    1819 Fifth Avenue N.
                                    Birmingham, AL 35203
                                    Telephone: (205) 521-8000
                                    Facsimile: (205) 488-6913
                                    Email:      jbailey@bradley.com

                                    *Proposed Counsel to the SO5 Digital Debtors and*
                                    *SO5 Digital Debtors in Possession*

<u>**CERTIFICATE OF SERVICE**</u>

    I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                    */s/ Asiya Khan*
                                    Asiya Khan