# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Friday, February 6, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Ben | Butterfield | MORRISON FOERSTER LLP | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Christopher | Carter | Morgan, Lewis & Bockius LLP | Callodine Commercial Finance, LLC |
| Matthew | Eisenstein | Arnold & Porter | Visa Inc. |
| Charlie | Fendrych | Kelley Drye & Warren LLP | WPT Tower D Co, L.P., WPT Tower D Co L.P., GGP Retail, LLC, and Brxmor Property |
| Raff | Ferraioli | MORRISON FOERSTER LLP | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Theresa | Foudy | MORRISON FOERSTER LLP | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Jorge | Gutierrez | Gibbs & Bruns LLP | Plaintiffs Counsel in Target Corp., et al. v. Visa, Inc., et al., No. 1:13-3477, in the U.S. District Court |
| James | Haithcock | Burr & Forman LLP | Comenity Capital Bank |
| Donna | Ioffredo | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Mastercard |
| Bryan | Kotliar | MORRISON FOERSTER LLP | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Oksana | Lashko | MORRISON FOERSTER LLP | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Doug | Mannal | MORRISON FOERSTER LLP | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Lorenzo | Marinuzzi | Morrison Foerster LLP | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Lorenzo | Marinuzzi | Morrison Foerster LLP | Official Committee of Unsecured Creditors |
| Jarrod | Martin | Bradley | SO5 Digital Debtors |
| William | Michael | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Mastercard (non-party) |
| Kelli S. | Norfleet | Haynes and Boones, LLP | Global Debtors and Global Debtors in Possession |
| Kathy | Patrick | Gibbs & Bruns LLP | Certain Debtors and Lord & Taylor LLC as Plaintiffs in Target Corp vs Visa, Inc et al in the Southern |
| Ian Ross | Phillips | Cole Schotz P.C. | Proposed Counsel to the Official Committee of Unsecured Creditors |
| Jennifer | Raviele | Kelley Drye & Warren LLP | WPT Tower D Co, L.P., WPT Tower D Co L.P., GGP Retail, LLC, and Brxmor Property |
| Michael | Riordan | Bradley | SO5 Digital Debtors |
| Brendan | Scott | Riestadt Winters Jurclier Southard & Stevens LLP | B.H. Multi Com Corp., B.H. Multi Color Corp., Richline Group, Inc., Unique Designs, Inc. |
| Robin | Spigel | Willkie Farr & Gallagher LLP | Saks Global Enterprises LLC and its debtor affiliates (other than the Saks OFF Fifth digital |
| Jason | Teele | Sills, Cummis & Gross P.C. | Lisa Schiaparelli SAS, Tod's S.p.A., Deva, Inc. and Ala.Del Inc. (Roger Vivier) |
| Trey | Wood | Bracewell LLP | Callodine Commercial Finance LLC |
| Addie | Wyatt | Burr & Forman LLP | Comenity Capital Bank |