IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 26-90103 (ARP) <br><br> (Jointly Administered) |

DEBTORS' JOINT NOTICE OF
RESCHEDULED VIRTUAL HEARING TO CONSIDER FINAL
APPROVAL OF RELIEF SOUGHT IN CERTAIN FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that, on January 13, 2026 and January 14, 2026, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[2] each commenced a case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, on January 14, 2026, the Global Debtors filed, among other things, the following motions seeking interim and final orders for relief:

1. *Global Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 13] (the "Cash Management Motion");

2. *Global Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors and 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; and (III) Granting Related Relief* [Docket No. 14] (the "Critical Vendors Motion");

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2] For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

3. *Debtors' Joint Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Maintain and Administer Their (A) Existing Customer Programs and (B) Charitable Donation Programs; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief* [Docket No. 15] (the "Customer Programs Motion"); and

4. *Global Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Global Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 49] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that, on January 14, 2026, the SO5 Digital Debtors filed, among other things, the following motions seeking interim and final orders for relief:

1. *Emergency Motion of the SO5 Digital Debtors For Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Granting Related Relief* [Docket No. 34] (the "SO5 Debtors' Cash Collateral Motion"); and

2. *Emergency Motion for Interim and Final Orders (I) Authorizing the SO5 Digital Debtors (A) to Continue Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 36](the "SO5 Debtors' Cash Management Motion" and, together with the Cash Management Motion, the Critical Vendors Motion, the Customer Programs Motion, the SO5 Debtors' Cash Collateral Motion, and the DIP Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that, following the hearing conducted on the Motions on January 14, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the following orders granting interim relief requested in each of the Motions:

1. *Interim Order (I) Authorizing Global Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 205];

2. *Interim Order (I) Authorizing Global Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors and 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 163];

3. *Interim Order (I) Authorizing Debtors to Maintain and Administer Their (A) Existing Customer Programs and (B) Charitable Donation Programs; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief* [Docket No. 251];

4. *Interim Order (I) Authorizing the Global Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 206];

5. *Interim Order (I) Authorizing SO5 Digital Debtors to (A) Continue to Maintain their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Sections 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 166];

6. *Amended Interim Order (I) Authorizing SO5 Digital Debtors to (A) Continue to Maintain their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Sections 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 216]; and

7. *Interim Order (I) Authorizing SO5 Digital Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, and (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 234].

**PLEASE TAKE FURTHER NOTICE** that, the Court scheduled a **virtual only hearing for February 13, 2026 at 9:00 a.m., prevailing Central Time** to consider entry of final orders granting the relief sought in the Motions.

**PLEASE TAKE FURTHER NOTICE** that, upon request from certain parties in the Chapter 11 Cases, the Court rescheduled the final hearing on the Motions to **February 20, 2026 at 9:30 a.m., prevailing Central Time** (the "Final Hearing") to consider entry of final orders granting the relief sought in the Motions.

**PLEASE TAKE FURTHER NOTICE that participation in the Final Hearing will only be permitted by an audio and video connection**. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free

3

GoToMeeting application or click the link on Judge Pérez's homepage. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that all other matters scheduled for hearing on February 13, 2026 at 9:00 a.m., prevailing Central Time will go forward on February 13, 2026 as scheduled.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Final Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Pérez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions as well as all other documents filed in these Chapter 11 Cases may be obtained free of charge by visiting https://cases.stretto.com/Saks/. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Houston, Texas
Dated: February 6, 2026

*/s/ Kelli S. Norfleet*
**HAYNES AND BOONE, LLP**
Kelli Stephenson Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: (713) 547 2000
Facsimile: (713) 547 2600
Email: kelli.norfleet@haynesboone.com
kenric.kattner@haynesboone.com
arsalan.muhammad@haynesboone.com
kourtney.lyda@haynesboone.com
david.trausch@haynesboone.com

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: dsinclair@willkie.com
rspigel@willkie.com
absmith@willkie.com
bfeldman@willkie.com
jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9123
Facsimile: (312) 728-9199
Email: rbennett@willkie.com

*Proposed Co-Counsel to the Global Debtors and Global Debtors in Possession*

*Proposed Co-Counsel to the Global Debtors and Global Debtors in Possession*

*/s/ Jarrod B. Martin*
**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin (TX Bar No. 24070221)
Michael K. Riordan (TX Bar No. 24070502)
600 Travis Street, Suite 5600
Houston, Texas 77002
Telephone: (713) 576-0300
Facsimile: (713) 547-0301
Email: jbmartin@bradley.com
mriordan@bradley.com

-and-

James Bailey (TX Bar No. 24108289)
1819 Fifth Avenue N.
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 488-6913
Email: jbailey@bradley.com

*Proposed Counsel to the SO5 Digital Debtors and SO5 Digital Debtors in Possession*

6

**Certificate of Service**

      I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' claims agent.

*/s/ Kelli S. Norfleet*
Kelli S. Norfleet
