Eric R. Perkins, Esq.
HELLRING LINDEMAN GOLDSTEIN
 & SIEGAL LLP
103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068-1031
973.621.9020
eperkins@hlgslaw.com

*Attorneys for Gismondi 1754 S.p.a.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In Re: | |
| SAKS GLOBAL ENTERPRISES LLC, et al., | Chapter 11 |
| | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**GISMONDI 1754 S.P.A.'S LIMITED OBJECTION TO DEBTORS'
MOTIONS FOR USE OF CASH COLLATERAL, POSTPETITION
FINANCING, AND RELATED RELIEF
[Relates To Dkts. 34 And 49]**

1.　　Gismondi 1754 S.p.a. ("Gismondi"), by and through its undersigned attorneys, join in the Limited Objection of AJD Platinum Inc. dba American Jewelry Designs and Vivid Blue, Inc. (the "Other Consignors") [Dkt. 702], for the reasons expressed therein, to Debtors'[1] following motions: (1) Emergency Motion for Entry of Interim and Final Orders (I) Authorizing SO5 Digital Debtors' Use of Cash Collateral,(II) Granting Adequate Protection to the Prepetition Secured Creditors, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (V) Granting Related Relief [Dkt. 34] (the "Cash Collateral Motion"); and (2) Emergency Motion for Entry of Interim and Final Orders (I)

---

[1] Gismondi refers collectively to all debtors in these jointly administered bankruptcy cases as the "Debtors."

Authorizing the Global Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Dkt. 49] (the "DIP Financing Motion", and collectively with the Cash Collateral Motion, the "Motions") filed by the SO5 Digital Debtors.

2. Gismondi placed jewelry inventory on consignment with the Debtors for sale at Neiman Marcus store(s), Saks store(s) and/or Saks debtor online sales outlet(s) for years before the Debtors' bankruptcy filings. Gismondi had an ongoing agreement with the Debtors for the consignment of said jewelry for sale by the Debtors for the benefit of Gismondi and the return of unsold items. A schedule reflecting such jewelry that was sold pre-filing, but which proceeds due to Gismondi for the sale of its inventory were not paid to Gismondi pre-filing is attached hereto as Exhibit A. A schedule reflecting Gismondi jewelry still held by the Debtors for sale on consignment is attached hereto as Exhibit B.  Like the Other Consignors, Gismondi either owns the unsold consigned Gismondi jewelry and the proceeds thereof or has a perfected security interest in said goods and any proceeds from sales of said goods.

3. Gismondi does not consent to the use or sale of any of their aforesaid consigned goods or the proceeds of same ("Consigned Goods"). The Consigned Goods are not property of the Debtors' estates and Debtors should not be allowed to use the Consigned Goods without the written consent of Gismondi. Furthermore, the Consigned Goods, whether delivered pre-petition or post-petition, cannot be transferred or assigned from one Debtor to another, or to any non-debtor or other third party, without Gismondi's written consent.

4. As argued in more detail by the Other Consignors, the Debtors have no right to use the consigned inventory other than as expressly permitted by the owner of the inventory. Accordingly, the motions must be denied to the extent they seek to impact the consigned inventory provided by Gismondi or the proceeds thereof.

WHEREFORE, Gismondi respectfully requests this Court to deny the Debtors' above motions to the extent they seek to impact any of the Consigned Goods supplied by Gismondi, and for such other and further relief as is just and equitable.

/s/ Eric R. Perkins
ERIC R. PERKINS
Admission Pro Hac Vice Pending
HELLRING LINDEMAN GOLDSTEIN
 & SIEGAL LLP
103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068-1031
973.621.9020
eperkins@hlgslaw.com

Attorneys for Gismondi 1754 S.p.a.

Dated: February 17, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2026, a true and correct copy of the above and foregoing document was served upon all counsel of record through the Court's ECF system.

/s/ Eric R. Perkins
ERIC R. PERKINS

Dated: February 17, 2026

491067