IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90103 (ARP)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 34** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO THE GLOBAL DEBTORS'
DIP FINANCING MOTION**

The Official Committee of Unsecured Creditors (the "Committee") of Saks Global Enterprises LLC, *et al.* (collectively, the "Debtors"), submits this reservation of rights (the "Reservation of Rights") to the *Global Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Global Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 34] (the "DIP Motion").[2] In support of Reservation of Rights, the Committee respectfully states as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the DIP Motion or the *Declaration of Mark Weinsten in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 17] (the "First Day Declaration"), as applicable.

## **RESERVATION OF RIGHTS**

The Committee's negotiations with the Debtors and the DIP Lenders regarding the terms of the Final Order remain ongoing. The Committee believes the parties have substantially narrowed the issues in dispute and is hopeful that the remaining open issues can be resolved in advance of the Final Hearing. To the extent any agreements in principle or understandings reached by the Committee with the Debtors and the DIP Lenders, as reflected in drafts of the Final Order exchanged between the parties, are modified, withdrawn, or otherwise retracted, the Committee expressly reserves all rights with respect thereto, including the right to object to the Final Order on those or any other grounds. The Committee further reserves all rights to raise additional issues and concerns regarding the DIP Motion and the terms of the Final Order with the Court at any time before or at the Final Hearing.

[*Remainder of page intentionally left blank.*]

<div style="display:flex">
<div>
Dated: February 18, 2026
Dallas, Texas
</div>
</div>

Respectfully submitted,

*/s/ Ian R. Phillips*
Ian R. Phillips, Esq.
Texas Bar No. 24091239
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
svanaalten@coleschotz.com
jalberto@coleschotz.com

-and-

Lorenzo Marinuzzi, Esq.
Texas Bar No. 24146890
Doug Mannal, Esq. (admitted *pro hac vice*)
Benjamin Butterfield, Esq. (admitted *pro hac vice*)
Raff Ferraioli, Esq. (admitted *pro hac vice*)
**MORRISON FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
lmarinuzzi@mofo.com
dmannal@mofo.com
bbutterfield@mofo.com
rferraioli@mofo.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## Certificate of Service

  I certify that on February 18, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               */s/ Ian R. Phillips*
               Ian R. Phillips, Esq.