# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Friday, February 20, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Jason | Alexander | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| Justin | Bernbrock | Sheppard Mullin Richter & Hampton LLP | Chanel, Akris, Ralph Lauren, MCM Worldwide |
| Ameneh | Bordi | Sidley Austin | Counsel to Axonic |
| Robert | Britton | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Ad Hoc Group of Secured Noteholders and DIP Lenders |
| Ben | Butterfield | Morrison & Foerster | Unsecured Creditors Committee |
| Sarah | Carnes | Cole Schotz | Unsecured Creditors Committee |
| Christopher | Carter | Morgan, Lewis & Bockius LLP | Callodine Commercial Finance, LLC |
| David | Castleman | Otterbourg P.C. | Bank of America, N.A., as ABL Administrative Agent |
| Joanna | Caytas | Porter Hedges LLP | Ad Hoc Group |
| John | Dodd | Baker & McKenzie LLP | Prada USA Corp., Balmain USA LLC, and Valentino U.S.A. Inc. |
| Charlie | Femdrych | Kelly Drye & Warren LLP | WPP Tower B Co. L.P., WPP Tower D Co. L.P., GGP Retail, LLC, Brixmor Property Group, Westfield, Horizon, Urban Edge, National Realty & Development |
| Niclas | Ferland | Barclay Damon, LLP | |
| Raff | Ferraioli | Morrison & Foerster | Unsecured Creditors Committee |
| Daniel F. | Fiorillo | Otterbourg P.C. | Bank of America, N.A., as ABL Administrative Agent |
| Theresa | Fourdy | Morrison & Foerster | Unsecured Creditors Committee |
| Brian | Gargano | Archer & Greiner PC | FRHueb |
| Kristian | Gluck | Norton Rose Fulbright | Bank of America |
| Leslie | Heilman | Ballard Spahr LLP | Centennial Waterfall Willow Bend, LLC, Street Retail, LLC, The Forbes Company, The |
| Greg | Hesse | Hunton Andrews Kurth | Capital One, National Association |
| Ronald | Hewitt | Seward & Kissel LLP | U.S. Bank, as DIP Agent |
| John | Higgins | Porter Hedges LLP | Ad Hoc Group of Secured Noteholders |
| Christopher | Hopkins | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Ad Hoc Group of Secured Noteholders and DIP Lenders |
| Audrey | Hornisher | Clark Hill PLC | Scottsdale Promenade, LLC |
| Christian | Jensen | Sullivan & Cromwell LLP | Ermenegildo Zegna N.V. |
| M. Shane | Johnson | Porter Hedges LLP | Ad Hoc Group of Secured Noteholders |
| Oksana | Lashko | Morrison & Foerster | Unsecured Creditors Committee |
| Robert | LeHane | Kelley Drye & Warren LLP | Landlords - Aventura Fashion Island, L.P., Brixmor Park Shore SC LLC, GGP Retail, LLC, Regency |
| Robert | LeHane | Kelley Drye & Warren LLP | WPP Tower B Co. L.P., WPP Tower D Co. L.P., GGP Retail, LLC, Brixmor Property Group, |
| Mark | Lichtenstein | Akerman LLP | Brunello |
| Stuart | Lombardi | Willkie Farr & Gallagher LLP | Global Debtors |
| Kourtney | Lyda | Haynes and Boone | Global Debtors and Global Debtors in Possession |
| Tejal | Majethia | Cole Schotz | Unsecured Creditors Committee |
| Doug | Mannal | Morrison & Foerster | Unsecured Creditors Committee |
| Lorenzo | Marinuzi | Morrison & Foerster | Unsecured Creditors Committee |
| Lorenzo | Marinuzzi | Morrison & Foerster LLP | Official Committee of Unsecured Creditors |
| Jarrod | Martin | Bradley Arant | SO5 Digital |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
# Friday, February 20, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Kenneth | Mather | Gunster, Yoakley & Stewart, P.A. | Bal Harbour Shops, LLC |
| Jeri | Miller | Sidley Austin LLP | Simon Property Group |
| Nicole | Molee | Herrick, Feinstein LLP | Oakhurst Partners |
| Ha | Nguyen | U.S. Trustee | U.S. Trustee |
| Lisa | Norman | Andrews Myers, PC | David Yurman Enterprises LLC, Delta Galil Industries Ltd.; Delta Galil USA; Giambattista Valli; |
| Dean | Oswald | Olshan Frome Wolosky LLP | Gorski Group Ltd. |
| Mike | Riordan | Bradley Arant | Saks OFF 5TH |
| Miranda | Russell | Morrison & Foerster | Unsecured Creditors Committee |
| Sidney | Scheinberg | Godwin Bowman PC | Margot McKinney Jewellery |
| Edward | Schnitzer | Womble Bond Dickinson (US) LLP | Isaia Corp. and PAIGE, LLC |
| Brendan | Scott | Riestadt Winters Jureller Southard & Stevens, LLP | B.H. Multi Color Corp., B.H. Multi Com Corp., Richline Group, Inc., Unique Designs, Inc., 64 |
| Joseph | Shifer | Pryor Cashman LLP | David Yurman Enterprises LLC, Yurman Retail North American LLC, Delta Galil Industries Ltd., |
| Joseph | Shifer | Pryor Cashman, LLP | David Yurman Enterprises LLC, Delta Galil Industries Ltd.; Delta Galil USA; Giambattista Valli; |
| Daniel | Shlomm | None | Oakhurst Partners |
| Erika | Shlomm | None | Oakhurst Partners |
| Michelle | Shriro | Singer & Levick, PC | Biltmore Shopping Center Partners, LLC |
| Robin | Spigel | Willkie Farr & Gallagher LLP | Saks Global Enterprises LLC & the other Global Debtors |
| Stephanie | Sweeney | KWJSS | Vendors |
| Jason | Teele | Sills Cummis & Gross P.C. | Lisa Schiaparelli SAS, Tod's S.p.A., Deva, Inc. and Ala.Del. Inc. (Roger Vivier) |
| Ian | Winters | Riestadt Winters Jureller Southard & Stevens, LLP | B.H. Multi Com Corp., Richline Group, Inc., Unique Designs, Inc. Graff Diamonds (New York), Inc., B. |
| Trey | Wood | Bracewell LLP | Callodine Commercial Finance LLC |