IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**AMENDED AGENDA OF MATTERS SET FOR VIRTUAL HEARING
ON FEBRUARY 24, 2026, AT 8:30 A.M. (CENTRAL TIME)**

The Global Debtors hereby file their *Amended Agenda of Matters Set for Virtual Hearing on **February 24, 2026 at 8:30 a.m.** (Central Time)*, which will be held virtually before United States Bankruptcy Judge Pérez.

I.  **Matters Going Forward**

   A.  **Motion of Simon Property Group, L.P. for Entry of an Order (A) Declaring the Automatic Stay does not Apply, (B) in the Alternative, Granting Relief from the Automatic Stay, and (C) Granted Related Relief:**

   i. sealed copy [Docket No. 420]; and

   ii. redacted copy [Docket No. 421].

   **Status:** This matter is going forward.

   **Responses and Objections:**

   1.  Global Debtors' Objection to Motion of Simon Property Group L.P. for Entry of an Order (A) Declaring the Automatic Stay does not Apply, (B) in

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings, LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

       the Alternative Granting Relief from the Automatic Stay and (C) Granting Related Relief:

           i. sealed copy [Docket No. 798]; and

           ii. redacted copy [Docket No. 799].

2. Joinder of the Ad Hoc Group to Global Debtors' Objection to Motion of Simon Property Group L.P. for Entry of an Order (A) Declaring the Automatic Stay does not Apply, (B) in the Alternative Granting Relief from the Automatic Stay and (C) Granting Related Relief [Docket No. 800].

3. Official Committee of Unsecured Creditors' Joinder to Global Debtors' Objection to Motion of Simon Property Group L.P. for Entry of an Order (A) Declaring the Automatic Stay does not Apply, (B) in the Alternative Granting Relief from the Automatic Stay and (C) Granting Related Relief [Docket No. 801].

**Related Documents:**

1. Declaration of Jeffrey M. Clifton in Support of the Motion of Simon Property Group, L.P. for Entry of an Order (A) Declaring the Automatic Stay does not Apply, (B) in the Alternative, Granting Relief from the Automatic Stay, and (C) Granting Related Relief:

           i. sealed copy [Docket No. 422]; and

           ii. redacted copy [Docket No. 423].

2. Declaration of Mark Weinsten in Support of Global Debtors' Objection to Motion of Simon Property Group L.P. for Entry of an Order (A) Declaring the Automatic Stay does not Apply, (B) in the Alternative Granting Relief from the Automatic Stay and (C) Granting Related Relief:

           i. sealed copy [Docket No. 802]; and

           ii. redacted copy [Docket No. 803].

3. Order Authorizing Simon Property Group, L.P., to File the Letter Agreement Under Seal [Docket No. 806].

4. The Ad Hoc Group's Witness and Exhibit List for Hearing on February 24, 2026 at 8:30 A.M. (Prevailing Central Time) [Docket No. 909].

5. The Official Committee of Unsecured Creditors' Witness and Exhibit List for February 24, 2026 Hearing [Docket No. 920].

6. Global Debtors' Amended Witness and Exhibit List for Hearing on February 24, 2026:

    i. sealed copy [Docket No. 945]; and

    ii. redacted copy [Docket No. 947].

7. Simon's Objection and Motion to Strike to Mark Weinsten's Testimony on the Basis of Hearsay [Docket No. 951].

8. Declaration of Jeffrey M. Clifton in Support of Simon's Reply

    i. sealed copy [Docket No. 952]; and

    ii. redacted copy [Docket No. 953].

9. Simon Property Group, L.P.'s Reply in Response to Objections to the Motion of Simon Property Group, L.P. for Entry of an Order (A) Declaring the Automatic Stay does not Apply, (B) in the Alternative, Granting Relief from the Automatic Stay, and (C) Granted Related Relief

    i. sealed copy [Docket No. 954]; and

    ii. redacted copy [Docket No. 956].

10. Simon Property Group, L.P. Amended Witness and Exhibit List for Hearing Scheduled for February 24, 2026, at 8:30 a.m. (Prevailing Central Time):

    i. sealed copy [Docket No. 957]; and

    ii. redacted copy [Docket No. 958].

*[Remainder of page intentionally left blank]*

Dated: February 24, 2026
        Houston, Texas

*/s/ David Trausch*

| | |
|---|---|
| **HAYNES AND BOONE, LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| Kelli S. Norfleet (TX Bar No. 24070678) | Debra M. Sinclair (admitted *pro hac vice*) |
| Kenric D. Kattner (TX Bar No. 11108400) | Robin Spigel (admitted *pro hac vice*) |
| Arsalan Muhammad (TX Bar No. 24074771) | Allyson B. Smith (admitted *pro hac vice*) |
| Kourtney P. Lyda (TX Bar No. 24013330) | Betsy L. Feldman (admitted *pro hac vice*) |
| David Trausch (TX Bar No. 24113513) | Jessica D. Graber (admitted *pro hac vice*) |
| 1221 McKinney Street, Suite 4000 | 787 Seventh Avenue |
| Houston, Texas 77010 | New York, New York 10019 |
| Telephone:(713) 547 2000 | Telephone:(212) 728-8000 |
| Facsimile: (713) 547 2600 | Facsimile: (212) 728-8111 |
| Email:    kelli.norfleet@haynesboone.com | Email:    dsinclair@willkie.com |
|            kenric.kattner@haynesboone.com |            rspigel@willkie.com |
|            arsalan.muhammad@haynesboone.com |            absmith@willkie.com |
|            kourtney.lyda@haynesboone.com |            bfeldman@willkie.com |
|            david.trausch@haynesboone.com |            jgraber@willkie.com |
| | |
| | -and- |
| | |
| | Jennifer J. Hardy (TX Bar No. 24096068) |
| | 600 Travis Street |
| | Houston, TX 77002 |
| | Telephone:(713) 510-1766 |
| | Facsimile: (713) 510-1799 |
| | Email:    jhardy2@willkie.com |
| | |
| | -and- |
| | |
| | Ryan Blaine Bennett (admitted *pro hac vice*) |
| | 300 North LaSalle Drive |
| | Chicago, IL 60654 |
| | Telephone:(312) 728-9123 |
| | Facsimile: (312) 728-9199 |
| | Email:    rbennett@willkie.com |
| | |
| *Proposed Co-Counsel to the Global Debtors and Global Debtors in Possession* | *Co-Counsel to the Global Debtors and Global Debtors in Possession* |

5

**<u>Certificate of Service</u>**

    I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ David Trausch*
David Trausch