**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JEFFREY BERCOW,
IN SUPPORT OF EMPLOYMENT OF BERCOW RADELL FERNANDEZ LARKIN &
TAPANES PLLC
AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

Jeffrey Bercow, declares and says:

1.      I am a CEO and Chairman of Bercow Radell Fernandez Larkin & Tapanes, PLLC, located at 200 Biscayne Blvd, Suite 300, Miami, FL 33131 (the "Firm").

2.      Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors")[2] in the above-captioned cases (the "Chapter 11 Cases"), have requested that the Firm provide Zoning, legislative, and litigation support regarding Bal Harbour Shops location to the Global Debtors, namely Saks Fifth Avenue, LLC, and the Firm has consented to provide those services.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]    For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

3.      Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, the Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the Chapter 11 Cases, for persons that are claimants or other parties in interest in the Chapter 11 Cases.  The Firm does not perform services for any such person in connection with the Chapter 11 Cases.

4.      The Firm agrees to be paid in accordance with the *Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals* entered in the above captioned Chapter 11 Cases.

5.      Neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to Saks Fifth Avenue, LLC, the Global Debtors or their estates with respect to the matters on which the Firm is to be employed.

6.      Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from Saks Fifth Avenue, LLC with any person other than partners and associates of the Firm.

7.      Saks Fifth Avenue, LLC owes the Firm $4,392.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code.

8.      I understand that this Declaration will not suffice as the Firm's proof of claim.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of Saks Fifth Avenue, LLC, and, upon conclusion of that inquiry or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 18, 2026.

_____
Jeffrey Bercow