**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 792** |

**NOTICE OF
EXTENSION OF
DEADLINE FOR CERTAIN
PARTIES TO RESPOND TO THE DEBTORS'
JOINT MOTION FOR ENTRY OF AN ORDER
(I) ESTABLISHING DEADLINES FOR THE FILING OF
PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT
UNDER SECTION 503(B)(9), (II) APPROVING THE FORM AND
MANNER FOR FILING PROOFS OF CLAIM, (III) APPROVING
THE FORM AND MANNER OF NOTICE THEREOF, INCLUDING
<u>SECTION 503(B)(9) REQUESTS, AND (IV) GRANTING RELATED RELIEF</u>**

The Debtors, as debtors and debtors in possession, hereby file this notice that they have agreed to extend the deadline for certain parties to respond the *Debtors' Joint Motion for Entry of an Order (I) Establishing Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), (II) Approving the Form and Manner for Filing Proofs of Claim, (III) Approving the Form and Manner of Notice Thereof, Including Section 503(B)(9) Requests, and (IV) Granting Related Relief* [Docket No. 792].

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings, LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "<u>SO5 Digital Debtors</u>").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "<u>Global Debtors</u>").

Dated: March 6, 2026
Houston, Texas

*/s/ David Trausch*

**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone:(713) 547 2000
Facsimile: (713) 547 2600
Email:    kelli.norfleet@haynesboone.com
          kenric.kattner@haynesboone.com
          arsalan.muhammad@haynesboone.com
          kourtney.lyda@haynesboone.com
          david.trausch@haynesboone.com

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:(212) 728-8000
Facsimile: (212) 728-8111
Email:    dsinclair@willkie.com
          rspigel@willkie.com
          absmith@willkie.com
          bfeldman@willkie.com
          jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone:(713) 510-1766
Facsimile: (713) 510-1799
Email:    jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone:(312) 728-9123
Facsimile: (312) 728-9199
Email:    rbennett@willkie.com

*Co-Counsel to the Global Debtors and*
*Global Debtors in Possession*

*Co-Counsel to the Global Debtors and*
*Global Debtors in Possession*

*/s/ Alexandra E. Dugan*
**BRADLEY ARANT BOULT
CUMMINGS LLP**
Jarrod B. Martin (TX Bar No. 24070221)
Michael K. Riordan (TX Bar No. 24070502)
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone:(713) 576-0300
Facsimile: (713) 547-0301
Email:     jbmartin@bradley.com
             mriordan@bradley.com

-and-

James Bailey (TX Bar No. 24108289)
1819 Fifth Avenue N.
Birmingham, AL 35203
Telephone:(205) 521-8000
Facsimile: (205) 488-6913
Email:     jbailey@bradley.com

-and-

Alexandra E. Dugan (admitted *pro hac vice*)
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 252-4638
Facsimile: (615) 252-4705
Email:     adugan@bradley.com


*Counsel to the SO5 Digital Debtors and SO5
Digital Debtors in Possession*

## **Certificate of Service**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ David Trausch*
David Trausch