**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SAKS GLOBAL ENTERPRISES LLC, *et al.* | ) Case No. 26-90103 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SCHEDULES OF ASSETS AND LIABILITIES**
**OF SAKS FIFTH AVENUE LLC (CASE NO. 26-90070)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE GLOBAL DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**General**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the Global Debtors, as debtors and debtors in possession in the above-captioned cases pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Global Debtors, with the assistance of the Global Debtors' advisors.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Global Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements of the Global Debtors, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements have been signed by Mr. Mark Weinsten, Chief Restructuring Officer of the Global Debtors and authorized agent at each of the Global Debtors.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is proposed counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are proposed counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]   These Global Notes supplement and are in addition to any specific notes contained in each Global Debtor's Schedules or Statements.  The fact that the Global Debtors have prepared a Global Note with respect to any of the individual Global Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Global Debtors to exclude the applicability of such Global Note to any of the Global Debtors' other Schedules and Statements, as appropriate.

Accordingly, in reviewing and signing the Schedules and Statements, Mr. Weinsten necessarily relied upon the efforts, statements, and representations of the Global Debtors' other personnel and professionals.  Mr. Weinsten has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

In preparing the Schedules and Statements, the Global Debtors relied on financial data derived from their books and records that was available at the time of such preparation.  Although the Global Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist. Accordingly, the Global Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements.  In no event shall the Global Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Global Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Global Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

For the avoidance of doubt, the Global Debtors reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but the Global Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

### Global Notes and Overview of Methodology

1. **Description of the Cases**.  On January 13, 2026 (the "Petition Date") and January 14, 2026, the Debtors[3] filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") in the Bankruptcy Court. These Chapter 11 Cases are being jointly administered under Case No. 26-90103 (ARP).  The Debtors are operating their businesses and managing their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 14, 2026, the Court entered an order [Docket No. 46] authorizing procedural consolidation and joint administration of these Chapter 11 Cases. On January 27, 2026, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 480]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Global Debtors as of

---

[3]   For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

January 3, 2026, the date of the Global Debtors' month end closure to their balance sheet, and the liability data of the Global Debtors as of the close of business on the Petition Date.

2.   **Interpretation; Global Notes Control**.   Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.   In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

3.   **Reservations and Limitations**.   Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.   The Global Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.   Nothing contained in the Schedules and Statements is intended to be, nor should it be construed as, a waiver of any of the Global Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Global Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.   Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a)   **No Admission**.   Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Global Debtors, any assertion made therein or herein, or a waiver of the Global Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

    (b)   **Recharacterization**.   The Global Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.   However, in the event the Global Debtors improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Global Debtors' business, the Global Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

    (c)   **Classifications**.   Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Global Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Global Debtors' rights to recharacterize or reclassify such claim or contract.

3

(d)     **Claims Description**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Global Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed."  The Global Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  Moreover, the Global Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Global Debtors.

(e)     **Estimates and Assumptions**.  To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities.  Actual results could differ from such estimates.  The Global Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in estimates or assumptions.

(f)     **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Global Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Global Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, recoupment, claim (including, but not limited to, claims on contracts or for breaches of duties imposed by law or in equity), demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g)     **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition,

4

or other transaction.  The Global Debtors have made every effort to attribute intellectual property to the rightful Global Debtor owner; however, in some instances, intellectual property owned by one Global Debtor may, in fact, be owned by another.  Accordingly, the Global Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h)     **Insiders**.  For purposes of the Schedules and Statements, the Global Debtors included information with respect to a range of individuals the Global Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Certain of these individuals no longer serve in such capacities.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Persons listed as "insiders" have been included for informational purposes only.  The Global Debtors do not take any position with respect to: (i) such person's influence over the control of the Global Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

Further, certain of the individuals or entities identified as insiders, to the extent they are "insiders," may not have been insiders for the entirety of the twelve-month period, but the Global Debtors have included them herein out of an abundance of caution.  The Global Debtors reserve all rights with respect thereto.

4.     **Methodology.**

(a)     **Basis of Presentation**.  For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Global Debtor Saks Global Holdings LLC.  For the avoidance of doubt, these Schedules and Statements reflect only the assets and liabilities of the Global Debtors.  Combining the assets and liabilities set forth in the Global Debtors' Schedules and Statements could result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP").  Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Global Debtors.  Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Global Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the Global Debtors' books and records and historical financial statements.

5

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Global Debtor shows more assets than liabilities, this is not an admission that the Global Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.  Likewise, to the extent a Global Debtor shows more liabilities than assets, this is not an admission that the Global Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

(b) **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been summarized or generalized due to the nature of an agreement between a Global Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.  The Global Debtors have not listed individual customer accounts information as they consider their customer list to be proprietary and confidential.  Modifications will be limited to only what is necessary to protect the applicable Global Debtor or third party.

Further, in accordance with the relief granted in the *Order (I) Authorizing Debtors to Redact Certain Personally Identifiable Information; (II) Authorizing Electronic Noticing Procedures for Parties in Interest and Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; (III) Authorizing Debtors to File a Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors; and (IV) Granting Related Relief* [Docket No. 161], certain personally identifiable information, including home address of individuals, has been redacted in the Schedules and Statements.  For the avoidance of doubt, the address of any director, officer, or individual employed by the Debtors is either redacted or listed as the location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address: 225 Liberty Street, 31st Floor, New York, NY 10281.

(c) **Duplication**.  Certain of the Global Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent disclosures would be duplicative, the Global Debtors have determined to only list such assets, liabilities, and prepetition payments once.  As set forth in these Global Notes, any duplication is inadvertent.

(d) **Umbrella or Master Agreements**.  Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Global Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Global Debtors who were named in the original umbrella or master agreement.

(e) **Executory Contracts**.  Although the Global Debtors made diligent efforts to attribute each executory contract to its rightful Global Debtor, in certain instances, the Global Debtors may have inadvertently failed to do so.  Accordingly, the Global Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although

6

the Global Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease. Furthermore, while the Global Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, or omissions may have occurred.

The contracts, agreements, and leases listed on Schedule G may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Global Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

(f)     **Leases**. The Global Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

(g)     **Valuation**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Global Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of January 3, 2026, the Global Debtors' fiscal month end for December, are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balance as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values and, in some cases, the Global Debtors do not carry the value of the assets on their books. Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material. Accordingly, the Global Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with an undetermined value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does

7

not constitute a waiver of any rights of the Global Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Global Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Global Debtor was solvent or insolvent as of the Petition Date.

(h)     **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Global Debtors may lease furniture, fixtures, and equipment from certain third party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Global Debtors reserve all of their rights with respect to same.

(i)     **Inventory**.  The Global Debtors' inventory is comprised of merchandise and is stated at either weighted average cost or retail inventory method.  The calculation of cost includes merchandise purchases, the costs to bring the merchandise to distribution centers, warehousing and handling expenditures, and distributing and delivering merchandise to stores and fulfillment centers (direct and indirect). Carrying values of inventory are analyzed and, to the extent that the cost of inventory exceeds the expected selling prices less reasonable costs to sell, provisions are made to reduce the carrying amount of the inventory.  The Global Debtors review their inventory levels in order to identify slow-moving merchandise and uses merchandise markdowns to sell such merchandise, as needed.  Since the determination of net realizable value of inventory involves both estimation and judgment with regard to market values and reasonable costs to sell, differences in estimates could result in ultimate valuations that differ from the recorded asset.  The majority of inventory purchases and commitments are made in U.S. dollars in order to limit the Global Debtors' exposure to foreign currency fluctuations.

(j)     **Contingent Assets**.  The Global Debtors believe that they may possess certain claims and causes of action against various parties.  Additionally, the Global Debtors may possess contingent claims, including, but not limited to, avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Global Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  As further set forth in paragraph 3(f) of these Global Notes, the Global Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have.

Additionally, prior to the Petition Date, each Global Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.  Refer to each Statement, Part 3, Question 7, for lawsuits commenced prior to the relevant Petition Date in which the Global Debtor was a plaintiff.

8

(k)     **Unliquidated Claim Amounts**.   Claim amounts that could not be readily quantified by the Global Debtors are scheduled as "unliquidated," "undetermined," or "unknown."

(l)     **Undetermined Amounts**.   The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

(m)     **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.  To the extent a Global Debtor is a guarantor of debt held by another Global Debtor, the amounts reflected in these Schedules are inclusive of each Global Debtor's guarantor obligations.

(n)     **Allocation of Liabilities**.  The Global Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Global Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

(o)     **Paid Claims**.  Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' Chapter 11 Cases entered on or about January 14, 2026 and January 15, 2026 (collectively, the "First Day Orders"), the Global Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, lienholders, customer credits/refunds, claimants under section 503(b)(9) of the Bankruptcy Code, and taxing authorities.  Accordingly, certain liabilities may have been or may be satisfied in accordance with such orders.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Global Debtors reserve all rights to amend or supplement their Schedules and Statements, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

(p)     **Other Paid Claims**.   To the extent the Global Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Global Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval.  To the extent the Global Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Global Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

9

(q)     **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Global Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Global Debtors.  The Global Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

(r)     **Intercompany Claims**.  Certain receivables and payables among and/or between the Debtors are reported on Schedule A/B per the Global Debtors' unaudited books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables.  For the avoidance of doubt, the Global Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.  *Without limiting the generality of the foregoing, certain intercompany receivables and payables among and/or between the Global Debtors and SO5 Digital Debtors are consolidated and netted in the consolidated presentation of the Debtors' books and records.  All intercompany accounts, transactions, balances, revenues, and expenses are eliminated.  As a result, no intercompany receivables/payables among and/or between the Debtors are set forth in these Statements and Schedules.*  Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Global Debtors' books and records.  The Global Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not allowed at all.  The listing of amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account.  The Global Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Global Debtors act on behalf of other Global Debtors. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Global Debtor entity is an obligor with respect to any such payment.  The Global Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

(s)     **Payments**. Prior to the Petition Date, the Global Debtors maintained a cash management and disbursement system in the ordinary course of their businesses, as described   in   the   *Global   Debtors'   Motion   for   Interim   and   Final   Orders*

10

*(I) Authorizing Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 13] (the "Cash Management Motion"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Global Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

(t)     **Guarantees and Other Secondary Liability Claims**.  The Global Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Global Debtor or Global Debtors affected by such Guarantees.  However, certain Guarantees embedded in the Global Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Thus, the Global Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

(u)     **Claims of Third-Party Related Entities**.  While the Global Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Global Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Global Debtors' obligations to same.  Therefore, to the extent that the Global Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

(v)     **Excluded Assets and Liabilities**.  The Global Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries and employee benefit accruals.  In addition and as set forth above, the Global Debtors may have excluded amounts for which the Global Debtors have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court.  The Global Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

(w)     **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.  If such liens may apply, the Global Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

11

(x) **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(y) **Setoffs**.  The Global Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Setoffs in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Global Debtors and their suppliers.  Such setoffs and other similar rights are consistent with the ordinary course of business in the Global Debtors' industry and are not tracked separately.  Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, setoffs are not independently accounted for, and as such, are excluded from the Schedules.

5. **Specific Schedules Disclosures**

(a) **Schedule A/B- Part 1, Item 2 – Cash on Hand**.  Schedule A/B-2 lists cash on hand in stores as of January 13, 2026.

(b) **Schedule A/B-Part 1, Item 3 – Checking, savings, or other financial accounts, CDs, etc**.  Schedule A/B-3 lists closing bank balances as of January 13, 2026. Details with respect to the Global Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and the *Final Order (I) Authorizing Global Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 901].

(c) **Schedule A/B-Part 2, Items 7-8 – Security deposits and prepayments with public utilities, telephone companies, landlords and others**.  Schedule A/B-7-8 does not reflect any amounts of any security deposits or prepayments a supplier or factor has applied per the supplier's or factor's records.

(d) **Schedule A/B-Part 3, Item 11 – Accounts receivable**. Schedule A/B-11 excludes intercompany receivables.  For a discussion of intercompany claims, refer to paragraph 4(r) of these Global Notes.

(e) **Schedule A/B-Part 4, Item 15 – Stock and interests in incorporated and unincorporated businesses**.  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed on Schedule A/B, Part 4 as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors.

(f) **Schedule A/B-Part 5, Items 19-26 – Inventory, excluding agricultural assets**.  Inventory is shown as of January 3, 2026 and includes capitalized freight and overhead, as well as inventory adjustments.  Inventory is shown net of reductions for shrink, lesser of cost or market, and inventory write-off reserves, as well as the unamortized portion of vendor entitlements and other credits not recorded at the SKU level.

(g)     **Schedules A/B-Parts 7 and 8, Items 39-41, 50 – Office and business equipment**.  Certain of the Global Debtors' office and business equipment, fixtures, machinery, furnishings, and supplies are not capitalized based on their accounting policies and procedures.  Those assets that are not capitalized are not listed herein.

(h)     **Schedules A/B, Part 7, Items 42 – Collectibles**.  The Global Debtors display an art collection that includes prints and originals across the Global Debtors' locations.  The Global Debtors may not own all prints and originals on display across their locations.  Further, the aggregate value of the art collection has not yet been determined.  The existence of the collection is disclosed in the Schedules and Statements out of an abundance of caution

(i)     **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**.  The Global Debtors review goodwill and other intangible assets for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values.  An impairment test has not been conducted as of the preparation of the Schedules and Statements, and therefore several of the Global Debtor's intangible asset values may be listed as undetermined or could be subject to material changes.  The Global Debtors report goodwill and other intangible assets at net book value based on the Global Debtors' books and records whenever applicable.

(j)     **Schedules A/B, Part 11 Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**.  The Global Debtors may receive refunds for sales and use tax at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Global Debtors and, accordingly, may not be listed on Schedule A/B.  Additionally, the Global Debtors may be entitled to apply certain net operating losses or other tax attributes. These tax attributes are described in the *Debtors' Joint Emergency Motion for Entry of Order (I) Establishing Notice and Hearing Procedures for Transfers Of Equity Interests in Debtors and Declarations of Worthlessness with Respect to Equity Interests in Saks Global Holdings LLC; (II) Establishing Record Date for Notice and Sell-Down Procedures for Transferring Claims Against the Debtors; and (III) Granting Related Relief* [Docket No. 11].  The Global Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72; however, such tax attributes are listed as undetermined amounts because the fair market value (if any) of such attributes is dependent on numerous variables and factors.

(k)     **Schedules A/B-Part 11, Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims**.  The Global Debtors attempted to list known causes of action and other claims.  Potential preference actions and/or fraudulent transfer actions were not listed because the Global Debtors have not completed an analysis of such potential claims.  The Global Debtors' failure to list any cause of action, claim, or right of any nature is not an

13

admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

Despite their reasonable efforts to identify all known assets, the Global Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements.  The Global Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

(l) **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise ordered by the Bankruptcy Court, the Global Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Global Debtor's Schedule D.  Moreover, although the Global Debtors may have scheduled claims of various creditors as secured claims, the Global Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Global Debtor may be a co-obligor with respect to scheduled claims of other Global Debtors.  No claim set forth on the Schedule D of any Global Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Since the Petition Date, certain of the Global Debtors' trustees for their prepetition debt have been succeeded by replacement trustees. Schedule D lists the trustees for the Global Debtors' prepetition debt as of the Petition Date.  Further, although there are multiple parties that hold a portion of the Global Debtors' senior secured funded debt, only the trustee or administrative agent, as applicable, has been listed for purposes of Schedule D.

Schedule D does not include beneficiaries of letters of credit.  Although the claims of certain parties may be secured by a letter of credit, the Global Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.

14

The Global Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Detailed descriptions of the Global Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Global Debtors' Emergency Motion for Entry of Interim And Final Orders (I) Authorizing the Global Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 49].

(m)     **Schedule E/F – Creditors Who Hold Unsecured Claims**

(i)     ***Part 1 – Creditors with Priority Unsecured Claims***.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Global Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Global Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief* [Docket No. 150], the Global Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition.  The Global Debtors believe that any non-disputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim, have been or will be satisfied.

Pursuant to the *Order (I) Authorizing Debtors to (A) Pay Certain Compensation and Benefits Obligations and (B) Maintain Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 149] (the "Wages Order") the Global Debtors received final authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business.  Accordingly, no undisputed, prepetition claims of non-insiders related to employee wages and other employee benefits that have been paid or may be paid pursuant to the Wages Order or pursuant to further Bankruptcy Court order is listed in Schedule E/F Part 1.

Schedule E/F Part 1 also includes balances for advanced deposits and special orders.  Such amounts reflect instances where the Global Debtor has taken a cash deposit from the customer, but the vendors have not shipped the goods yet.  Such balances reflect the most current balances on the Global Debtor's books.

15

(ii)   ***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Global Debtors' books and records.  The Global Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Global Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Global Debtors generally allocate individual liabilities to particular Global Debtors.  However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Global Debtor based on a contractual obligation.  Instead, the Schedules reflect the liability based on the Global Debtors' books and records.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding pending litigation involving the Global Debtors.  The amounts for such potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.  For the avoidance of doubt, demand letters received from potential litigants as well as other litigations that do not list a specific Global Debtor are listed on the Schedules for Saks Global Enterprises LLC, as applicable.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may or have been rejected in these Chapter 11 Cases.  To the extent such claims exist, the Global Debtors reserve all rights to contest any such claims if asserted.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Global Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Global Debtors' estates, the Global Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Global Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Global Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive prepetition invoices.

16

Liabilities listed on Schedules E/F reflect the balances in Global Debtors' books and records as of January 3, 2026 or January 13, 2026. Such amounts <u>do not</u> include any prepetition amounts paid under various authority granted by the Bankruptcy Court that have been issued post-petition. The Global Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of these cases (as approved by the Bankruptcy Court).

(n)   **Schedule G – Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Global Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

In the ordinary course of business, the Global Debtors have entered into numerous agreements, both written and oral, regarding the provision of certain services on a month-to-month or at-will basis, as well as certain purchase orders, statements of work, supplemental agreements, and letter agreements. It would be unduly burdensome and cost-prohibitive to list all such agreements in Schedule G and, therefore, such agreements may not be listed individually on Schedule G.

The Global Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the Global Debtors may have inadvertently listed the incorrect Global Debtor party.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Global Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Global Debtors as to the validity of any such contract. The Global Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Global Debtors' rights under the Bankruptcy Code with

17

respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Global Debtor entities although the Global Debtors have assumed and continue to perform under the terms of such agreements.  In such cases, Global Debtors have included such items on Schedule G of Saks Global Holdings LLC.

The Global Debtors have royalty agreements between other Global Debtor entities and therefore do not record such royalty agreements on their books and records and so such agreements are not included here.

Certain Global Debtors are guarantors and parties to guaranty agreements regarding the Global Debtors' prepetition credit facility.  The guaranty obligations arising under such agreements are reflected on Schedules D and F only.

(o)    **Schedule H – Co-Debtors**.  In the ordinary course of their business, the Global Debtors pay certain expenses on behalf of their subsidiaries.  For purposes of Schedule H, the Global Debtors may not have identified certain guarantees that are embedded in the Global Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Global Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Global Debtors have not listed any litigation-related co-Global Debtors on Schedule H.  Instead, all such listings can be found on the Global Debtors' Schedule E/F.

6.    **Specific Statements Disclosures.**

(a)    **Part 1, Question 1 – Income from operations**.  The values reflected in Part 1, Question 1 are at the profit-and-loss level, not on a cash basis.

(b)    **Part 1, Question 2 – Non-business revenue**.  Non-business revenue includes such items as shipping and delivery revenue, expired gift card revenue, customer loyalty revenue, and managed services revenue, among others.  This is reflected at the profit-and-loss level and recorded on an accrual basis, not a cash basis.

(c)    **Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**.  Any payments made to the Global Debtors' bankruptcy case professionals and/or insiders within the ninety (90) days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 30, respectively, and, therefore, are not listed in response to SOFA 3.  Payments made to the Global Debtors' non-insider employees also are not listed in SOFA 3.

18

(d)   **Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**.  Please refer to Question 30 of the Statements for Saks Global Enterprises LLC regarding all payments to insiders.  Individual payments to Global Debtor affiliates are not reflected in Question 4 due to their complexity and voluminous nature.

(e)   **Part 2, Question 6 – Setoffs**.  For a discussion of setoffs and nettings incurred by the Global Debtors, refer to paragraph 4(y) of these Global Notes.

(f)   **Part 5, Question 10 – Certain Losses**.  In the ordinary course, the Global Debtors incur immaterial losses due to vandalism, but do not report such losses or receive payments for them.

(g)   **Part 4, Question 9 – Certain gift and charitable donations**.  The Global Debtors make charitable donations both directly to certain nonprofit organizations and indirectly to other charitable causes through lump sum contributions to various third party charitable funds.  The Global Debtors record the direct charity donations and the lump sum contributions to third party charitable funds.  Such information, as available, is listed in SOFA 9.  The subsequent distributions from the third party charitable funds to various other charities are not recorded by the Global Debtors.

(h)   **Part 6, Question 11 – Certain payments or transfers**.  All disbursements listed in Statement 11 were initiated and disbursed by either Saks Global Enterprises LLC or SFA Holdings, Inc., but were for the benefit of all Global Debtors.

(i)   **Part 9, Question 17 – Employee Benefit Plans**.  Certain employee benefit plans listed in Statement 17 were terminated prior to the Petition Date in connection with the previous chapter 11 cases of Neiman Marcus Group LTD LLC (Case No. 20-32519) in 2020.  Such previous cases and terminations are unrelated to these Chapter 11 Cases.

(j)   **Part 10, Question 20 – Off-premises storage**.  The locations listed for off-premise storage do not include shippers that are holding goods in-transit, including but not limited to goods on ships, in trucks, or in warehouses where they may be temporarily stored during the transport process.

(k)   **Part 11, Question 21 – Property held for another**.  In the ordinary course the Global Debtors sell consignment, drop-ship, and concession goods.  Such goods are not included here.  The Global Debtors also have a special orders and will call program in which certain Global Debtors hold goods purchased by customers in the store until the customer comes to retrieve their purchase.  Such goods are also excluded from the schedule.  The program is further described in the *Debtors' Joint Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Maintain and Administer Their (A) Existing Customer Programs and (B) Charitable Donation Programs; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief* [Docket No. 15].

19

(l)     **Part 13, Question 26d – List all financial institutions, creditors, and other parties to whom the debtor issued a financial statement within 2 years before filing this case**.  In the ordinary course the Global Debtors provide certain parties, such as banks, auditors, potential investors, vendors, landlords,  and financial advisors, with financial statements that may not be part of a public filing. The Global Debtors do not maintain complete lists to track such disclosures. As such, the Global Debtors have not provided lists of such parties in response to this question.

(m)     **Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  The information reported on Question 30 is representative of the total payments made to insiders on behalf of multiple Global Debtor entities during the one year prior to the Petition Date.  For the avoidance of doubt, Question 30 may include payments to individuals who may have been insiders at the time they were employed by the Global Debtors, but are no longer employed by the Global Debtors.  As set forth in the *Debtors' Joint Emergency Motion for Entry of Order (I) Authorizing Debtors to (A) Pay Certain Compensation and Benefits Obligations and (B) Maintain Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 10], the Global Debtors historically contribute to employee's 401(k) plans on a discretionary basis.  Where applicable, these amounts are included on SOFA 30.

**Fill in this information to identify the case:**

Debtor name: Saks Fifth Avenue LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 26-90070

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $186,042,084.46 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $186,042,084.46 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$3,234,833,207.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $2,640,402.11 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $907,079,245.56 |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$4,144,552,854.67

| Fill in this information to identify the case: |
| --- |
| Debtor name: Saks Fifth Avenue LLC |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number: 26-90070 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**

2.1      $0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| --- | --- | --- | --- |
| 3.1 | | | $0.00 |

**4. Other cash equivalents** *(Identify all)*

4.1      $0.00

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $0.00

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1     Utility Deposit - Bal Harbour Village | $3,500.00 |
| 7.2     Utility Deposit - Con Edison | $3,980.00 |
| 7.3     Utility Deposit - Eversource Gas Service | $910.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1     See Schedule A/B 8 Attachment | $487,150.46 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| $495,540.46 |

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | _____ − _____ = ........ ➔ | $0.00 |
|---|---|---|---|
| | | face amount      doubtful or uncollectible accounts | |
| 11b. | Over 90 days old: | _____ − _____ = ........ ➔ | $0.00 |
| | | face amount      doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| $0.00 |

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | |
|---|---|---|
| 14.1     None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1
| Club Libby Lu, Inc. | 100% | None | Undetermined |

15.2
| Saks Columbus Real Property LLC | 100% | None | Undetermined |

15.3
| Saks Direct, LLC | 100% | None | Undetermined |

15.4
| Saks Fifth Avenue Real Property LLC | 100% | None | Undetermined |

15.5
| Saks Richmond Real Property LLC | 100% | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1
| None | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    $0.00

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Merchandise | 2/22/2025 | $167,042,574.00 | WAC (Weighted Average Cost) | $167,042,574.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    $167,042,574.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes          Book value _____          Valuation method _____          Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture, Fixtures, and Equipment | Undetermined | Net Book Value | Undetermined |
| **40. Office fixtures** | | | |
| 40.1 See A/B 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 See A/B 39 | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Saks Fifth Avenue LLC
        _____
        Name

Case number *(if known)* 26-90070

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2017 Ram Pro Master City 4 - ZFBERFAB4H6G67019 | | None | Undetermined |
| 47.2<br>2014 Isuzu NPR - 54DB4W1B0ES803673 | | None | Undetermined |
| 47.3<br>2004 FORD E 150 VAN - 1FTRE14W44HA06985 | | None | Undetermined |
| 47.4<br>2004 CHEVY CUTAWAY BOX - 1GBJG31U241236382 | | None | Undetermined |
| 47.5<br>2007 CHEVY C65 VAN - 1GBJ6C1G07F402497 | | None | Undetermined |
| 47.6<br>2015 ISUZU NPR - 54DC4W1C6FS805331 | | None | Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Construction In Progress | Undetermined | Net Book Value | Undetermined |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Schedule A/B 55 Attachment | | | | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.                          $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | | |
|---|---|---|---|---|
| | total face amount | - doubtful or uncollectible amount | = ➔ | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | | $0.00 |
|---|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| None | | $0.00 |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Bal Harbour Shops, LLC                                              Undetermined

Nature of Claim            Defamation

Amount requested           Undetermined

74.2

Visa U.S.A. Inc., Visa International Service Association, Visa Inc., Mastercard International      Undetermined
Incorporated, Mastercard Incorporated

Nature of Claim            Antitrust Matter

Amount requested           Undetermined

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1
    Bal Harbor Shops LLC      Undetermined

Nature of Claim      Counterclaim

Amount requested      $18,000,000.00

**76. Trusts, equitable or future interests in property**

76.1
    None      $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1
    Coop Receivable      $2,075.00

77.2
    Developer Receivable      $18,500,000.00

77.3
    Miscellaneous Receivables      $1,895.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$18,503,970.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $495,540.46 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $167,042,574.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |

**88. Real property. Copy line 56, Part 9.** ➔ _____ $0.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10. _____ $0.00

**90. All other assets.** Copy line 78, Part 11. _____ $18,503,970.00

**91. Total. Add lines 80 through 90 for each column** 91a. $186,042,084.46    91b. $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $186,042,084.46

**SCHEDULE A/B 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| BUSINESS LICENSE - BAL HARBOUR VILLAGE | $67,158.91 |
| BUSINESS LICENSE - CITY OF ATLANTA | $11,911.11 |
| BUSINESS LICENSE - CITY OF ATLANTA | $1,964.80 |
| BUSINESS LICENSE - CITY OF BIRMINGHAM | $1,660.94 |
| BUSINESS LICENSE - CITY OF NEW ORLEANS | $2,305.62 |
| BUSINESS LICENSE - CITY OF RICHMOND | $2,204.69 |
| BUSINESS LICENSE - CITY OF SWEETWATER | $10,552.50 |
| BUSINESS LICENSE - FAIRFAX COUNTY | $1,873.62 |
| CAM - BALA PLAZA PARK LLC | $16,198.41 |
| CAM - BAYER RETAIL COMPANY III LLC | $8,288.25 |
| CAM - CHIPPENHAM SP HOLDINGS LLC | $3,000.00 |
| CAM - ELM STREET RSK LLC | $26,014.30 |
| CAM - GGP CPP PLAZA FRONTENAC LLC | $11,972.02 |
| CAM - GGPLP REAL ESTATE INCORPORATED | $5,063.00 |
| CAM - HELMERICH AND PAYNE PROPERTIES INC | $21,561.88 |
| CAM - PFP COLUMBUS LLC | $3,758.66 |
| CAM - PREMIUM OUTLET PARTNERS LP | $9,317.79 |
| CAM - PREMIUM OUTLET PARTNERS LP | $9,114.36 |
| CAM - REGENCY CENTERS LP | $10,158.47 |
| CAM - SDG DADELAND MALL ASSOCIATES INCORPORATE | $4,261.24 |
| CAM - SOMERSET COLLECTION LTD PARTNERSHIP | $78,773.75 |
| CAM - T0015160 COPLEY PLACE ASSOCIATES LLC | $59,730.77 |
| CAM - TRIANGLE TOWN CENTER REALTY HOLDING LLC | $2,076.65 |
| CAM - TYSONS GALLERIA | $4,508.00 |
| CAM - WILSON CANAL PLACE II LLC | $33,326.60 |
| ELEVATORS/ESCALATORS - KONE INCORPORATED | $5,211.91 |
| GENERAL SERVICES PURCHASED - LINKEDIN CORPORATION | $9,339.17 |
| RENT - BOSTON PROPERTIES | $7,807.99 |
| RENT - BROOKFIELD | $17,994.78 |
| SAFETY / FIRE / EMERGENCY - JOHNSON CONTROLS FIRE PROTECTION LP | $40,040.27 |

**TOTAL**        __$487,150.46__

In re: Saks Fifth Avenue LLC
Case No. 26-90070                           Page 1 of 1

**SCHEDULE A/B 55 ATTACHMENT**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| LAND/LEASEHOLD IMPROVEMENTS | | | NONE | UNDETERMINED |
| STORE 403 - ALA MOANA CENTER<br>1450 ALA MOANA BOULEVARD<br>HONOLULU, HI 96814 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 404 - WESTLAKE CENTER<br>400 PINE STREET<br>SEATTLE, WA 98101 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 412 - THE CORBIN COLLECTION<br>1437 NEW BRITAIN AVE.<br>WEST HARTFORD, CT 06110 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 608 - SHOPS AT CANAL PLACE<br>301 CANAL STREET<br>NEW ORLEANS, LA 70130 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 630 - PRUDENTIAL CENTER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 630A - COPLEY PLACE<br>100 HUNTINGTON AVENUE<br>BOSTON, MA 02116 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 631 - BALA PLAZA<br>2 BALA PLAZA<br>BALA-CYNWYD, PA 19004 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 637 - BAL HARBOUR SHOPS<br>9700 COLLINS AVENUE<br>BAL HARBOUR, FL 33154 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 671 - STONY POINT FASHION PARK<br>9214 STONY POINT PARKWAY<br>RICHMOND, VA 23235 | SAKS - OWNED | | NONE | UNDETERMINED |
| STORE 672 - FREESTANDING MAIN STORE<br>205 GREENWICH AVENUE<br>GREENWICH, CT 06830 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 672A - FREESTANDING SHOE STORE<br>20 EAST ELM STREET<br>GREENWICH, CT 06830 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 672B - FREESTANDING CONTEMP / VAULT<br>200 GREENWICH AVE<br>GREENWICH, CT 06830 | SAKS - LEASED | | NONE | UNDETERMINED |
| STORE 706 - WRENTHAM VILLAGE PREMIUM OUTLETS<br>1048 SOUTH STREET<br>WRENTHAM, MA 02093 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 718 - DOLPHIN MALL<br>11201 NW 12TH ST.<br>MIAMI, FL 33168 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 719 - OUTLET SHOPPES OF ATLANTA AT WOODSTOCK<br>915 RIDGEWALK PARKWAY<br>WOODSTOCK, GA 30188 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 724 - FREESTANDING<br>110 HIGH RIDGE RD<br>STAMFORD, CT 06905 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 726 - SUGARLOAF MILLS<br>5900 SUGARLOAF PARKWAY<br>LAWRENCEVILLE, GA 30043 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 744 - MERRIMACK PREMIUM OUTLETS<br>80 PREMIUM OUTLETS BLVD.<br>MERRIMACK, NH 03054 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 773 - CLINTON CROSSING PREMIUM OUTLETS<br>20 KILLINGWORTH TURNPIKE<br>CLINTON, CT 06413 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 774 - MEBANE TANGER OUTLETS<br>4000 ARROWHEAD BLVD.<br>MEBANE, NC 27302 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 784 - TANGER OUTLETS<br>4840 TANGER OUTLET BLVD.<br>CHARLESTON, SC 29418 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 785 - TANGER OUTLETS<br>1414 FORDING ISLAND RD.<br>BLUFFTON, SC 29910 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 807 - ASSEMBLY ROW<br>34 STURTEVANT ST<br>SOMERVILLE, MA 02122 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 809 - EASTON TOWN CENTER<br>3940 STELZER RD.<br>COLUMBUS, OH 43219 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 842 - BUCKHEAD STATION<br>1 BUCKHEAD LOOP DRIVE, NE<br>ATLANTA, GA 30326 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |
| STORE 845 - DOWNTOWN WASHINGTON DC<br>555 12TH STREET<br>WASHINGTON, DC 20003 | SAKS OFF FIFTH - LEASED | | NONE | UNDETERMINED |

**TOTAL   UNDETERMINED**

**Fill in this information to identify the case:**

Debtor name: Saks Fifth Avenue LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 26-90070

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | | | |
| See Schedule D Attachment<br><br>**Date debt was incurred?**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to the lien:**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,234,833,207.00 | UNDETERMINED |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $3,234,833,207.00

Debtor    Saks Fifth Avenue LLC
          Name

Case number *(if known)* 26-90070

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| 3.1 | | |

SCHEDULE D ATTACHMENT
Creditors Who Have Secured Claims

| ID | Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | If Multiple Creditors Have An Interest In The Same Property, Specify Each Creditor And Its Relative Priority | Describe Debtor's Property That Is Subject To A Lien | Describe The Lien | Is The Creditor An Insider Or Related Party? (Yes/No) | Is Anyone Else Liable On This Claim? (Yes/No) | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | B.H. MULTI COLOR CORP. | 145 W 45TH ST | | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.002 | B.H. MULTICOM CORP | 15 W 46TH ST | | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.003 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL ST | 9TH FLOOR | BOSTON | MA | 02110 | | | | | | ASSET BACKED REVOLVING CREDIT FACILITY | NO | YES | | | | $408,270,276.00 | UNDETERMINED |
| 2.004 | BHASIN ENTERPRISES, LLC D/B/A COOMI | ONE COUNTY RD , | UNIT A-11 | SECAUCUS | NJ | 07094 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.005 | BIRKS GROUP INC. | 1000 BRICKELL AVE | SUITE 1020 | MIAMI | FL | 33131 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.006 | BOUCHERON JOAILLERIE (USA) INC | 3 E 57TH ST | 8TH FLOOR | NEW YORK | NY | 10022 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.007 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH ST | | NEW YORK | NY | 10013 | | | | | | 2O NOTES | NO | YES | | | | $1,535,209,253.00 | UNDETERMINED |
| 2.008 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH ST | | NEW YORK | NY | 10013 | | | | | | 3O NOTES | NO | YES | | | | $478,558,641.00 | UNDETERMINED |
| 2.009 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH ST | | NEW YORK | NY | 10013 | | | | | | OLD NOTES | NO | YES | | | | $50,295,037.00 | UNDETERMINED |
| 2.010 | DOLCE & GABBANA SRL | VIA CARLO GOLDONI, 10 | | MILANO | | 20129 | ITALY | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.011 | DOLCE & GABBANA SRL | VIA CARLO GOLDONI, 10 | | MILANO | | 20129 | ITALY | | | | | UCC LIEN | NO | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.012 | DOLCE & GABBANA USA INC | 546 FIFTH AVE | 10TH FLOOR | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.013 | DOLCE & GABBANA USA INC | 546 FIFTH AVE | 10TH FLOOR | NEW YORK | NY | 10036 | | | | | | UCC LIEN | NO | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.014 | FRHUEB INC | 22 W 48TH ST | OFFICE 304 | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.015 | GILIN JEWELRY INC | 15 VARIAN LANE | | SCARSDALE | NY | 10583 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.016 | GIOVANE LTD. D/B/A PIRANESE | 30 ROCKEFELLER PLAZA | SUITE 4330 | NEW YORK | NY | 10112 | | | | | | | | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.017 | GLOBAL PEARL GROUP LLC DBA ASSAEL | 589 FIFTH AVE | SUITE 1154 | NEW YORK | NY | 10017 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.018 | GRANDVIEW DIAMONDS | 580 5TH AVE | SUITE 500 | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.019 | HAYS WORTHINGTON CORPORATION | 589 FIFTH AVE | SUITE 1300 | NEW YORK | NY | 10017 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.020 | HB STRATEGIES LLC | 28 HAVEMEYER PLACE | 2ND FLOOR | GREENWICH | CT | 06830 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.021 | HUGO BOSS RETAIL INC | 55 WATER ST | 48TH FLOOR | NEW YORK | NY | 10041 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.022 | INNER CIRCLE JEWELRY LTD | 98 CUTTER MILL RD | SUITE 300N | GREAT NECK | NY | 11021 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.023 | ITALIAN JEWELRY OF AMERICA INC | 2875 NE 191ST ST #706 | | AVENTURA | FL | 33180 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.024 | JARED LEHR INC. | 1100 ALTA LOMA RD | SUITE 1505 | WEST HOLLYWOOD | CA | 90069 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.025 | JEWELS BY JACOB | 15 W 47TH ST | SUITE 603 | NEW YORK | NY | 11036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.026 | JOHN HARDY USA INC | 490 BROADWAY | 3RD FLOOR | NEW YORK | NY | 10012 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.027 | KATY BRISCOE INC | 1455 W LOOP SOUTH | SUITE 520 | HOUSTON | TX | 77027 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.028 | KWIAT ENTERPRISES LLC | 555 MADISON AVE | SUITE 1400 | NEW YORK | NY | 10022 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.029 | LORRAINE E. SCHWARTZ INC | 580 FIFTH AVE | SUITE 1102 | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.030 | LUSH JEWELS LTD | 36 W 44TH ST | SUITE 1103 | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.031 | MA LUXURY DESIGN GROUP INC | 156 W 56TH ST | SUITE 1102 | NEW YORK | NY | 10019 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.032 | MA LUXURY DESIGN GROUP INC | 156 W 56TH ST | SUITE 1102 | NEW YORK | NY | 10019 | | | | | | UCC LIEN | NO | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.033 | MARCO BISEGO USA, INC | 915 BATTERY ST | 2ND FLOOR | SAN FRANCISCO | CA | 94111 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.034 | MISENO FINE JEWELRY | 223 WALL ST #409 | | HUNTINGDON | NY | 11743 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.035 | MUSE IMPORTS LTD | 601 HUDSON ST | | NEW YORK | NY | 10014 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.036 | OSCAR HEYMAN & BROTHERS INC | 501 MADISON AVE | | NEW YORK | NY | 10022 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.037 | PASQUALE BRUNI (USA) LTD | 1 ROCKEFELLER PLAZA | SUITE 1280 | NEW YORK | NY | 10020 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.038 | PAUL MORELLI DESIGN INC | 1118 WALNUT ST | | PHILADELPHIA | PA | 19107 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.039 | PIAZZA ITALIA NY LLC | 11 E 44 ST | SUITE 800 | NEW YORK | NY | 10017 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.040 | RBC 100 LLC DBA ROBERT COIN CENTO COLLECTION | 579 FIFTH AVE | | NEW YORK | NY | 10017 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.041 | RBC 100 LLC DBA ROBERT COIN CENTO COLLECTION | 579 FIFTH AVE | | NEW YORK | NY | 10017 | | | | | | UCC LIEN | NO | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.042 | REPOSSI S.A.S | 7 TIMES SQ | | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.043 | ROBERTO COIN INC | 579 FIFTH AVE | | NEW YORK | NY | 10017 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.044 | ROBERTO COIN INC | 579 FIFTH AVE | | NEW YORK | NY | 10017 | | | | | | UCC LIEN | NO | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.045 | ROYAL CHAIN INC | 2 W 46TH ST | 2ND FLOOR | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.046 | ROYAL JEWELRY MANUFACTURING INC | 825 NORTHERN BLVD | 1ST FLOOR | GREAT NECK | NY | 11021 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.047 | SANDEEP DIAMOND CORPORATION | 545 FIFTH AVE | 4TH FLOOR | NEW YORK | NY | 10017 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.048 | SGUS LLC | 225 LIBERTY ST | 31ST FLOOR | NEW YORK | NY | 10281 | | | | | | FILO ON-LOAN | NO | YES | | | | $400,000,000.00 | UNDETERMINED |
| 2.049 | SGUS LLC | 225 LIBERTY ST | 31ST FLOOR | NEW YORK | NY | 10281 | | | | | | NPC ON-LOAN | NO | YES | | | | $362,500,000.00 | UNDETERMINED |
| 2.050 | SIEGELSON'S DIAMONDS INC. | 589 FIFTH AVE | SUITE 1501 | NEW YORK | NY | 10017 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.051 | STEPHEN WEBSTER USA INC | 588 BROADWAY | | NEW YORK | NY | 10019 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.052 | SYDNEY EVAN A CALIFORNIA CORPORATION | 860 SOUTH | | LOS ANGELES | CA | 90014 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.053 | SYDNEY EVAN A CALIFORNIA CORPORATION | 860 SOUTH | | LOS ANGELES | CA | 90014 | | | | | | UCC LIEN | NO | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.054 | TAMARA COMOLLI FINE JEWELY LIMITED INC | 340 ROYAL POINCIANA WAY | SUITE 317-243 | PALM BEACH | FL | 33480 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.055 | TR APPAREL LLC | 435 HUDSON ST | | NEW YORK | NY | 10014 | | | | | | UCC LIEN | NO | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.056 | VALENTIN & KALICH JEWELRY MFG. LTD DBA VALENTIN MAGRO NEW YORK | 42 W 48TH ST | SUITE 903 | NEW YORK | NY | 10036 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.057 | WALTERS FAITH LLC | 125 MICHAEL DR | SUITE 105 #41 | SYOSSET | NY | 11791 | | | | | | UCC Lien | No | | X | X | X | UNDETERMINED | UNDETERMINED |

TOTAL   $3,234,833,207.00   UNDETERMINED

In re: Saks Fifth Avenue LLC
Case No. 26-90070

**Fill in this information to identify the case:**

Debtor name: Saks Fifth Avenue LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 26-90070

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | | | |
| See Schedule E/F Part 1 Attachment | As of the petition filing date, the claim is: *Check all that apply.* | $2,640,402.11 | $2,640,402.11 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| **Last 4 digits of account number** | ☐ Disputed | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__) | **Basis for the claim:** | | |
| | **Is the claim subject to offset?** ☑ No   ☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

See Schedule E/F Part 2 Attachment

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$907,079,245.56

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line <br><br> ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $2,640,402.11 |
| 5b. **Total claims from Part 2** | 5b. | $907,079,245.56 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $909,719,647.67 |

SCHEDULE EF Part1 ATTACHMENT
Creditors Who Have Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Specify Code Subsection Of Priority Unsecured Claim: 11 U.S.C. §507(a)(_) | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Suject to Offset? (Yes/No) | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | 555 12TH REIT LLC | DBA JLL ITF 555 12TH REIT LLC | 27295 NETWORK PLACE | | CHICAGO | IL | 60673 | | | 8 | Property Tax | x | x | x | No | $19,477.83 | $19,477.83 |
| 2.002 | ALA MOANA HOLDING LLC | DBA GGP KAPIOLANI DEVELOPMENT LLC | PO BOX 860267 | | MINNEAPOLIS | MN | 55486 | | | 8 | Property Tax | x | x | x | No | $227,927.75 | $227,927.75 |
| 2.003 | ALABAMA DEPARTMENT OF REVENUE | BUSINESS PRIVILEGE TAX SECTION | PO BOX 327320 | | MONTGOMERY | AL | 36132-7320 | | | 8 | Income/Franchise Tax | x | x | x | No | Undetermined | Undetermined |
| 2.004 | ALABAMA DEPARTMENT OF REVENUE | BUSINESS PRIVILEGE TAX SECTION | PO BOX 327320 | | MONTGOMERY | AL | 36132-7320 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.005 | ALABAMA DEPARTMENT OF REVENUE | BUSINESS PRIVILEGE TAX SECTION | PO BOX 327320 | | MONTGOMERY | AL | 36132-7320 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.006 | ALABAMA SECRETARY OF STATE | PO BOX 5616 | | | MONTGOMERY | AL | 36103-5616 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.007 | ARIZONA DEPARTMENT OF REVENUE | ATTN: LORRAINE AVERITT | 1600 W MONROW 7TH FLOOR | | PHOENIX | AZ | 85007 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.008 | ARIZONA DEPARTMENT OF REVENUE | ATTN: LORRAINE AVERITT | 1600 W MONROW 7TH FLOOR | | PHOENIX | AZ | 85007 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.009 | ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | PO BOX 3278 | | | LITTLE ROCK | AR | 72203 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.010 | ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | PO BOX 3278 | | | LITTLE ROCK | AR | 72203 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.011 | BAL HARBOUR VILLAGE | FINANCE DEPARTMENT | 655 96TH STREET | | BAL HARBOUR | FL | 33154 | | | 8 | Property Tax | x | x | x | No | $25,736.42 | $25,736.42 |
| 2.012 | BALA PLAZA PARK LLC | 444 ROUTE 35 SOUTH BUILDING B | | | EATONTOWN | NJ | 07724 | | | 8 | Property Tax | x | x | x | No | $384,877.08 | $384,877.08 |
| 2.013 | BEAUFORT COUNTY TREASURER | 100 RIBAUT ROAD STE 165 | | | BEAUFORT | SC | 29902 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.014 | CALIFORNIA STATE BOARD OF EQUALIZATION | PO BOX 942867 | | | SACRAMENTO | CA | 94267-0001 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.015 | CALIFORNIA STATE BOARD OF EQUALIZATION | PO BOX 942867 | | | SACRAMENTO | CA | 94267-0001 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.016 | CHARLESTON COUNTY TREASURER | WALLAVE COUNTY OFC BLDG | 101 MEETING ST STE 120 | | CHARLESTON | SC | 29401 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.017 | CITY & COUNTY DENVER CO DEPT OF FINANCE | DENVER MGR OF FINANCE/FIRE DEPT | ATTN: INSPECTIONS&PERMITS | PO BOX 733422 | DENVER | CO | 80217 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.018 | CITY & COUNTY DENVER CO DEPT OF FINANCE | DENVER MGR OF FINANCE/FIRE DEPT | ATTN: INSPECTIONS&PERMITS | PO BOX 733422 | DENVER | CO | 80217 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.019 | CITY OF BIRMINGHAM ALABAMA TAX & LICENSE ADMINISTRATION | 649 MONROE STREET | | | MONTGOMERY | AL | 36131 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.020 | CITY OF BIRMINGHAM ALABAMA TAX & LICENSE ADMINISTRATION | 649 MONROE STREET | | | MONTGOMERY | AL | 36131 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.021 | CITY OF CHICAGO / DEPT OF FINANCE | 333 S. STATE STREET - ROOM 300 | | | CHICAGO | IL | 60604 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.022 | CITY OF CHICAGO / DEPT OF FINANCE | 333 S. STATE STREET - ROOM 300 | | | CHICAGO | IL | 60604 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.023 | CITY OF FARMINGTON HILLS | 31555 W ELEVEN MILE RD | | | FARMINGTON HILLS | MI | 48336 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.024 | CITY OF NEW ORLEANS | 1300 PERDIDO ST. | RM 1W15 | | NEW ORLEANS | LA | 70112 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.025 | CITY OF NEW ORLEANS BUREAU OF REVENUE | 1300 PERDIDO ST. | RM 1W15 | | NEW ORLEANS | LA | 70112 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.026 | CITY OF NEW ORLEANS BUREAU OF REVENUE | 1300 PERDIDO ST. | RM 1W15 | | NEW ORLEANS | LA | 70112 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.027 | CITY OF SOMERVILLE | ATTN: LINDA DUBUQUE | 93 HIGHLAND AVE | | SOMERVILLE | MA | 02143-1740 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.028 | COLORADO DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY | PO BOX 17087 | | DENVER | CO | 80217-0087 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.029 | COLORADO DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY | PO BOX 17087 | | DENVER | CO | 80217-0087 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.030 | COLORADO SECRETARY OF STATE | 1700 BROADWAY, SUITE 200 | | | DENVER | CO | 80290 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.031 | COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION DIVISION | PO BOX 2601 | | ANNAPOLIS | MD | 21404-2601 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.032 | COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION DIVISION | PO BOX 2601 | | ANNAPOLIS | MD | 21404-2601 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.033 | CONNECTICUT SECRETARY OF STATE | 30 TRINITY STREET | PO BOX 150470 | | HARTFORD | CT | 06115-0470 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.034 | DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE | 1101 4TH STREET SW SUITE W270 | | | WASHINGTON | DC | 20024 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.035 | DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE | 1101 4TH STREET SW SUITE W270 | | | WASHINGTON | DC | 20024 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.036 | DISTRICT OF COLUMBIA SECRETARY OF STATE | 1350 PENNSYLVANIA AVENUE, NW, SUITE 203 | | | WASHINGTON | DC | 20004 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.037 | DOLPHIN MALL ASSOCIATES LLC | PO BOX 67000 DEPT 189501 | | | DETROIT | MI | 48267 | | | 8 | Property Tax | x | x | x | No | $17,802.47 | $17,802.47 |
| 2.038 | FLORIDA DEPARTMENT OF REVENUE | 5050 WEST TENNESSEE STREET | | | TALLAHASSEE | FL | 32399 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.039 | FLORIDA DEPARTMENT OF REVENUE | 5050 WEST TENNESSEE STREET | | | TALLAHASSEE | FL | 32399 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.040 | FLORIDA SECRETARY OF STATE | R.A. GRAY BUILDING | 500 SOUTH BRONOUGH STREET | | TALLAHASSEE | FL | 32399-0250 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.041 | GEORGIA DEPARTMENT OF REVENUE | PO BOX 105136 | | | ATLANTA | GA | 30348-5136 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.042 | GEORGIA DEPARTMENT OF REVENUE | PO BOX 105136 | | | ATLANTA | GA | 30348-5136 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.043 | GEORGIA SECRETARY OF STATE | 2 MLK, JR. DR. SUITE 313, FLOYD WEST TOWER | | | ATLANTA | GA | 30334-1530 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.044 | GGP LIMITED PARTNERSHIP | 7855 SOLUTIONS CENTER | | | CHICAGO | IL | 60677 | | | 8 | Property Tax | x | x | x | No | $38,778.00 | $38,778.00 |
| 2.045 | GREENWICH PROPERTIES LLC | 509 MADISON AVE | 2ND FLOOR | | NEW YORK | NY | 10022 | | | 8 | Property Tax | x | x | x | No | $95,875.70 | $95,875.70 |
| 2.046 | HAWAII DEPARTMENT OF TAXATION | PO BOX 1530 | | | HONOLULU | HI | 96806-1530 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.047 | HAWAII DEPARTMENT OF TAXATION | PO BOX 1530 | | | HONOLULU | HI | 96806-1530 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.048 | HAWAII SECRETARY OF STATE | EXECUTIVE CHAMBERS STATE CAPITOL | 415 S BERETANIA ST. | | HONOLULU | HI | 96813 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.049 | HELMERICH AND PAYNE PROPERTIES INC | 1437 S BOULDER AVE | | | TULSA | OK | 74119 | | | 8 | Property Tax | x | x | x | No | $146,278.80 | $146,278.80 |
| 2.050 | IDAHO STATE TAX COMMISSION | ATTN: KELLIE MINGO | PO BOX 36 | | BOISE | ID | 83722-0410 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.051 | IDAHO STATE TAX COMMISSION | ATTN: KELLIE MINGO | PO BOX 36 | | BOISE | ID | 83722-0410 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.052 | ILLINOIS DEPARTMENT OF REVENUE | PO BOX 19035 | | | SPRINGFIELD | IL | 62794-9035 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.053 | ILLINOIS DEPARTMENT OF REVENUE | PO BOX 19035 | | | SPRINGFIELD | IL | 62794-9035 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.054 | INDIANA DEPARTMENT OF REVENUE | PO BOX 7087 | | | INDIANAPOLIS | IN | 46207-7087 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.055 | INDIANA DEPARTMENT OF REVENUE | PO BOX 7087 | | | INDIANAPOLIS | IN | 46207-7087 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.056 | IOWA DEPARTMENT OF REVENUE | PO BOX 10471 | | | DES MOINES | IA | 50306-0471 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.057 | IOWA DEPARTMENT OF REVENUE | PO BOX 10471 | | | DES MOINES | IA | 50306-0471 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.058 | JEFFERSON CCOUNTY ALABAMA REVENUE DEPARTMENT | FINANCIAL INSTITUTION EXCISE UNIT | PO BOX 327437 | | MONTGOMERY | AL | 36132-7437 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.059 | JEFFERSON CCOUNTY ALABAMA REVENUE DEPARTMENT | FINANCIAL INSTITUTION EXCISE UNIT | PO BOX 327437 | | MONTGOMERY | AL | 36132-7437 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.060 | KANSAS DEPARTMENT OF REVENUE | PO BOX 3506 | | | TOPEKA | KS | 66625-3506 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.061 | KANSAS DEPARTMENT OF REVENUE | PO BOX 3506 | | | TOPEKA | KS | 66625-3506 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.062 | KENTUCKY DEPARTMENT OF REVENUE | KY DEPARTMENT OF REVENUE | | | FRANKFORT | KY | 40620-0021 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.063 | KENTUCKY DEPARTMENT OF REVENUE | KY DEPARTMENT OF REVENUE | | | FRANKFORT | KY | 40620-0021 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.064 | LOUISIANA DEPARTMENT OF REVENUE | ATTN: RICHELLE SHROPSHIRE | PO BOX 66658 | | BATON ROUGE | LA | 70896-6658 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.065 | LOUISIANA DEPARTMENT OF REVENUE | ATTN: RICHELLE SHROPSHIRE | PO BOX 66658 | | BATON ROUGE | LA | 70896-6658 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.066 | LOUISIANA SECRETARY OF STATE | PO BOX 94125 | | | BATON ROUGE | LA | 70804 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.067 | MAINE REVENUE SERVICES | PO BOX 1060 | | | AUGUSTA | ME | 04332-1060 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.068 | MAINE REVENUE SERVICES | PO BOX 1060 | | | AUGUSTA | ME | 04332-1060 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.069 | MASSACHUSETTS DEPARTMENT OF REVENUE | C/O BANKRUPTCY UNIT | ATTN: SAM DWYER | PO BOX 7090 | BOSTON | MA | 02204-7090 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.070 | MASSACHUSETTS DEPARTMENT OF REVENUE | C/O BANKRUPTCY UNIT | ATTN: SAM DWYER | PO BOX 7090 | BOSTON | MA | 02204-7090 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.071 | MASSACHUSETTS SECRETARY OF STATE | CORPORATIONS DIVISION | ONE ASHBURTON PLACE, 17TH FLOOR | | BOSTON | MA | 02108-1512 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.072 | MICHIGAN DEPARTMENT OF TREASURY | DEPARTMENT 78172 | PO BOX 78000 | | DETROIT | MI | 48278-0172 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.073 | MICHIGAN DEPARTMENT OF TREASURY | DEPARTMENT 78172 | PO BOX 78000 | | DETROIT | MI | 48278-0172 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.074 | MICHIGAN SECRETARY OF STATE | MICHIGAN DEPARTMENT OF STATE | 430 W. ALLEGAN ST. RICHARD H. | | LANSING | MI | 48918 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.075 | MINNESOTA DEPARTMENT OF REVENUE | 600 NORTH ROBERT ST. | | | ST. PAUL | MN | 55101 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.076 | MINNESOTA DEPARTMENT OF REVENUE | 600 NORTH ROBERT ST. | | | ST. PAUL | MN | 55101 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.077 | MISSISSIPPI DEPARTMENT OF REVENUE | 500 CLINTON CENTER DRIVE | | | CLINTON | MS | 39056 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.078 | MISSISSIPPI DEPARTMENT OF REVENUE | 500 CLINTON CENTER DRIVE | | | CLINTON | MS | 39056 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.079 | MISSISSIPPI SECRETARY OF STATE | 401 MISSISSIPPI STREET | | | JACKSON | MS | 39201 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.080 | MISSOURI DEPARTMENT OF REVENUE | 301 WEST HIGH STREET | | | JEFFERSON CITY | MO | 65101 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.081 | MISSOURI DEPARTMENT OF REVENUE | 301 WEST HIGH STREET | | | JEFFERSON CITY | MO | 65101 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.082 | NEBRASKA DEPARTMENT OF REVENUE | PO BOX 98934 | | | LINCOLN | NE | 68509-8934 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.083 | NEBRASKA DEPARTMENT OF REVENUE | PO BOX 98934 | | | LINCOLN | NE | 68509-8934 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.084 | NEVADA DEPARTMENT OF TAXATION | 3850 ARROWHEAD DR #2 | | | CARSON CITY | NV | 89706-2016 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.085 | NEVADA DEPARTMENT OF TAXATION | 3850 ARROWHEAD DR #2 | | | CARSON CITY | NV | 89706-2016 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.086 | NEW HAMPSHIRE SECRETARY OF STATE | 109 PLEASANT STREET | | | CONCORD | NH | 03301 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.087 | NEW JERSEY DIVISION OF TAXATION | PO BOX 002 | | | TRENTON | NJ | 08625-0002 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.088 | NEW JERSEY DIVISION OF TAXATION | PO BOX 002 | | | TRENTON | NJ | 08625-0002 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.089 | NEW MEXICO TAXATION AND REVENUE DEPARTMENT | PO BOX 25127 | | | SANTA FE | NM | 87504-5127 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.090 | NEW MEXICO TAXATION AND REVENUE DEPARTMENT | PO BOX 25127 | | | SANTA FE | NM | 87504-5127 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.091 | NEW YORK DEPARTMENT OF TAXATION AND FINANCE | 1 CENTRE ST | FL 22 | | NEW YORK | NY | 10007 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.092 | NEW YORK DEPARTMENT OF TAXATION AND FINANCE | 1 CENTRE ST | FL 22 | | NEW YORK | NY | 10007 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.093 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | | | RALEIGH | NC | 27640-0520 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.094 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | | | RALEIGH | NC | 27640-0520 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.095 | NORTH CAROLINA SECRETARY OF STATE | PO BOX 29622 | | | RALEIGH | NC | 27626 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.096 | NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER | 600 E. BOULEVARD AVE., DEPT. 127 | | | BISMARCK | ND | 58505-0599 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.097 | NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER | 600 E. BOULEVARD AVE., DEPT. 127 | | | BISMARCK | ND | 58505-0599 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.098 | OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD. | | | COLUMBUS | OH | 43229 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |

In re: Saks Fifth Avenue LLC
Case No. 26-90070

Page 1 of 2

SCHEDULE EF Part1 ATTACHMENT
Creditors Who Have Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Specify Code Subsection Of Priority Unsecured Claim: 11 U.S.C. §507(a)(__) | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Suject to Offset? (Yes/No) | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.099 | OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD. | | | COLUMBUS | OH | 43229 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.100 | OKLAHOMA SECRETARY OF STATE | 421 NW 13TH ST | SUITE 210/220 | | OKLAHOMA CITY | OK | 73103 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.101 | OKLAHOMA TAX COMMISSION | INCOME TAX | PO BOX 26890 | | OKLAHOMA CITY | OK | 73126 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.102 | OKLAHOMA TAX COMMISSION | INCOME TAX | PO BOX 26890 | | OKLAHOMA CITY | OK | 73126 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.103 | OREGON SECRETARY OF STATE | 900 COURT STREET NE CAPITOL ROOM 136 | | | SALEM | OR | 97310-0722 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.104 | PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280427 | | | HARRISBURG | PA | 17128-0427 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.105 | PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280427 | | | HARRISBURG | PA | 17128-0427 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.106 | PENNSYLVANIA SECRETARY OF STATE | PA DEPARTMENT OF REVENUE | PO BOX 280905 | | HARRISBURG | PA | 17128-0905 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.107 | PREMIUM OUTLET PARTNERS LP | DBA AURORA FARMS PREMIUM OUTLETS | PO BOX 822892 | | PHILADELPHIA | PA | 19182 | | | 8 | Property Tax | x | x | x | No | $77,031.45 | $77,031.45 |
| 2.108 | PUERTO RICO DEPARTMENT OF THE TREASURY | PO BOX 9024140 | | | SAN JUAN | PR | 00902-4140 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.109 | PUERTO RICO DEPARTMENT OF THE TREASURY | PO BOX 9024140 | | | SAN JUAN | PR | 00902-4140 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.110 | RHODE ISLAND DIVISION OF TAXATION | 1 CAPITAL HL STE 1 | DEPARTMENT #88 | | PROVIDENCE | RI | 02908-5803 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.111 | RHODE ISLAND DIVISION OF TAXATION | 1 CAPITAL HL STE 1 | DEPARTMENT #88 | | PROVIDENCE | RI | 02908-5803 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.112 | SDG DADELAND MALL ASSOCIATES INCORPORATE | DADELAND MALL | 7535 N KENDALL DR SUITE 1675 | | MIAMI | FL | 33156 | | | 8 | Property Tax | x | x | x | No | $5,714.74 | $5,714.74 |
| 2.113 | SOUTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 100153 | | | COLUMBIA | SC | 29202 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.114 | SOUTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 100153 | | | COLUMBIA | SC | 29202 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.115 | SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVE | | | PIERRE | SD | 57501 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.116 | SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVE | | | PIERRE | SD | 57501 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.117 | STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES | PO BOX 2974 | | | HARTFORD | CT | 06104-2974 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.118 | STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES | PO BOX 2974 | | | HARTFORD | CT | 06104-2974 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.119 | TENNESSEE DEPARTMENT OF REVENUE | ANDREW JACKSON STATE OFFICE BUILDING 500 | | | NASHVILLE | TN | 37242 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.120 | TENNESSEE DEPARTMENT OF REVENUE | ANDREW JACKSON STATE OFFICE BUILDING 500 | | | NASHVILLE | TN | 37242 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.121 | TENNESSEE SECRETARY OF STATE | 500 DEADERICK STREET | | | NASHVILLE | TN | 37242 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.122 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: BANKRUPTCY UNIT | LYNDON B. JOHNSON STATE OFFICE | 111 EAST 17TH STREET | AUSTIN | TX | 78774 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.123 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: BANKRUPTCY UNIT | LYNDON B. JOHNSON STATE OFFICE | 111 EAST 17TH STREET | AUSTIN | TX | 78774 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.124 | THE CITY OF BOSTON | 1 CITY HALL SQUARE | SUITE 500 | | BOSTON | MA | 02201-2013 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.125 | TOWN OF CLINTON | 54 E MAIN STREET | | | CLINTON | CT | 06413 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.126 | TOWN OF GREENWICH | 101 FIELD POINT ROAD | | | GREENWICH | CT | 06830 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.127 | TOWN OF WEST HARTFORD | 50 SOUTH MAIN STREET | | | WEST HARTFORD | CT | 06107 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.128 | TOWN OF WRENTHAM | 79 SOUTH STREET | | | WRENTHAM | MA | 02093 | | | 8 | Property Tax | x | x | x | No | Undetermined | Undetermined |
| 2.129 | UNDELIVERED SALES/LVMH CUSTOMER DEPOSITS | 1 E 57TH STREET | | | NEW YORK | NY | 10022 | | | 7 | Deposit | x | | x | No | $1,591,594.00 | $1,591,594.00 |
| 2.130 | UTAH STATE TAX COMMISSION | 210 NORTH 1950 WEST | | | SALT LAKE CITY | UT | 84134-0266 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.131 | UTAH STATE TAX COMMISSION | 210 NORTH 1950 WEST | | | SALT LAKE CITY | UT | 84134-0266 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.132 | VERMONT DEPARTMENT OF TAXES | 133 STATE STREET | | | MONTPELIER | VT | 05633 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.133 | VERMONT DEPARTMENT OF TAXES | 133 STATE STREET | | | MONTPELIER | VT | 05633 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.134 | VIRGINIA DEPARTMENT OF TAXATION | PO BOX 1478 | | | RICHMOND | VA | 23218-1478 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.135 | VIRGINIA DEPARTMENT OF TAXATION | PO BOX 1478 | | | RICHMOND | VA | 23218-1478 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.136 | VIRGINIA STATE CORPORATION COMMISSION | 6060 COVENTRY DRIVE | | | ELKHORN | NE | 68022 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.137 | WASHINGTON DEPARTMENT OF REVENUE | 3315 S 23RD ST #300 | | | TACOMA | WA | 98405 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.138 | WASHINGTON DEPARTMENT OF REVENUE | 3315 S 23RD ST #300 | | | TACOMA | WA | 98405 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.139 | WEST VIRGINIA SECRETARY OF STATE | STATE CAPITOL BUILDING | 1900 KANAWHA BOULEVARD EAST | | CHARLESTON | WV | 25305 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.140 | WEST VIRGINIA STATE TAX DEPARTMENT | PO BOX 1826 | | | CHARLESTON | WV | 25327-1826 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.141 | WEST VIRGINIA STATE TAX DEPARTMENT | PO BOX 1826 | | | CHARLESTON | WV | 25327-1826 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.142 | WILSON CANAL PLACE II LLC | C/O O CONNOR PROPERTY MANAGEMENT LLC | 240 ROYAL PALM WAY 2ND FLOOR | | PALM BEACH COUNTY | FL | 33480 | | | 8 | Property Tax | x | x | x | No | $9,307.87 | $9,307.87 |
| 2.143 | WISCONSIN DEPARTMENT OF REVENUE | PO BOX 930208 | | | MILWAUKEE | WI | 53293-0208 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.144 | WISCONSIN DEPARTMENT OF REVENUE | PO BOX 930208 | | | MILWAUKEE | WI | 53293-0208 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |
| 2.145 | WISCONSIN SECRETARY OF STATE | PO BOX 7848 | | | MADISON | WI | 53707-7848 | | | 8 | Annual Report | x | x | x | No | Undetermined | Undetermined |
| 2.146 | WYOMING DEPARTMENT OF REVENUE | HERSCHLER BUILDING EAST | 122 WEST 25TH STREET, SUITE E301 | | CHEYENNE | WY | 82002 | | | 8 | Sales Tax | x | x | x | No | Undetermined | Undetermined |
| 2.147 | WYOMING DEPARTMENT OF REVENUE | HERSCHLER BUILDING EAST | 122 WEST 25TH STREET, SUITE E301 | | CHEYENNE | WY | 82002 | | | 8 | Unclaimed Property | x | x | x | No | Undetermined | Undetermined |

TOTAL  $2,640,402.11  $2,640,402.11

SCHEDULE EF Part2 ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.001 | 110 HIGH RIDGE OWNER LLC | 257 MAMARONECK AVENUE | | | WHITE PLAINS | NY | 10605 | | | | RENTAL INSURANCE | X | X | X | NO | $1,150,774.13 |
| 3.002 | 12 OAKS PARKING | C/O ACCOUNTING | ATTN: ZACK BENSON | 970 CANTON ST STE B | ROSWELL | GA | 30075 | | | | TRADE PAYABLE | X | X | X | NO | $5,710.00 |
| 3.003 | A AND A LAWN SERVICE | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $6,500.00 |
| 3.004 | ACRES 5300 WISCONSIN LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.005 | ADAPTIVE AVENUE ASSOCIATES INC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.006 | ADEAYO TURTON | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.007 | AFFINITY DIAMONDS LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.008 | AFFINITY DIAMONDS LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.009 | AKEEM OLASIMBO | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $275.10 |
| 3.010 | ALA MOANA HOLDING | DBA GGP KAPIOLANI DEVELOPMENT LLC | PO BOX 860267 | | MINNEAPOLIS | MN | 55486 | | | | TRADE PAYABLE | X | X | X | NO | $214,586.68 |
| 3.011 | ALMA LIKA | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.012 | ALTA CONSTRUCTION EAST | 148 BAY STREET | 2ND FLOOR | | STATEN ISLAND | NY | 10301 | | | | TRADE PAYABLE | X | X | X | NO | $489,911.67 |
| 3.013 | ALTA CONSTRUCTION EAST INC | 143 W 29TH ST | FL 12 | | NEW YORK | NY | 10001-5128 | | | | TRADE PAYABLE | X | X | X | NO | $47,486.96 |
| 3.014 | AMAZON.COM SERVICES LLC / AMAZON PAYMENTS, INC. | A/R | PO BOX 84837 | | SEATTLE | WA | 98124-6137 | | | | FEES | X | X | X | NO | $900,000,000.00 |
| 3.015 | ANA MANZEMBERGER | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $396.85 |
| 3.016 | ANA P COCHON | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $1,273.50 |
| 3.017 | ANGELA MACHIN | | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $957.65 |
| 3.018 | ANGELINA GIAMBRI | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.019 | ANITA PATEL | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.020 | ARANTZA CASTRO | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.021 | ARANTZA CASTRO | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.022 | ARRIS | 5155 BAINS GAP ROAD | | | ANNISTON | AL | 36205 | | | | TRADE PAYABLE | X | X | X | NO | $1,700.00 |
| 3.023 | ATHANASIA SGOURIS | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.024 | AUGUSTINUS BADER | | | | | | | | | | MERCHANDISE PAYABLE | X | X | X | NO | $770.00 |
| 3.025 | B & B ROLLING DOOR CO | PO BOX 227365 | | | MIAMI | FL | 33122-7365 | | | | TRADE PAYABLE | X | X | X | NO | $890.00 |
| 3.026 | BAL HARBOUR SHOPS LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.027 | BAL HARBOUR SHOPS, LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.028 | BAL HARBOUR SHOPS, LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.029 | BAL HARBOUR SHOPS, LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.030 | BALA PLAZA PARK | 444 ROUTE 35 SOUTH BUILDING B | | | EATONTOWN | NJ | 07724 | | | | TRADE PAYABLE | X | X | X | NO | $51,742.68 |
| 3.031 | BALA PLAZA PARK LLC | 444 ROUTE 35 SOUTH BUILDING B | | | EATONTOWN | NJ | 07724 | | | | CAM | X | X | X | NO | $32,355.33 |
| 3.032 | BARBARA FISHBEIN | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.033 | BAYER RETAIL COMPANY III | C/O BAYER PROPERTIES, L.L.C. | ATTN: GENERAL COUNSEL | 2222 ARLINGTON AVENUE | BIRMINGHAM | AL | 35205 | | | | TRADE PAYABLE | X | X | X | NO | $9,098.25 |
| 3.034 | BMS CAT | ATTN: A/R DEPARTMENT | 5718 AIRPORT FREEWAY | | HALTOM CITY | TX | 76117 | | | | TRADE PAYABLE | X | X | X | NO | $8,869.58 |
| 3.035 | BOBBY COUCH | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.036 | BOSTON PROPERTIES LP | DBA PRUDENTIAL CENTER GARAGE | PO BOX 990151 | | BOSTON | MA | 02199 | | | | CAM | X | X | X | NO | $5,780.52 |
| 3.037 | BOSTON SYMPHONY ORCHESTRA | 301 MASSACHUSETTS AVE | | | BOSTON | MA | 02115 | | | | TRADE PAYABLE | X | X | X | NO | $10,000.00 |
| 3.038 | BRANDI BLAKEWELL | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.039 | BRANDI COLLINS THOMAS | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.040 | BRANDI COLLINS THOMAS | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.041 | BRIAN THOMAS | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.042 | BRIAN THOMAS | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.043 | BRODSON CONSTRUCTION, INC. | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.044 | BROOKFIELD FINANCIAL PROPERTIES, L.P. | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.045 | BROOKFIELD PROPERTIES ONE WFC CO., LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.046 | CAMILA PINTO | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.047 | CARMAX AUTO SUPERSTORES, INC DBA CARMAX | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.048 | CAROLYN ROBBINS JURY SIMULATIONS | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $9,625.00 |
| 3.049 | CBIZ MHM | 721 EMERSON ROAD SUITE 400 | | | ST. LOUIS | MO | 63141 | | | | TRADE PAYABLE | X | X | X | NO | $14,000.00 |
| 3.050 | CERTN CANADA | C/O V7201 | PO BOX 7100 | STATION TERMINAL | VANCOUVER | BC | V6B 4E2 | CANADA | | | TRADE PAYABLE | X | X | X | NO | $30,174.23 |
| 3.051 | CHASTAIN HORSE PARK | 4371 POWERS FERRY RD | | | ATLANTA | GA | 30327 | | | | TRADE PAYABLE | X | X | X | NO | $500.00 |
| 3.052 | CHILDREN S HARBOR | 19410 SW 58TH PLACE | | | PEMBROKE PINES | FL | 33332 | | | | TRADE PAYABLE | X | X | X | NO | $495.00 |
| 3.053 | CHRISTIAN NOEL RODRIGUEZ FRANCESCHINI | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $87.30 |
| 3.054 | CLANCY-CULLEN MOVING & STORAGE | ATTN: MARIA A DIBLASI | 44A HIGH ST | | WEST NYACK | NY | 10994 | | | | TRADE PAYABLE | X | X | X | NO | $61,815.92 |
| 3.055 | CLEANERS SUPPLY | 1059 POWERS ROAD | | | CONKLIN | NY | 13748 | | | | TRADE PAYABLE | X | X | X | NO | $744.94 |
| 3.056 | COMMISSIONER OF LABOR STATE OF NEW YORK | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.057 | COMMONWEALTH PACKAGING COMPANY | 5490 LINGLESTOWN ROAD | | | HARRISBURG | PA | 17112 | | | | TRADE PAYABLE | X | X | X | NO | $10,295.34 |
| 3.058 | COMMUNICATION ZONE | 735 WEST LUNT AVENUE | | | SCHAUMBURG | IL | 60193 | | | | TRADE PAYABLE | X | X | X | NO | $623.00 |
| 3.059 | COPESAN SERVICES | PO BOX 8442 | | | CAROL STREAM | IL | 60197 | | | | TRADE PAYABLE | X | X | X | NO | $5,132.72 |
| 3.060 | COURTNEY WYATT | | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $337.97 |
| 3.061 | CROSSROADS COURIER | 2008 ALTOM CT | | | ST LOUIS | MO | 63146 | | | | TRADE PAYABLE | X | X | X | NO | $7,271.29 |
| 3.062 | DAVID TOLBERT | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.063 | DELINDA LOMBARDO | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.064 | DIHCREEION GLAPION | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.065 | DMX | 1703 WEST FIFTH STREET | SUITE 600 | | AUSTIN | TX | 78703 | | | | TRADE PAYABLE | X | X | X | NO | $1,066.18 |
| 3.066 | DONNEVIA PETERS | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.067 | EAST OF COLLINS | 252 SUNNY ISLES BLVD | SUITE CU 2 | | SUNNY ISLES BEACH | FL | 33160 | | | | TRADE PAYABLE | X | X | X | NO | $1,500.00 |
| 3.068 | EASTON GATEWAY PROP CO | 500 PARK AVENUE | 10TH FLOOR | | NEW YORK | NY | 10022 | | | | TRADE PAYABLE | X | X | X | NO | $24,564.57 |
| 3.069 | ELIZABETH ZANET | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.070 | ELM STREET RSK | C/O NEIP MANAGEMENT | 1010 WASHINGTON BLVD SUITE 701 | | STAMFORD | CT | 06901 | | | | TRADE PAYABLE | X | X | X | NO | $53,037.55 |
| 3.071 | ENERGY CONTROL CONSULTANTS | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $2,711.00 |
| 3.072 | ESTHER BRODSKY | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.073 | EULER HERMES NORTH AMERICA INSURANCE COMPANY | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.074 | EVENSONBEST | ATTN: ARI BARUCH | 55 FIFTH AVENUE | | NEW YORK | NY | 10003 | | | | TRADE PAYABLE | X | X | X | NO | $12,823.96 |
| 3.075 | FACILITY SOLUTIONS GROUP | PO BOX 674491 | | | DALLAS | TX | 75267 | | | | TRADE PAYABLE | X | X | X | NO | $7,841.07 |
| 3.076 | FACILITY SOLUTIONS GROUP INCORPORATED | PO BOX 674491 | | | DALLAS | TX | 75267 | | | | TRADE PAYABLE | X | X | X | NO | $22,704.66 |
| 3.077 | FAUBION ASSOCIATES | 1000 FOREST AVENUE | | | DALLAS | TX | 75215 | | | | TRADE PAYABLE | X | X | X | NO | $947.70 |
| 3.078 | FEDERATED SERVICE SOLUTIONS | 41100 PLYMOUTH ROAD SUITE 165 | | | PLYMOUTH | MI | 48170 | | | | TRADE PAYABLE | X | X | X | NO | $4,640.52 |
| 3.079 | FRADKIN IGOR | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.080 | GABRIELLA MARTINEZ HOWARD | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.081 | GALINA SOKOLINA | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.082 | GARVEY, DARLA | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.083 | GETZ, NANCY | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.084 | GGP CPP PLAZA FRONTENAC | 97 PLAZA FRONTENAC | | | ST. LOUIS | MO | 63131 | | | | TRADE PAYABLE | X | X | X | NO | $65,991.85 |
| 3.085 | GGP CPP PLAZA FRONTENAC LLC | DBA PLAZA FRONTENAC ACQUISITION LLC | SDS 12 3110 PO BOX 86 | | MINNEAPOLIS | MN | 55486-3110 | | | | CAM | X | X | X | NO | $251.03 |
| 3.086 | GGP LIMITED PARTNERSHIP | 7855 SOLUTIONS CENTER | | | CHICAGO | IL | 60677 | | | | TRADE PAYABLE | X | X | X | NO | $162,838.66 |
| 3.087 | GGPLP REAL ESTATE INCORPORATED | DBA BEACHWOOD PLACE MALL LLC | 2701 SOLUTION CENTER | | CHICAGO | IL | 60677 | | | | CAM | X | X | X | NO | $48,422.53 |
| 3.088 | GRAINGER | DEPT 830467817 | | | PALATINE | IL | 60038 | | | | TRADE PAYABLE | X | X | X | NO | $189.16 |
| 3.089 | GREENWICH PROPERTIES | 509 MADISON AVE | 2ND FLOOR | | NEW YORK | NY | 10022 | | | | TRADE PAYABLE | X | X | X | NO | $235,018.85 |
| 3.090 | GREENWICH PROPERTIES LLC | 509 MADISON AVE | 2ND FLOOR | | NEW YORK | NY | 10022 | | | | CAM | X | X | X | NO | $7,010.29 |
| 3.091 | GROUND FORCE LTD | DBA GROUND FORCE LOGISTICS | 50 PARK PLACE NO 820 | | NEWARK | NJ | 07102 | | | | TRADE PAYABLE | X | X | X | NO | $30,317.00 |
| 3.092 | HAUTE COUTURE | 2462 METROPOLITAN PKWY | | | STERLING HEIG | MI | 48310 | | | | TRADE PAYABLE | X | X | X | NO | $60.00 |
| 3.093 | HELLEN KAPAIKO | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.094 | HELLEN KAPAIKO | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.095 | HELMERICH AND PAYNE PROPERTIES | 1437 S BOULDER AVE | | | TULSA | OK | 74119 | | | | TRADE PAYABLE | X | X | X | NO | $22,098.95 |
| 3.096 | HELMERICH AND PAYNE PROPERTIES INC | 1437 S BOULDER AVE | | | TULSA | OK | 74119 | | | | CAM | X | X | X | NO | $4,887.74 |
| 3.097 | HERRERA CONSTRUCTION AND PAINTING | 6408 OLD LANDOVER ROAD | | | HYATTSVILLE | MD | 20785 | | | | TRADE PAYABLE | X | X | X | NO | $4,986.00 |
| 3.098 | ILANA LINDER | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.099 | INDEED | MAIL CODE 5160 | PO BOX 660367 | | DALLAS | TX | 75266-0367 | | | | TRADE PAYABLE | X | X | X | NO | $62,406.39 |
| 3.100 | IPPOLITO SNOW SERVICES | 662 MASS AVENUE # 2 | | | BOSTON | MA | 02118 | | | | TRADE PAYABLE | X | X | X | NO | $3,099.00 |
| 3.101 | IRON MOUNTAIN INFORMATION MANAGEMENT | ATTN: FRANK F. MCGINN | 155 FEDERAL STREET | 9TH FLOOR | BOSTON | MA | 02110 | | | | TRADE PAYABLE | X | X | X | NO | $730.61 |
| 3.102 | JAMAL FORRESTER | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.103 | JAMES DRAYTON | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.104 | JBF FILTRATION | 4820 MEMPHIS STREET | | | DALLAS | TX | 75207 | | | | TRADE PAYABLE | X | X | X | NO | $687.01 |
| 3.105 | JOHNSON CONTROLS FIRE PROTECTION | DEPT CH 10320 | | | PALATINE | IL | 60055-0320 | | | | TRADE PAYABLE | X | X | X | NO | $7,700.90 |
| 3.106 | JON CHON | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.107 | JOSHUA COLON | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.108 | JOSHUA EDGAR | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.109 | JULIE DALTON | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.110 | JULIE WILKINSON | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.111 | JW PLUMBING CO | 5829 RODMAN STREET | | | HOLLYWOOD | FL | 33023 | | | | TRADE PAYABLE | X | X | X | NO | $3,291.52 |
| 3.112 | KAREN PEARSE GLOBAL DIRECT | 168 MAIN STREET | SUITE D | | NEW YORK | NY | 10003 | | | | TRADE PAYABLE | X | X | X | NO | $11,815.38 |
| 3.113 | KATHLEEN LYNN FALTER | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.114 | KELLERMEYER BERGENSONS SERVICE | 6546 WEATHERFIELD CT | STE C3 | | MAUMEE | OH | 43537-9255 | | | | TRADE PAYABLE | X | X | X | NO | $7,238.92 |
| 3.115 | KITTIE WEST | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.116 | KLAUBER BROTHERS, INC. A NEW YORK CORPORATION | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.117 | KONE | 15021 WICKS BLVD | | | SAN LEANDRO | CA | 94577 | | | | TRADE PAYABLE | X | X | X | NO | $11,597.86 |
| 3.118 | KONE INC. | 15021 WICKS BLVD | | | SAN LEANDRO | CA | 94577 | | | | TRADE PAYABLE | X | X | X | NO | $7,141.76 |
| 3.119 | LANDCARE USA | PO BOX 669261 | | | DALLAS | TX | 75266 | | | | TRADE PAYABLE | X | X | X | NO | $872.25 |

SCHEDULE EF Part2 ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.120 | LAUREN KAPLAN | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.121 | LEONARD KINLER | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.122 | LEONARD POWERS INCORPORATED | 442 WEST 49TH ST | | | NEW YORK | NY | 10019 | | | | TRADE PAYABLE | X | X | X | NO | $70,845.71 |
| 3.123 | LINDA WALKER | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.124 | LINKEDIN CORPORATION | 62228 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693-0622 | | | | TRADE PAYABLE | X | X | X | NO | $28,017.52 |
| 3.125 | LOOMIS ARMORED US | 3370 PLAM PARKWAY | | | LAS VEGAS | NV | 89104 | | | | TRADE PAYABLE | X | X | X | NO | $2,317.52 |
| 3.126 | LUKE HENKENIUS | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.127 | LUZ ADORNO | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.128 | MACOMB MECHANICAL | 6250 19 MILE ROAD | | | STERLING HEIGHTS | MI | 48314 | | | | TRADE PAYABLE | X | X | X | NO | $796.00 |
| 3.129 | MANUEL GRAY | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.130 | MAO ARCHITECTURE | 362 FIFTH AVENUE | STE 801 | | NEW YORK | NY | 10001 | | | | TRADE PAYABLE | X | X | X | NO | $4,755.12 |
| 3.131 | MAOARCH ARCHITECTURE DPC | 25 RIVERBANK DRIVE | | | STAMFORD | CT | 06903 | | | | TRADE PAYABLE | X | X | X | NO | $37,248.81 |
| 3.132 | MAOARCH ARCHITECTURE DPC | 25 RIVERBANK DRIVE | | | STAMFORD | CT | 06903 | | | | TRADE PAYABLE | X | X | X | NO | $9,949.80 |
| 3.133 | MARCOTTSPE | | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $34.39 |
| 3.134 | MASTER MAINTENANCE | 3611 WEST SWANN AVE | | | TAMPA | FL | 33609 | | | | TRADE PAYABLE | X | X | X | NO | $24,399.62 |
| 3.135 | MASTER MAINTENANCE CORPORATION | 3611 WEST SWANN AVE | | | TAMPA | FL | 33609 | | | | TRADE PAYABLE | X | X | X | NO | $12,099.11 |
| 3.136 | MCALLISTER RETAIL SERVICES | KRISTY L. FREITAS | 120 ANGLIN DRIVE | | CUMMING | GA | 30040 | | | | TRADE PAYABLE | X | X | X | NO | $16,179.60 |
| 3.137 | MIAMIDADEC | | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $827.87 |
| 3.138 | MIRIAM KAPLOVITZ | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.139 | MOOD MEDIA | PO BOX 602777 | | | CHARLOTTE | NC | 28260 | | | | TRADE PAYABLE | X | X | X | NO | $530.03 |
| 3.140 | MTCI PRIVATE PROVIDER SERVICES | 866 PONCE DE LEON BLVD | | | CORAL GABLES | FL | 33134 | | | | TRADE PAYABLE | X | X | X | NO | $6,886.29 |
| 3.141 | NATIONALEL | | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $710.00 |
| 3.142 | NEXUS GROUP USA | 4200 C STREET SW | SUITE 2 | | CEDAR RAPIDS | IA | 52402 | | | | TRADE PAYABLE | X | X | X | NO | $1,500.00 |
| 3.143 | NIKOLL LIKA | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.144 | ORT AMERICA | 15 WEST 38TH ST | 9TH FL | | NEW YORK | NY | 10018 | | | | TRADE PAYABLE | X | X | X | NO | $878.00 |
| 3.145 | OTUTO NWOFOR | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.146 | PAR PLUMBING COMPANY INCORPORATED | DBA PAR HEATING AND AIR CONDITIONING | 60 N PROSPECT AVE | | LYNBROOK | NY | 11563 | | | | TRADE PAYABLE | X | X | X | NO | $18,352.00 |
| 3.147 | PATRICK KEENA | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.148 | PAUL H GESSWEIN | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $362.71 |
| 3.149 | PEREDVIAN AVENUE CORPORATION | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.150 | PFP COLUMBUS | ATTN: GEORGE A. SCHMIDT | 180 EAST BROAD STREET, 21ST FLOOR | | COLUMBUS | OH | 43215 | | | | TRADE PAYABLE | X | X | X | NO | $3,759.60 |
| 3.151 | POLLOCK ORORA | DBA POLLOCK INVESTMENTS INCORPORATED | PO BOX 735070 | | DALLAS | TX | 75373 | | | | TRADE PAYABLE | X | X | X | NO | $22,204.92 |
| 3.152 | PORTOLANO PRODUCTS, INC. | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.153 | PREMIUM OUTLET PARTNERS LP | DBA WRENTHAM VILLAGE PREMIUM OUTLETS | PO BOX 822920 | | PHILADELPHIA | PA | 19182 | | | | CAM | X | X | X | NO | $14,893.84 |
| 3.154 | PUMA UNITED NORTH AMERICA, LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.155 | QUALITY MEDICAL TRANSPORT | PO BOX 413 | | | SMYRNA | GA | 30081 | | | | TRADE PAYABLE | X | X | X | NO | $455.00 |
| 3.156 | RCS IWC HOLDINGS | ATTN: JEFF HAWKINS | 217 N. HOWARD AVE, SUITE 200 | | TAMPA | FL | 33606 | | | | TRADE PAYABLE | X | X | X | NO | $691.28 |
| 3.157 | REBECCA ZWANZIG TRADING AS HIGH WEST WILD | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.158 | REBECCA ZWANZIG TRADING AS HIGH WEST WILD | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.159 | REGENCY CENTERS LP | C/O THE GALLERY AT WESTBURY PLAZA | PO BOX 844235 | | BOSTON | MA | 02284 | | | | CAM | X | X | X | NO | $5,166.04 |
| 3.160 | REGENCY CENTERS LP | C/O THE GALLERY AT WESTBURY PLAZA | PO BOX 844235 | | BOSTON | MA | 02284 | | | | RENTAL INSURANCE | X | X | X | NO | $509.36 |
| 3.161 | REGENCY CENTERS LP | C/O THE GALLERY AT WESTBURY PLAZA | PO BOX 844235 | | BOSTON | MA | 02284 | | | | TRADE PAYABLE | X | X | X | NO | $85,651.82 |
| 3.162 | REIKEN CONSTRUCTION MGMT INC | 969 THIRD AVENUE SUITE 4F | | | NEW YORK | NY | 10022 | | | | TRADE PAYABLE | X | X | X | NO | $226,813.50 |
| 3.163 | RICOH USA | 11B MADISON RD | | | FAIRFIELD | NJ | 07004 | | | | TRADE PAYABLE | X | X | X | NO | $758.11 |
| 3.164 | ROGER MCCALMONT | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $412.50 |
| 3.165 | RONALD BROWN | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.166 | ROOF CONTROL SERVICES | 1316 BOBBIT DRIVE | | | GARNER | NC | 27529 | | | | TRADE PAYABLE | X | X | X | NO | $5,337.00 |
| 3.167 | ROTH BROS | DBA SODEXO INCORPORATED AND AFFILIATES | ATTN HILARY MCCARTHY | PO BOX 360170 | PITTSBURGH | PA | 15251 | | | | TRADE PAYABLE | X | X | X | NO | $131,807.53 |
| 3.168 | ROTH BROS | DBA SODEXO INCORPORATED AND AFFILIATES | ATTN HILARY MCCARTHY | PO BOX 360170 | PITTSBURGH | PA | 15251 | | | | TRADE PAYABLE | X | X | X | NO | $2,883.28 |
| 3.169 | RUPPERT LANDSCAPE | 23601 LAYTONSVILLE ROAD | | | LAYTONSVILLE | MD | 20882 | | | | TRADE PAYABLE | X | X | X | NO | $736.00 |
| 3.170 | RYAN BAKER | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.171 | SABIRAH BROWN | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $525.00 |
| 3.172 | SANDEEP DIAMOND CORPORATION | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.173 | SANDEEP DIAMOND CORPORATION | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.174 | SCHUSTER, MARY ROSE | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.175 | SERVICE QUEST | 510 SPENCER STREET STE B | | | COUNCIL GROVE | KS | 66846 | | | | TRADE PAYABLE | X | X | X | NO | $2,150.00 |
| 3.176 | SHELLY KARASENTY | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.177 | SHERROD SNELL | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $907.50 |
| 3.178 | SHOPWORK DESIGN INC | 4982 4TH ST | | | IRWINDALE | CA | 91706 | | | | TRADE PAYABLE | X | X | X | NO | $71,973.92 |
| 3.179 | SILBERMAN, CHERYL, PHD | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.180 | SINA MOGHTADER | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.181 | SOMERSET COLLECTION | 16129 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 | | | | TRADE PAYABLE | X | X | X | NO | $78,773.75 |
| 3.182 | SOMERSET COLLECTION LTD PARTNERSHIP | 16129 COLLECTIONS CENTER DRIVE | LOCKBOX 16129 | | CHICAGO | IL | 60693 | | | | CAM | X | X | X | NO | $3,223,169.78 |
| 3.183 | STAPLES | 500 STAPLES DRIVE | | | FRAMINGHAM | MA | 01702 | | | | TRADE PAYABLE | X | X | X | NO | $17.83 |
| 3.184 | STATE OF MICHIGAN | MICHIGAN DEPT OF LICENSING AND REGULATOR | BUREAU OF CONSTRUCTION CODES BOILER DIV PO BOX 30255 | | LANSING | MI | 48909 | | | | TRADE PAYABLE | X | X | X | NO | $901.25 |
| 3.185 | STEINER AN INDIVIDUAL NORMA | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.186 | STEPHEN CHARLES SMITH | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.187 | STREET RETAIL | C/O FEDERAL REALTY INVESTMENT TRUST | LOCKBOX 9320 PO BOX 8500 | | PHILADELPHIA | PA | 19178 | | | | TRADE PAYABLE | X | X | X | NO | $334,574.86 |
| 3.188 | STREET RETAIL LLC | C/O FEDERAL REALTY INVESTMENT TRUST | LOCKBOX 9320 PO BOX 8500 | | PHILADELPHIA | PA | 19178 | | | | CAM | X | X | X | NO | $55,218.93 |
| 3.189 | STREET RETAIL, INC. | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.190 | STUART DEAN COMPANY | PO BOX 10369 | | | NEWARK | NJ | 07193-0369 | | | | TRADE PAYABLE | X | X | X | NO | $5,650.00 |
| 3.191 | SULLIVAN CONSTRUCTION | 5310 NW 22ND AVE | | | FORT LAUDERDALE | FL | 33309 | | | | TRADE PAYABLE | X | X | X | NO | $9,081.01 |
| 3.192 | SUSAN DANELLE BALDWIN SMITH | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.193 | SUSAN SALAZAR | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.194 | SYBIL FERERE | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.195 | TAMARA MASTRIANNI | | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $42.98 |
| 3.196 | TAMMY N. LONG | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.197 | TAMMY N. LONG | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.198 | TAMMY N. LONG | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.199 | TAYLOR, KATHERINE H. | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.200 | THE FACILITY GROUP (TFG) | 217 N HOWARD AVE, SUITE 200 | | | TAMPA | FL | 33606 | | | | TRADE PAYABLE | X | X | X | NO | $105,726.09 |
| 3.201 | TRAINOR | 1009 CLEGG COURT | SUITE F AND G | | PETALUMA | CA | 94954 | | | | TRADE PAYABLE | X | X | X | NO | $36,527.86 |
| 3.202 | TRIANGLE SIGN AND SERVICE | PO BOX 24186 11 AZAR COURT | | | BALTIMORE | MD | 21227 | | | | TRADE PAYABLE | X | X | X | NO | $650.00 |
| 3.203 | TRIANGLE TOWN CENTER REALTY HOLDING | 1010 NORTHERN BOULEVARD SUITE 212 | | | GREAT NECK | NY | 11021 | | | | TRADE PAYABLE | X | X | X | NO | $2,076.65 |
| 3.204 | TRIANGLE TOWN CENTER REALTY HOLDING LLC | C/O MEYERS, ROMAN, FRIEDBERG & LEWIS | 28601 CHAGRIN BLVD | STE 600 | CLEVELAND | OH | 44122 | | | | CAM | X | X | X | NO | $15,622.67 |
| 3.205 | TRUESOURCE | 2929 EXPRESSWAY DRIVE NORTH SUITE 300B | | | ISLANDIA | NY | 11749 | | | | TRADE PAYABLE | X | X | X | NO | $82,396.05 |
| 3.206 | TRUESOURCE, LLC | 2929 EXPRESSWAY DRIVE NORTH SUITE 300B | | | ISLANDIA | NY | 11749 | | | | TRADE PAYABLE | X | X | X | NO | $4,281.72 |
| 3.207 | TYRONE BROWN | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.208 | TYSONS GALLERIA | SDS 12 3054 | PO BOX 86 | | MINNEAPOLIS | MN | 55486 | | | | CAM | X | X | X | NO | $206,351.20 |
| 3.209 | UNITED LEGWEAR COMPANY LLC | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.210 | UNIVERSAL | | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $17,333.92 |
| 3.211 | VICTOR MICHEL GARCIA ZAMORA | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.212 | VRC COMPANIES | DBA VITAL RECORDS CONTROL | DEPT 5874 PO BOX 11407 | | BIRMINGHAM | AL | 35246 | | | | TRADE PAYABLE | X | X | X | NO | $553.00 |
| 3.213 | WFP TOWER D CO., L.P. | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |
| 3.214 | WILSON CANAL PLACE I | C/O OCONNOR PROPERTY MANAGEMENT | 230 ROYAL PALM WAY SUITE 200 | | PALM BEACH | FL | 33480 | | | | TRADE PAYABLE | X | X | X | NO | $1,976.00 |
| 3.215 | WILSON CANAL PLACE II | C/O O CONNOR PROPERTY MANAGEMENT LLC | 240 ROYAL PALM WAY 2ND FLOOR | | PALM BEACH COUNTY | FL | 33480 | | | | TRADE PAYABLE | X | X | X | NO | $135,250.65 |
| 3.216 | WILSON CANAL PLACE II LLC | C/O O CONNOR PROPERTY MANAGEMENT LLC | 240 ROYAL PALM WAY 2ND FLOOR | | PALM BEACH COUNTY | FL | 33480 | | | | CAM | X | X | X | NO | $5,802.61 |
| 3.217 | WRAP AND SEND SERVICES | ATTN: MIKE JAMALI | 7413 US 42 | SUITE 1 | FLORENCE | KY | 41042 | | | | TRADE PAYABLE | X | X | X | NO | $101,916.00 |
| 3.218 | YEIMA HERNANDEZ BOLANOS | ADDRESS ON FILE | | | | | | | | | TRADE PAYABLE | X | X | X | NO | $406.60 |
| 3.219 | YOOJIN JUNG | ADDRESS ON FILE | | | | | | | UNDETERMINED | | LITIGATION CLAIM | X | X | X | | UNDETERMINED |

TOTAL  $907,079,245.56

**Fill in this information to identify the case:**

Debtor name: Saks Fifth Avenue LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 26-90070

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1 **State what the contract or lease is for and the nature of the debtor's interest**   See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEASE AGREEMENT | UNKNOWN | | 555 12TH REIT, LLC | C/O METLIFE INVESTMENT MANAGEMENT, LLC | ATTN: REGIONAL DIRECTOR, REAL ESTATE | 555 12TH ST NW STE 640 | | WASHINGTON | DC | 20004 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | 7CS FASION HOUSE LLC HUEB | 22 W 48TH STREET SUITE 304 | | | | NEW YORK | NY | 10036 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | AEFFE USA, INC. | 30 WEST 56TH STREET | | | | NEW YORK | NY | 10019 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | AKANKSHA NOLAN | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | ALA MOANA CENTER | | ATTN: GENERAL MANAGER | 1450 ALA MOANA BOULEVARD, SUITE 1290 | | HONOLULU | HI | 96814 | |
| POLICY OF TITLE INSURANCE | UNKNOWN | | ALABAMA TITLE CO, INC | 2233 2ND AVENUE, NORTH | | | | BIRMINGHAM | AL | 35203 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | ALE VIOLA, LLC | PO BOX 88926 | | | | CHICAGO | IL | 60695-1926 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ALEXANDRA HOMEZ | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ALLA YAKUBOVA | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ALLISON BERLIN | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ALLISON HENDEE | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | AMANDA MILLER | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | AMANDA SAUNDERS | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | AMY KLEIN | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ANA COCHON DE CASTRO | ADDRESS REDACTED | | | | | | | |
| LAUNCH MIGRATION AND TAG MANAGEMENT IMPLEMENTATION SUPPORT | UNKNOWN | | ANALYTICS DEMYSTIFIED | | 4333 NE WISTARIA DRIVE | | | PORTLAND | OR | 97213 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ARIANA WEISNER | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ASHLEY SCHAFER | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ASMA PARVEZ | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | ASSAEL INC | 589 FIFTH AVE | STE 1154 | | | NEW YORK | NY | 10017 | |
| CORPORATE DIGITAL ADVANTAGE AGREEMENT VERSION 12-A | UNKNOWN | | AT&T MOBILITY LLC | ATTN: PATRICK GLEASON | 1025 LENOX PARK BLVD NE | RM A325 | | BROOKHAVEN | GA | 30319-5309 | |
| PROPERTY LEASE | UNKNOWN | | ATLANTA OUTLET SHOPPES CMBS, LLC | 131 W. SEAWAY DRIVE, SUITE 220 | | | | MUSKEGON | MI | 49444 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | BAIBA VEJSILOVIC | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | BALA PLAZA PARK LLC, STORY OF JONAH LLC, AND ADJMI | TWO BALA PLAZA | 333 EAST CITY AVE | | | BALA CYNWYND | PA | 19004 | |
| ASSIGNMENT OF LEASES | UNKNOWN | | BARRY D. LITES | ADDRESS REDACTED | | | | | | | |
| STATUTORY WARRANTY DEED | UNKNOWN | | BAYER DEVELOPMENT COMPANY, LLC | | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | BAYER PROPERTIES | | 8750 N. CENTRAL EXPRESSWAY | SUITE 1740 | | DALLAS | TX | 75231 | |
| CONSTRUCTION, OPERATING AND RECIPROCAL EASEMENT AGREEMENT | UNKNOWN | | BAYER RETAIL COMPANY III, LLC | ATTN: DAVID L. SILVERSTEIN | 2222 ARLINGTON AVENUE SOUTH | | | BIRMINGHAM | AL | 35205 | |
| REA ESTOPPEL STATEMENT | UNKNOWN | | BAYER RETAIL COMPANY III, LLC | C/O BAYER PROPERTIES, L.L.C. | ATTN: GENERAL COUNSEL | 2222 ARLINGTON AVENUE | | BIRMINGHAM | AL | 35205 | |
| SUPPLEMENTAL AGREEMENT | UNKNOWN | | BAYER RETAIL COMPANY III, LLC | C/O BAYER PROPERTIES, L.L.C. | ATTN: GENERAL COUNSEL | 2222 ARLINGTON AVENUE | | BIRMINGHAM | AL | 35205 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | BESSIE SNEED | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | BHASM ENTERPRISE INC. DBA COOMI | | ONE COUNTRY ROAD, UINT A-11 | | | SECAUCUS | NJ | 7094 | |
| PROPERTY LEASE | UNKNOWN | | BOSTON PROPERTIES | 800 BOYLSTON STREET | PRUDENTIAL CENTER | | | BOSTON | MA | 02199 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | BOTTEGA VENETA INC. | ATTN: PRESIDENT | 33 WHITEHALL STREET | 10TH FLOOR | | NEW YORK | NY | 10004 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | BOUCHERON JOAILLERIE (USA), INC. | ATTN: PHILIPPINE BLAQUIER | 3 EAST 57TH ST | 8TH FLOOR | | NEW YORK | NY | 10022 | |
| PROPERTY LEASE | UNKNOWN | | BROOKFIELD | PO BOX 86 | | | | MINNEAPOLIS | MN | 55486 | |
| PROPERTY LEASE | UNKNOWN | | BROOKFIELD | 250 VESEY ST | 15TH FL | | | NEW YORK | NY | 10281 | |
| PROPERTY LEASE | UNKNOWN | | BROOKFIELD | 250 VESEY ST | 15TH FL | | | NEW YORK | NY | 10281 | |
| PROPERTY LEASE | UNKNOWN | | BROOKFIELD | 250 VESEY ST | 15TH FL | | | NEW YORK | NY | 10281 | |
| PROPERTY LEASE | UNKNOWN | | BROOKFIELD | 250 VESEY ST | 15TH FL | | | NEW YORK | NY | 10281 | |
| LEASE AGREEMENT | UNKNOWN | | BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | ATTN: KRISTEN N. PATE | 350 N. ORLEANS STREET, SUITE 300 | | | CHICAGO | IL | 60654-1607 | |
| SERVICE AGREEMENT | UNKNOWN | | CABLEVISION LIGHTPATH, INC. | ONE COURT SQUARE WEST | | | | LONG ISLAND CITY | NY | 11120 | |
| PROPERTY LEASE | UNKNOWN | | CBL & ASSOCIATES | | CBL CENTER | STE 5000 | 2030 HAMILTON PLACE BLVD | CHATTANOOGA | TN | 37421 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | CHANEL, INC. | 9 WEST 57TH ST | | | | NEW YORK | NY | 10019 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | CHRISTIAN RODRIGUEZ FRANCESCHINI | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | CYNTHIA GARDNER | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | DANA BERNATH | ADDRESS REDACTED | | | | | | | |
| INTELLECTUAL PROPERTY LICENSE AND SERVICES AGREEMENT | UNKNOWN | | DATAVANTAGE CORPORATION | | 30500 BRUCE INDUSTRIAL PARKWAY | | | SOLON | OH | 44139 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | DAVID WEBB LLC AND DAVID WEBB GLOBAL LLC | ATTN: GENERAL MANAGER | 942 MADISON AVENUE | | | NEW YORK | NY | 10021 | |
| SECOND AMENDMENT TO LEASE | UNKNOWN | | DAVIS STREET LAND COMPANY OF MISSOURI LLC | 97 PLAZA FRONTENAC | | | | ST. LOUIS | MO | 63131 | |
| ESTOPPEL STATEMENT | UNKNOWN | | DAVIS STREET LAND COMPANY OF MISSOURI, LLC | ATTN: THOMAS H. WOTKA; SONYA W. | 630 DAVIS STREET | SUITE 200 | | EVANSTON | IL | 60201 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | DENA KEMP INC. | 9701 WILSHIRE BLVD | SUITE 620 | | | BEVERLY HILLS | CA | 90212 | |
| PROPERTY LEASE | UNKNOWN | | DENNIS & KAREN KEEGAN | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | DIEGO DELGADO | ADDRESS REDACTED | | | | | | | |
| SERVICES AGREEMENT | UNKNOWN | | DISTRICT COUNCIL FOR NEW YORK CITY AND VICINITY, | DBA NEW YORK CITY AND VICINITY DISTRICT | ATTN ASSESSMENT DEPARTMENT | 395 HUDSON STREET 9TH FLOOR | | NEW YORK | NY | 10014 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | DOLCE & GABBANA | ATTN: RUGGERO CATERINI | 546 FIFTH AVENUE, 10TH FLOOR | | | NEW YORK | NY | 10036 | |
| PROPERTY LEASE | UNKNOWN | | DOLPHIN MALL ASSOCIATES LLC | TAUBMAN CHERRY CREEK SHOPPING CENTE | 200 E LONG LAKE RD | SUITE 300 | | BLOOMFIELD HILLS | MI | 48303 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | DONALD HUBER INC | 2 W 47TH STREET | SUITE 1103 | | | NEW YORK | NY | 10036 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ELIZABETH BELKIN | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | ELM STREET RSK LLC | C/O NEIP MANAGEMENT | 1010 WASHINGTON BLVD | SUITE 700 | | STAMFORD | CT | 06901 | |
| PROPERTY LEASE | UNKNOWN | | EQUITY ONE | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | ERIC HIMEL | ADDRESS REDACTED | | | | | | | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | ERMENEGILDO ZEGNA CORP | ATTN: LUCA LO CURZIO | 10 EAST 53RD STREET | | | NEW YORK | NY | 10022 | |
| CONTRACT SUMMARY FORM | UNKNOWN | | EVERBRIDGE, INC. | ATTN: PHILLIP E HUFF | 500 N BRAND BLVD | SUITE 1000 | | GLENDALE | CA | 91203 | |
| SERVICE AGREEMENT | UNKNOWN | | EVERBRIDGE, INC. | ATTN: CHRIS VUILLAUME | 505 N. BRAND BLVD | STE 700 | | GLENDALE | CA | 91203 | |
| RENEWAL NOTIFICATION | UNKNOWN | | EXPERIAN MARKETING SOLUTIONS LLC | 125 SUMMER ST | STE 1910 | | | BOSTON | MA | 02110-1615 | |
| PROPERTY LEASE | UNKNOWN | | FEDERAL REALTY | 909 ROSE AVE | STE 200 | | | NORTH BETHESDA | MD | 20852 | |
| PROPERTY LEASE | UNKNOWN | | FEDERAL REALTY | ATTN: GENERAL MANAGER | 8489 W. 3RD STREET #1007 | | | LOS ANGELES | CA | 90048 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | FENDI NORTH AMERICA, INC. | 555 MADISON AVENUE | 15TH FLOOR | | | NEW YORK | NY | 10022 | |
| SOFTWARE LICENSE AND SERVICES AGREEMENT | UNKNOWN | | FIDELITY INFORMATION SERVICES, LLC 601 | 601 RIVERSIDE AVENUE | | | | JACKSONVILLE | FL | 32204-2946 | |
| PROPERTY LEASE | UNKNOWN | | FORBES TAUBMAN ORLANDO LLC | 16129 COLLECTIONS CENTER DRIVE | | | | CHICAGO | IL | 60693 | |
| PROPERTY LEASE | UNKNOWN | | FORBES TAUBMAN ORLANDO LLC | 100 GALLERIA OFFICECENTER | SUITE 427 | | | SOUTHFIELD | MI | 48034 | |
| PROPERTY LEASE: NOTICE OF MORTGAGE; DOCUMENTATION OF TRANSFER | UNKNOWN | | G&I VII CBL TTC LLC | C/O DRA ADVISORS LLC | ATTN: ANDREW PELTZ | 220 E 42ND ST, 27TH | | NEW YORK | NY | 10017 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | 136 | | GIORGIO ARMANI CORPORATION | 335 MADISON AVENUE | 28TH FLOOR | | | NEW YORK | NY | 10017 | |
| FASTTRAK SOFTWARE LICENSE AGREEMENT | UNKNOWN | | GLEN ROAD SYSTEMS, INC. | ATTN: J. R. MORIS | 401 EAST ELM STREET | SUITE 100 | | CONSHOHOCKEN | PA | 19428 | |
| SYSTEM SALES AGREEMENT | UNKNOWN | | GLEN ROAD SYSTEMS, INC. | ATTN: J. R. MORIS | 401 EAST ELM STREET | SUITE 100 | | CONSHOHOCKEN | PA | 19428 | |
| SYSTEM SUPPORT AGREEMENT | UNKNOWN | | GLEN ROAD SYSTEMS, INC. | ATTN: J. R. MORIS | 401 EAST ELM STREET | SUITE 100 | | CONSHOHOCKEN | PA | 19428 | |
| AGREEMENT REGARDING ADVERTISING CONTRIBUTION | UNKNOWN | | GLIMCHER PROPERTIES LIMITED PARTNERSHIP | ATTN:GEORGE A. SCHMIDT | 20 SOUTH THIRD STREET | | | COLUMBUS | OHIO | 43215 | |
| LETTER TO DEVELOPMENT CORPORATION | UNKNOWN | | GLIMCHER PROPERTIES LIMITED PARTNERSHIP; GLIMCHER | ATTN:HERBERT GLIMCHER | 20 SOUTH THIRD STREET | | | COLUMBUS | OHIO | 43215 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | GLYNN AVANT | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | GREENWICH PROPERTIES LLC | 509 MADISON AVE | 2ND FLOOR | | | NEW YORK | NY | 10022 | |
| PROPERTY LEASE | UNKNOWN | | GREENWICH PROPERTIES LLC | PO BOX 658 | | | | GREENWHICH | CT | 06836 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | GURHAN | 161 AVENUE OF THE AMERICAS | 14TH FLOOR | | | NEW YORK | NY | 10013 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | HACENE DEKKAL | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | HAYS WORTHINGTON CORP. | 589 FIFTH AVE. | STE 1300 | | | NEW YORK | NY | 10017 | |
| PROPERTY LEASE | UNKNOWN | | HBS LEASEHOLD LLC | 225 LIBERTY STREET, 31ST FLOOR | | | | NEW YORK | NY | 10281 | |
| PROPERTY LEASE | UNKNOWN | | HBS LEASEHOLD LLC | ATTN: GENERAL COUNSEL | 225 W WASHINGTON ST | | | INDIANAPOLIS | IN | 46204 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | HEARTS ON FIRE COMPANY, LLC | ATTN: GENERAL COUNSEL | 99 SUMMER STREET | | | BOSTON | MA | 02110 | |
| PROPERTY LEASE | UNKNOWN | | HELMERICH & PAYNE (OIL & ENERGY COMPANY) | 222 N DETROIT AVE | | | | TULSA | OK | 74120 | |
| MASTER SERVICES AGREEMENT | UNKNOWN | | HOTWIRE COMMUNICATIONS, LTD | ATTN: LEGAL DEPARTMENT | PO BOX 1187 | | | BALA CYNWYD | PA | 19004 | |
| ENROLLMENT PLAN RE: RETAIL ENERGY PROVIDER | UNKNOWN | | HUDSON ENERGY SERVICES, LLC | 105 DECKER CT | STE 1050 | | | IRVING | TX | 75062 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | HUGO BOSS RETAIL, INC. | ATTN: SR. VP, RETAIL; VP, LEGAL AFFAIRS; | 55 WATER STREET | 48TH FLOOR | | NEW YORK | NY | 10041 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | ICEBOX DIAMONDS & WATCHES | 3223 PEACHTREE RD | STE 2 | | | ATLANTA | GA | 30305 | |
| CO50RT MAINTENANCE RENEWAL | UNKNOWN | #13341 | INNOVATIVE ROUTINES INTERNATIONAL, INC. | ATTN: LISA MANGINO | ATLANTIS PROFESSIONAL CENTER | 2194 HIGHWAY A1A | #303 | MELBOURNE | FL | 32937 | |
| COLLECTIVE BARGAINING AGREEMENT | 82 | | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL | ATTN: LOCAL 30 ALL FUNDS ACCOUNT | 16-16 WHITESTONE EXPRESSWAY | | | WHITESTONE | NY | 11357 | |
| THIRD AMENDMENT TO CONSTRUCTION, OPERATING AND RECIPROCAL | UNKNOWN | | J.C. PENNEY PROPERTIES, INC. | ATTN: REAL ESTATE COUNSEL | PO BOX 10001 | MAIL STOP 1104 | | DALLAS | TX | 75301-2105 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | JARAD GONZALEZ | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | JARED LEHR INC. | 1100 ALTA LOMA ROAD | SUITE 1505 | | | HOLLYWOOD | CA | 90069 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | JENNIFER LANE | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | JENNIFER YUSUPOV | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | JERRY JAMES | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | V#22693 | JEWELS OF BEVERLY HILLS | 9536 WILSHIRE BLVD SU 520 | | | | BEVERLY HILLS | CA | 90212 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | KATY BRISCOE, INC. | 1455 WEST LOOP SOUTH | SUITE 520 | | | HOUSTON | TX | 77027 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | KIM SMITH | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | KITON CORPORATION | ATTN: ANGELO MACRI KITON | 4 EAST 54TH STREET | | | NEW YORK | NY | 10022 | |
| SPECIFICATIONS FOR ELEVATOR/ESCALATOR MAINTENANCE SERVICES | UNKNOWN | | KONE INC. | ATTN: TOM KAUTZ | ONE KONE CT | | | MOLINE | IL | 61265 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | KRISTI BROOKS PENNINGTON | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | LAMA MUKALED | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | LANA UNLIMITED | 736 N WESTERN AVENUE SUITE 308 | | | | LAKE FOREST | IL | 60045 | |
| OWNERS POLICY | UNKNOWN | | LAWYERS TITLE INSURANCE CORPORATION | 6630 WEST BROAD STREET | | | | RICHMOND | VA | 23261 | |
| LETTER RE: CHANGE IN INSURED PARTIES | UNKNOWN | | LB-UBS 2006-C1 TRIANGLE TOWN BOULEVARD, LLC | C/O SPINOSO REAL ESTATE GROUP DLS, LLC | 112 NORTHERN CONCOURSE | | | NORTH SYRACUSE | NY | 13212 | |
| SERVICES AGREEMENT | UNKNOWN | | LEGIONELLA COMPLIANCE SOLUTIONS | 1460 BROADWAY | | | | NEW YORK | NY | 10036 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | V#24461 | LITHOS NSA DBA ETHO MARIA- LITHOS USA INC. | | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | LIZA LIEBERMAN | ADDRESS REDACTED | | | | | | | |
| COLLECTIVE BARGAINING AGREEMENT | UNKNOWN | | LOCAL 1102 RWDSU UFCW | 311 CROSSWAYS PARK DRIVE | | | | WOODBURY | NY | 11797 | |

In re: Saks Fifth Avenue LLC
Case No. 26-90070

Page 1 of 2

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COLLECTIVE BARGAINING AGREEMENT | 416 | | LOCAL 25, NEW YORK NEW JERSEY REGIONAL JOINT BOARD, | 305 7TH AVENUE | 7TH FLOOR | | | NEW YORK | NY | 10001 | |
| THIRD AMENDMENT TO CONSTRUCTION, OPERATING AND RECIPROCAL | UNKNOWN | | MACY'S RETAIL HOLDINGS, INC. | ATTN: CHAIRMAN | 611 OLIVE STREET | | | ST. LOUIS | MO | 63101 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | V#23021 | MARLI NEW YORK | 156 W 56TH STREET | SUITE 1102 | | | NEW YORK | NY | 10019 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | MARY MITSCH | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | MERNA MOSA | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | METLIFE | 200 PARK AVENUE | | | | NEW YORK | NY | 10166 | |
| ATTORNMENT AGREEMENT | UNKNOWN | | METROPOLITAN LIFE INSURANCE COMPANY | ATTN: ELIZABETH S. CLARK | 2021 SPRING ROAD, SUITE 100 | | | OAK BROOK | IL | 60523 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | MICHAEL DAVIDSON | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | MIROMAR | 10801 CORKSCREW RD | STE 305 | | | ESTERO | FL | 33928 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | MISENO FINE JEWELRY LLC | 935 HWY 34 | SUITE 2A | | | MATAWAN | NJ | 07747 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | MONCLER USA INC. | ATTN: TOMMIE DE VECCHI | 200 LAFAYETTE ST. | 2ND FLOOR | | NEW YORK | NY | 10012 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | NAOMI FITZGERALD DE GRAVE | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | NINA GILIN | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | NINI JEWELS | | | | | | | | |
| TENANT ESTOPPEL STATEMENT | UNKNOWN | | NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 E WISCONSIN AVE | | | | MILWAUKEE | WI | 43202 | |
| PROPERTY LEASE | UNKNOWN | | O'CONNOR CAPITAL PARTNERS | 535 MADISON AVE | 6TH FL | | | NEW YORK | NY | 10022 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | PASQUALE BRUNI (USA) LTD | 10 ROCKEFELLER PLZ | SUITE 916 | | | NEW YORK | NY | 10020 | |
| CONSTRUCTION, OPERATING, AND RECIPROCAL EASEMENT AGREEMENT | UNKNOWN | | PFP COLUMBUS, LLC | ATTN: GEORGE A. SCHMIDT, JOHN I. | 180 E BROAD STREET | | | COLUMBUS | OH | 43215 | |
| THIRD AMENDMENT TO CONSTRUCTION, OPERATING AND RECIPROCAL | UNKNOWN | | PFP COLUMBUS, LLC | ATTN: GENERAL COUNSEL | 150 EAST GAY STREET | | | COLUMBUS | OH | 43215 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | PIRANESI | 592 5TH AVE | | | | NEW YORK | NY | 10036 | |
| NOTICE OF EXERCISE OF OPTION TO RENEW AND EXTEND THE TERM OF | 2822 | | PLAZA FRONTENAC ACQUISITION, LLC | C/O BROOKFIELD PROPERTIES | ATTN: GENERAL COUNSEL | 350 NORTH ORLEANS ST | STE 300 | CHICAGO | IL | 60654-1607 | |
| TRANSFER OF OWNERSHIP | UNKNOWN | | PLAZA FRONTENAC ASSOCIATES, L.P. | 21515 HAWTHORNE BLVD | STE 450 | | | TORRANCE | CA | 90503 | |
| THIRD AMENDMENT TO CONSTRUCTION, OPERATING AND RECIPROCAL | UNKNOWN | | POLARIS LIFESTYLE CENTER, LLC | ATTN: GENERAL COUNSEL | 150 EAST GAY STREET | | | COLUMBUS | OH | 43215 | |
| CONSTRUCTION, OPERATING AND RECIPROCAL EASEMENT AGREEMENT | UNKNOWN | | POLARIS LIFESTYLE CENTER, LLC; PFP COLUMBUS II, LLC | ATTN: GEORGE A. SCHMIDT | 180 EAST BROAD STREET | 21 FLOOR | | COLUMBUS | OH | 43215 | |
| PURCHASE AND SALE AGREEMENT | UNKNOWN | | POLARIS MALL LLC; GLIMCHER PROPERTIES LIMITED | ATTN: GEORGE A. SCHMIDT | 20 S THIRD ST | | | COLUMBUS | OH | 43215-4206 | |
| TENANT ESTOPPEL STATEMENT | UNKNOWN | | POLARIS MALL, LLC | ATTN: GEORGE A. SCHMIDT | 20 S THIRD ST | | | COLUMBUS | OH | 43215-4206 | |
| FIRST AMENDMENT TO SUPPLEMENTAL AGREEMENT | UNKNOWN | | POLARIS MALL, LLC; GLIMCHER PROPERTIES LIMITED | ATTN: GEORGE A. SCHMIDT | 20 SOUTH THIRD STREET | | | COLUMBUS | OH | 43215 | |
| SUPPLEMENTAL AGREEMENT | UNKNOWN | | POLARIS MALL, LLC; GLIMCHER PROPERTIES LIMITED | ATTN: GEORGE A. SCHMIDT | 20 SOUTH THIRD STREET | | | COLUMBUS | OH | 43215 | |
| LIMITED WARRANTY DEED | UNKNOWN | | POLARIS MALL, LLC; GLIMCHER PROPERTIES LIMITED | ATTN: DAVID J. DEELY | 20 SOUTH THIRD STREET | | | COLUMBUS | OHIO | 43215 | |
| REA ESTOPPEL STATEMENT | UNKNOWN | | POLARIS MALL, LLC; PFP COLUMBUS, LLC | | | | | | | | |
| LETTER RE: OPERATION AGREEMENT | UNKNOWN | | PRADA USA CORP | 610 WEST 52ND ST | | | | NEW YORK | NY | 10019 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | PROJECT YX | ADDRESS REDACTED | | | | | | | |
| AFFILIATE MARKETING PROGRAM TERMS | UNKNOWN | | RAKUTEN MARKETING LLC; RAKUTEN MARKETING EUROPE | 215 PARK AVENUE SOUTH | 9TH FLOOR | | | NEW YORK | NY | 10003 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | RANDY FEDERGREEN | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | RFMAS INC. | 545 5TH AVENUE | SUITE 1003 | | | NEW YORK | NY | 10017 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | RICHLINE GROUP, INC. | ATTN: DENNIS ULRICH | 1385 BROADWAY | | | NEW YORK | NY | 10018 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | RIPE MEDIA INC | ADDRESS REDACTED | | | | | | | |
| CONSIGNMENT AGREEMENT | | | ROBER PROCOP EXCEPTIONAL JEWELS | | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | ROBERTO COIN, INC.; RBC 100 LLC DBA ROBERTO COIN | 579 FIFTH AVENUE | 17TH FLOOR | | | NEW YORK | NY | 10017 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | SAMANTHA WEISS | ADDRESS REDACTED | | | | | | | |
| FIRST AMENDMENT TO CONSTRUCTION, OPERATING AND RECIPROCAL | UNKNOWN | | SEARS, ROEBUCK AND CO. | ATTN: VICE PRESIDENT/ASST. GENERAL | DEPT. 824 RE/DEPT. 766X | 3333 BEVERLY ROAD | | HOFFMAN ESTATES | IL | 60719 | |
| THIRD AMENDMENT TO CONSTRUCTION, OPERATING AND RECIPROCAL | UNKNOWN | | SEARS, ROEBUCK AND CO. | C/O DEPT. 824RE | ATTN: VICE PRESIDENT - REAL ESTATE | 3333 BEVERLY ROAD | | HOFFMAN ESTATES | IL | 60179 | |
| PROPERTY LEASE | UNKNOWN | | SECOND HORIZON CAPITAL | 9200 STONY POINT PARKWAY | | | | RICHMOND | VA | 23235 | |
| PROPERTY LEASE | UNKNOWN | | SECOND HORIZON CAPITAL | 2255 GLADES RD | STE 324A | | | BOCA RATON | FL | | |
| PROPERTY LEASE | UNKNOWN | | SERITAGE | 500 FIFTH AVE | STE 1530 | | | NEW YORK | NY | 10110 | |
| LEASE AGREEMENT | UNKNOWN | | SERITAGE KMT FINANCE LLC | C/O SERITAGE GROWTH PROPERTIES | ATTN: EXECUTIVE VP, LEASING OPS | 500 FIFTH AVENUE, 18TH FL | | NEW YORK | NY | 10017 | |
| LEASE AGREEMENT | UNKNOWN | | SF WH PROPERTY OWNER LLC | C/O FIRST WASHINGTON REALTY, LLC | 7200 WISCONSIN AVE STE 600 | | | BETHESDA | MD | 20814 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | SHERRILL DIXON | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | SHIRLEY HANKIS | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | 225 WEST WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204-3438 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | 225 WEST WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204-3438 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | 225 WEST WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204-3438 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | ATTN: GENERAL COUNSEL | 225 W. WASHINGTON STREET | | | INDIANAPOLIS | IN | 46204-3438 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | PO BOX 198844 | | | | ATLANTA | GA | 30384 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | PO BOX 713534 | | | | CHICAGO | IL | 60677 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | 225 WEST WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204-3438 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | 225 WEST WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204-3438 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | SIMON TOWER, 225 W. WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | SIMON TOWER, 225 W. WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | SIMON TOWER, 225 W. WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204 | |
| PROPERTY LEASE | UNKNOWN | | SIMON PROPERTY GROUP, LP. | SIMON TOWER, 225 W. WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204 | |
| FIRST AMENDMENT TO LICENSED DEPARTMENT AND CONCESSION | UNKNOWN | | SMCP USA RETAIL EAST, INC. | 10 CROSBY ST | | | | NEW YORK | NY | 10013 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | SONYA BENSON | ADDRESS REDACTED | | | | | | | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | SOPHIA WASHER | ADDRESS REDACTED | | | | | | | |
| CONSENT AND SUBORDINATION TO CONSTRUCTION, OPERATING AND RECIPROCA; EASEMENT AGREEMENT | UNKNOWN | | SOUTHTRUST BANK | | | | | | | | |
| CONSIGNMENT AGREEMENT | UNKNOWN | V#24606 | STEFERE LLC | ATTN: CORINA MIHAILA-LARPIN | 366 MADISON AVENUE 3RD FLOOR | | | NEW YORK | NY | 10017 | |
| PROPERTY LEASE | UNKNOWN | | STEINER & CO. | 1872 2ND ST W | | | | DICKINSON | ND | 58601 | |
| ASSIGNMENT AND ASSUMPTION OF COREA | UNKNOWN | | STONY POINT ASSOCIATES LLC | C/O THE TAUBMAN REALTY GROUP LIMITED | ATTN: STEVEN EDER | | | | | | |
| CONSTRUCTION, OPERATION AND RECIPROCAL EASEMENT AGREEMENT | UNKNOWN | | STONY POINT ASSOCIATES LLC | ATTN: JOHN L. SIMON | ATTN: JOHN L. SIMON | | | | | | |
| SUPPLEMENTAL AGREEMENT | UNKNOWN | | STONY POINT FASHION ASSOCIATES LLC | C/O THE TAUBMAN COMPANY | ATTN: PRESIDENT | 200 E LONG LAKE RD | | BLOOMFIELD HILLS | MI | 48304 | |
| PROPERTY LEASE | UNKNOWN | | STONY POINT FASHION PARK | 9200 STONY POINT PARKWAY | | | | RICHMOND | VA | 23235 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | TAMARA COMOLLI FINE JEWELRY LIMITED, INC. | 150 WORTH AVENUE | STE 115B | | | PALM BEACH | FL | 33480 | |
| PROPERTY LEASE | UNKNOWN | | TANGER MANAGEMENT, LLC | TANGER OUTLET CENTERS | 3200 NORTHLINE AVENUE, SUITE 360 | | | GREENSBORO | NC | 27408 | |
| PROPERTY LEASE | UNKNOWN | | TANGER MANAGEMENT, LLC | TANGER OUTLET CENTERS | 3200 NORTHLINE AVENUE, SUITE 360 | | | GREENSBORO | NC | 27408 | |
| PROPERTY LEASE | UNKNOWN | | TANGER MANAGEMENT, LLC | TANGER OUTLET CENTERS | 3200 NORTHLINE AVENUE, SUITE 360 | | | GREENSBORO | NC | 27408 | |
| PROPERTY LEASE | UNKNOWN | | TAUBMAN CHERRY CREEK SHOPPING CENTE | 200 E LONG LAKE RD | SUITE 300 | | | BLOOMFIELD HILLS | MI | 48303 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | | TEMPLE ST. CLAIR LLC | 594 BROADWAY | | | | NEW YORK | NY | 10012 | |
| NOTICE OF MORTGAGE HOLDER | UNKNOWN | | THE HUNTINGTON NATIONAL BANK | ATTN: BONNIE C. BIRATH | COMMERCIAL REAL ESTATE GROUP | 41 SOUTH HIGH ST | 8TH FL | COLUMBUS | OH | 43215 | |
| ASSIGNMENT AND ASSUMPTION AGREEMENT | UNKNOWN | | THOMAS H. WOTKA, JR. | ADDRESS REDACTED | | | | | | | |
| LETTER RE: EASEMENT, RESTRICTION AND OPERATING AGREEMENT | UNKNOWN | | TRANSFORM OPERATING STORES LLC | 333 BEVERLY ROAD, DEPT. 824 RE | | | | HOFFMAN ESTATES | IL | 60179 | |
| TRANSFER OF CERTAIN REAL PROPERTY INTERESTS | UNKNOWN | | TRIANGLE TOWN CENTER, LLC | C/O CBL & ASSOCIATES MANAGEMENT, INC. | ATTN: PRESIDENT | STE 500, CBL CENTER | 2030 HAMILTON PL BLVD | CHATTANOOGA | TN | 37421 | |
| MASTER SOFTWARE AS A SERVICE AGREEMENT | UNKNOWN | | TURNTO NETWORKS, INC. | ATTN: GEORGE EBERSTADT | 330 7TH AVENUE | SUITE 1203 | | NEW YORK | NY | 10001 | |
| CUSTOMER SERVICE AGREEMENT | UNKNOWN | 0168973 | UNIFIRST CORPORATION | ATTN: ROGER PARK | 1072 HANOVER STREET | HANOVER INDUSTRIAL ESTATES | | WILKES-BARRE | PA | 18706 | |
| AMENDED AND RESTATED PROGRAM PARTICIPATION AGREEMENT | UNKNOWN | | UNITED AIRLINES, INC. | 233 SOUTH WACKER DR | | | | CHICAGO | IL | 60606 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | VALENTINO, U.S.A., INC. | ATTN: MARTA MADORO | 11 WEST 42ND STREET | | | NEW YORK | NY | 10036 | |
| MASTER SUBSCRIPTION AGREEMENT | UNKNOWN | | VANTA INC. | 655 MONTGOMERY STREET | SUITE 1600 | | | SAN FRANCISCO | CA | 94111 | |
| PURCHASE & SERVICE CONTRACT | UNKNOWN | | VENDORNET, INC. | ATTN: ROGER SCHOLL | 1903 S. CONGRESS AVE | STE 460 | | BOYNTON BEACH | FL | 33426 | |
| CONSIGNMENT AGREEMENT | UNKNOWN | VHERNIER R# 19645 | VHERNIER USA LLC | 135 SAN LORENZO AVE | SUITE 790 | | | CORAL GABLES | FL | 33146 | |
| THIRD AMENDMENT TO CONSTRUCTION, OPERATING AND RECIPROCAL | UNKNOWN | | VON MAUR, INC. | ATTN: CHIEF FINANCIAL OFFICER | 6565 BRADY STREET | | | DAVENPORT | IA | 52806 | |
| PROPERTY LEASE | UNKNOWN | | WASHINGTON PRIME GROUP | 4900 EAST DUBLIN GRANVILLE ROAD | | | | COLUMBUS | OH | 43081 | |
| CONTRACT/LEASED CONSULTANT AGREEMENT | | | WENDY SIGHT | ADDRESS REDACTED | | | | | | | |
| PROPERTY LEASE | | | WHITMAN FAMILY DEVELOPMENT | 420 LINCOLN ROAD, SUITE 320 | | | | MIAMI BEACH | FL | 33139 | |
| LEASE ASSIGNMENT AND ASSUMPTION AGREEMENT | UNKNOWN | | WIN REALTY HOLDINGS II, INC. | ATTN: JOANNE FRANZEL, ESQ. | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| CLIENT AGREEMENT | UNKNOWN | | YOUDECIDE.COM, INC. | ATTN: PETER E. MARCIA | 4450 RIVER GREEN PARKWAY | SUITE 100A | | DULUTH | GA | 30096 | |
| LICENSED DEPARTMENT AND CONCESSION AGREEMENT | UNKNOWN | | YVES SAINT LAURENT AMERICA, INC. | ATTN: BRANT CRYDER; EDUARDO PEREZ | 3 E 57TH STREET | | | NEW YORK | NY | 10022 | |

In re: Saks Fifth Avenue LLC
Case No. 26-90070

| Fill in this information to identify the case: |
|---|
| Debtor name: Saks Fifth Avenue LLC |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number: 26-90070 |

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 See Schedule H Attachment | | | ☐ D<br>☐ E/F<br>☐ G |

**SCHEDULE H ATTACHMENT**
Codebtors

| ID | Codebtor Name | Codebtor Address | Creditor's Name | Creditor's Address | D | E/F | G |
|---|---|---|---|---|---|---|---|
| 2.001 | BERGDORF GOODMAN LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.002 | BERGDORF GOODMAN LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.003 | BERGDORF GOODMAN LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.004 | BERGDORF GRAPHICS, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.005 | BERGDORF GRAPHICS, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.006 | BERGDORF GRAPHICS, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.007 | HBC DIGITAL HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.008 | HBC DIGITAL HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.009 | HBC DIGITAL HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.010 | HBC DIGITAL LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.011 | HBC DIGITAL LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.012 | HBC DIGITAL LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.013 | HBC GAITHERSBURG LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.014 | HBC GAITHERSBURG LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.015 | HBC GAITHERSBURG LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.016 | HBC STEELE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.017 | HBC STEELE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.018 | HBC STEELE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.019 | HBC STERLING LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.020 | HBC STERLING LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.021 | HBC STERLING LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.022 | HBC US PROPCO HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.023 | HBC US PROPCO HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.024 | HBC US PROPCO HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.025 | HBC VICTOR LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.026 | HBC VICTOR LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.027 | HBC VICTOR LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.028 | HBC WOODBRIDGE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.029 | HBC WOODBRIDGE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.030 | HBC WOODBRIDGE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.031 | HBS LEASEHOLD LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.032 | HBS LEASEHOLD LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.033 | HBS LEASEHOLD LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.034 | LT PARENT PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.035 | LT PARENT PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.036 | LT PARENT PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.037 | LT PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.038 | LT PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.039 | LT PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.040 | MERCHANDISE CREDIT, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.041 | MERCHANDISE CREDIT, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.042 | MERCHANDISE CREDIT, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.043 | NEMA BEVERAGE CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.044 | NEMA BEVERAGE CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.045 | NEMA BEVERAGE CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.046 | NEMA BEVERAGE HOLDING CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.047 | NEMA BEVERAGE HOLDING CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.048 | NEMA BEVERAGE HOLDING CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.049 | NEMA BEVERAGE PARENT CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.050 | NEMA BEVERAGE PARENT CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.051 | NEMA BEVERAGE PARENT CORPORATION | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.052 | NM BERMUDA, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.053 | NM BERMUDA, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.054 | NM BERMUDA, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.055 | NM FINANCIAL SERVICES, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.056 | NM FINANCIAL SERVICES, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.057 | NM FINANCIAL SERVICES, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.058 | NMG CALIFORNIA SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.059 | NMG CALIFORNIA SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.060 | NMG CALIFORNIA SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.061 | NMG FLORIDA SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.062 | NMG FLORIDA SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.063 | NMG FLORIDA SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.064 | NMG GLOBAL MOBILITY, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.065 | NMG GLOBAL MOBILITY, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.066 | NMG GLOBAL MOBILITY, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.067 | NMG HOLDING COMPANY INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.068 | NMG HOLDING COMPANY INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.069 | NMG HOLDING COMPANY INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.070 | NMG INTERCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.071 | NMG INTERCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.072 | NMG INTERCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.073 | NMG INTERMEDIATE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.074 | NMG INTERMEDIATE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.075 | NMG INTERMEDIATE LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.076 | NMG NOTES PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.077 | NMG NOTES PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.078 | NMG NOTES PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.079 | NMG PARENT LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.080 | NMG PARENT LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.081 | NMG PARENT LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.082 | NMG SALON HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.083 | NMG SALON HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.084 | NMG SALON HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.085 | NMG SALONS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.086 | NMG SALONS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.087 | NMG SALONS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.088 | NMG TERM LOAN PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.089 | NMG TERM LOAN PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.090 | NMG TERM LOAN PROPCO LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.091 | NMG TEXAS SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.092 | NMG TEXAS SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.093 | NMG TEXAS SALON LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.094 | NMGP, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.095 | NMGP, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.096 | NMGP, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.097 | SAKS & COMPANY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.098 | SAKS & COMPANY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.099 | SAKS & COMPANY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.100 | SAKS & COMPANY REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.101 | SAKS & COMPANY REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.102 | SAKS & COMPANY REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.103 | SAKS (CAYMAN) MANHATTAN BLOCKER, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.104 | SAKS (CAYMAN) MANHATTAN BLOCKER, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.105 | SAKS (CAYMAN) MANHATTAN BLOCKER, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.106 | SAKS (EU) MANHATTAN BLOCKER, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.107 | SAKS (EU) MANHATTAN BLOCKER, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.108 | SAKS (EU) MANHATTAN BLOCKER, INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.109 | SAKS CLOUD SERVICES LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.110 | SAKS CLOUD SERVICES LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.111 | SAKS CLOUD SERVICES LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.112 | SAKS COLUMBUS REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.113 | SAKS COLUMBUS REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.114 | SAKS COLUMBUS REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.115 | SAKS DIRECT, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.116 | SAKS DIRECT, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.117 | SAKS DIRECT, LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.118 | SAKS FIFTH AVENUE HOLDCO II LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.119 | SAKS FIFTH AVENUE HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.120 | SAKS FIFTH AVENUE HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.121 | SAKS FIFTH AVENUE HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.122 | SAKS FIFTH AVENUE REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.123 | SAKS FIFTH AVENUE REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.124 | SAKS FIFTH AVENUE REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.125 | SAKS GLOBAL ENTERPRISES LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.126 | SAKS GLOBAL ENTERPRISES LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.127 | SAKS GLOBAL ENTERPRISES LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.128 | SAKS GLOBAL HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.129 | SAKS GLOBAL HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.130 | SAKS MANHATTAN (BLOCKER) HOLDINGS L.P. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.131 | SAKS MANHATTAN (BLOCKER) HOLDINGS L.P. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.132 | SAKS MANHATTAN (BLOCKER) HOLDINGS L.P. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.133 | SAKS PARTNER INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.134 | SAKS PARTNER INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.135 | SAKS PARTNER INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.136 | SAKS RICHMOND REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.137 | SAKS RICHMOND REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.138 | SAKS RICHMOND REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.139 | SAKS.COM HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.140 | SAKS.COM HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.141 | SAKS.COM HOLDINGS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.142 | SAKS.COM LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.143 | SAKS.COM LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.144 | SAKS.COM LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.145 | SAKS.COM MIDCO PARTNER INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.146 | SAKS.COM MIDCO PARTNER INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.147 | SAKS.COM MIDCO PARTNER INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.148 | SCCA STORE HOLDINGS REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.149 | SCCA STORE HOLDINGS REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.150 | SCCA STORE HOLDINGS REAL PROPERTY LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.151 | SFA HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.152 | SFA HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |

**SCHEDULE H ATTACHMENT**
Codebtors

| ID | Codebtor Name | Codebtor Address | Creditor's Name | Creditor's Address | D | E/F | G |
|---|---|---|---|---|---|---|---|
| 2.153 | SFA HOLDINGS INC. | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |
| 2.154 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.155 | THE NEIMAN MARCUS GROUP LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT. | 100 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 | X | | |
| 2.156 | THE NEIMAN MARCUS GROUP LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | CITIBANK, N.A., AS COLLATERAL AGENT | 388 GREENWICH STREET, NEW YORK, NY 10013 | X | | |
| 2.157 | THE NEIMAN MARCUS GROUP LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | SGUS LLC | 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY 10281 | X | | |

**Fill in this information to identify the case:**

Debtor name: Saks Fifth Avenue LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 26-90070

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| March 15, 2026 | /s/ Mark Weinsten |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Mark Weinsten |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |