**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*, | ) | Case No. 26-90103 (ARP) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF WILLKIE FARR & GALLAGHER LLP'S
FIRST MONTHLY FEE STATEMENT FOR COMPENSATION
OF SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS CO-COUNSEL FOR THE GLOBAL DEBTORS
FOR THE PERIOD JANUARY 14, 2026 THROUGH JANUARY 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | **Willkie Farr & Gallagher LLP** |
| **Applicant's Role in Case:** | Co-Counsel for the Global Debtors |
| **Date Retention Order Signed:** | February 19, 2026 [Docket No. 862] |

| | **Beginning of Period:** | **End of Period:** |
|---|---|---|
| **Time Period Covered by this Statement:** | January 14, 2026 | January 31, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $5,729,499.00 (80% of $7,161,873.75) | |
| **Total Expenses Requested in this Statement:** | $13,823.57 | |
| **Total Fees and Expenses Requested in this Statement (inclusive of 20% holdback):** | $5,743,322.57 | |

---

[1]  A complete list of Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are co-counsel for the remaining Debtors (collectively, the "Global Debtors").

- 2 -

| Summary of Attorney Fees Incurred | |
|---|---|
| **Total Attorney Fees Incurred in this Statement:** | $6,583,159.75 |
| **Total Actual Attorney Hours Covered by this Statement:** | 3,572.80 |
| **Average Hourly Rate for Attorneys:** | $1,842.58 |
| Summary of Paraprofessional and Other Fees Incurred | |
| **Total Paraprofessional and Other Fees Incurred in this Statement:** | $578,714.00 |
| **Total Actual Paraprofessional and Other Hours Covered by this Statement:** | 686.20 |
| **Average Hourly Rate for Paraprofessionals and Others:** | $843.36 |

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 866] (the "<u>Interim Compensation Order</u>"), each party receiving notice of this Monthly Fee Statement will have until 4:00 p.m. (prevailing Central Time) on the day that is 14 days after filing of this Monthly Fee Statement to object to the requested fees and expenses.  Upon expiration of such 14-day period, the Global Debtors are authorized to pay Willkie Farr & Gallagher LLP an amount of 80% of the fees and 100% of the expenses requested herein.**

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "<u>Local Rules</u>"), and the Interim Compensation Order, Willkie Farr & Gallagher LLP ("<u>Willkie</u>"), as co-counsel for the Global Debtors, submits its *First Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel for the Global Debtors for the Period January 14, 2026 through January 31, 2026* (the "<u>Monthly Fee Statement</u>").

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, Willkie seeks payment of (a) $5,729,499.00 (80% of $7,161,873.75) as compensation for professional services rendered to the Global Debtors during the period from January 14, 2026 through January 31, 2026 (the "<u>Fee Period</u>") and (b) $13,823.57 for reimbursement of actual and necessary expenses during the Fee Period, for a total of $5,743,322.57.

2.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Willkie partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Willkie established.  As reflected in **Exhibit A**, Willkie incurred $7,161,873.75 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, Willkie seeks reimbursement for 80% of such fees ($5,729,499.00).

- **Exhibit B** is a schedule providing certain information regarding Willkie attorneys, paraprofessionals and others for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement.  Willkie attorneys,

paraprofessionals and others of Willkie have expended a total of 4,259 hours in connection with these chapter 11 cases during the Fee Period.[2]

- **Exhibit C** is a schedule for the Fee Period setting forth the total amount of reimbursement sought with respect to each category of expenses for which Willkie is seeking reimbursement in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for Willkie's out-of-pocket expenses.

- **Exhibit D** consists of Willkie's records of fees and expenses incurred during the Fee Period in connection with the rendition of professional services to the Debtors.

3.　　Any party objecting to the payment of the interim compensation and reimbursement of expenses requested by this Monthly Fee Statement shall, on or before 4:00 p.m. (prevailing Central Time) fourteen (14) days after filing of this Monthly Fee Statement, serve via email to Willkie Farr & Gallagher LLP, Attn: Debra M. Sinclair, Robin Spigel, Allyson B. Smith, Betsy L. Feldman, Jessica D. Graber, and Jennifer J. Hardy (dsinclair@willkie.com; rspigel@willkie.com; absmith@willkie.com;  bfeldman@willkie.com;  jgraber@willkie.com;  jhardy2@willkie.com), and the following parties (the "Notice Parties") a written notice setting forth the precise nature and basis of the objection and the amount at issue (the "Objection"):

(a)　　the Global Debtors, Saks Global Enterprises LLC, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602;

(b)　　co-counsel to the Global Debtors, Haynes and Boone, 1221 McKinney Street, Suite 4000, Houston, Texas 77010, Attn: Kelli S. Norfleet (kelli.norfleet@haynesboone.com), Kenric D. Kattner (kenric.kattner@haynesboone.com), Arsalan Muhammad (arsalan.muhammad@haynesboone.com), Kourtney P. Lyda (kourtney.lyda@haynesboone.com), and David Trausch (david.trausch@haynesboone.com);

---

[2]　In its discretion, Willkie voluntarily reduced its fee request in this Monthly Fee Statement.  The professional and paraprofessional hours associated therewith are not included in this Monthly Fee Statement.

(c)     counsel to the SO5 Digital Debtors, Bradley Arant Boult Cummings LLP, 600 Travis Street, Suite 5600, Houston, Texas 77060, Attn: Jarrod B. Martin (jbmartin@bradley.com) and Michael K. Riordan (mriordan@bradley.com);

(d)     the U.S. Trustee, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jana Smith Whitworth (jana.whitworth@usdoj.gov) and Ha Nguyen (ha.nguyen@usdoj.gov);

(e)     counsel to the ABL DIP Agent, Bank of America, N.A., c/o Morgan Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110, Attn: Matthew F. Furlong (matthew.furlong@morganlewis.com), Marjorie S. Crider (marjorie.crider@morganlewis.com), Gregory P. Ginther (gregory.ginther@morganlewis.com), and Norton Rose Fulbright US LLP, 1550 Lamar Street, Suite 2000, Houston, Texas 77010, Attn: Robert Bruner (bob.bruner@nortonrosefulbright.com), Maria Mokrzycka (maria.mokrzycka@nortonrosefulbright.com), and Otterbourg PC, 230 Park Avenue, New York, New York 10169, Attn: Daniel F. Fiorillo (dfiorillo@otterbourg.com), David A. Castleman (dcastleman@otterbourg.com);

(f)     counsel to the SGUS DIP Agent and OpCo DIP Agent, U.S. Bank Trust Company, National Association, c/o Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn: John R. Ashmead (ashmead@sewkis.com), Ronald A. Hewitt (hewitt@sewkis.com) and Catherine V. Lotempio (lotempio@sewkis.com);

(g)     co-counsel to the Ad Hoc Group of Secured Noteholders and DIP Lenders, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attn: Robert A. Britton rbritton@paulweiss.com, Christopher Hopkins (chopkins@paulweiss.com), Martin J. Salvucci (msalvucci@paulweiss.com), 1285 Avenue Of The Americas New York NY and Porter Hedges LLP, Attn: John F. Higgins (jhiggins@porterhedges.com), M. Shane Johnson (sjohnson@porterhedges.com), Megan Young-John (myoungjohn@porterhedges.com), 1000 Main Street, 36th Floor Houston TX 77002;

(h)     counsel to the Prepetition Agent under the SO5 Digital Debtors' Term Loan Credit Agreement: (a) Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110, Attn: Christopher L. Carter (christopher.carter@morganlewis.com), and (b) Bracewell LLP, 711 Louisiana Street, Suite 2300, Houston, TX 77002, Attn: William A. (Trey) Wood III (trey.wood@bracewell.com);

(i)     proposed co-counsel to the Official Committee of Unsecured Creditors: (a) Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi (lmarinuzzi@mofo.com), Doug Mannal (dmannal@mofo.com), Raff Ferraioli (rferraioli@mofo.com), Miranda Russell (mrussell@mofo.com), and Ilayna Guevrekian (iguevrekian@mofo.com), and (b) Cole Schotz P.C., 901 Main Street, Suite 4120, Dallas, TX 75202, Attn: Ian

Phillips, Esq. (iphillips@coleschotz.com), Justin Alberto, Esq. (jalberto@coleschotz.com), and Sarah Carnes, Esq. (scarnes@coleschotz.com).

4. If an Objection to this Monthly Fee Statement is timely served upon Willkie and the other Notice Parties pursuant to the Interim Compensation Order, the objecting party and Willkie shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Global Debtors shall promptly pay Willkie an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Willkie reserves the right to seek payment of such fees and expenses in a subsequent monthly fee statement.

**WHEREFORE**, Willkie requests payment of its fees and expenses incurred during the Fee Period in the total amount of $5,743,322.57, consisting of (a) $5,729,499.00, which is 80% of Willkie's fees incurred during the Fee Period; and (b) $13,823.57, which is 100% of Willkie's actual and necessary expenses incurred during the Fee Period.

Dated: March 28, 2026
      Houston, Texas

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Jennifer J. Hardy*
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone:  (713) 510-1700
Facsimile:  (713) 510-1799
Email:      jhardy2@willkie.com

**AND**

Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Email:      dsinclair@willkie.com
          rspigel@willkie.com
          absmith@willkie.com
          bfeldman@willkie.com
          jgraber@willkie.com

**AND**

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone:  (312) 728-9123
Facsimile:  (312) 728-9199
Email:      rbennett@willkie.com

*Co-Counsel to the Global Debtors and
Global Debtors in Possession*

- 7 -

- 8 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2026, a true and correct copy of the foregoing document was served via electronic mail on the Fee Notice Parties pursuant to the Interim Compensation Order.

*/s/ Jennifer J. Hardy*
Jennifer J. Hardy
