**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90103 (ARP)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1060** |

**CERTIFICATION OF COUNSEL
REGARDING GLOBAL DEBTORS' FOURTH
OMNIBUS MOTION FOR ENTRY OF ORDER, PURSUANT
TO SECTIONS 105(a), 365(a), AND 554 OF THE BANKRUPTCY CODE,
AUTHORIZING DEBTORS TO (I) REJECT CERTAIN UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (II) ABANDON PERSONAL PROPERTY**

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas* (the "Complex Procedures"), the undersigned counsel hereby certifies as follows:

1.     On February 27, 2026, the Global Debtors filed the *Global Debtors' Fourth Omnibus Motion for Entry of Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, Authorizing Debtors to (I) Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Abandon Personal Property* [Docket No. 1060] (the "Motion"). Attached to the Motion was a proposed form of order granting the relief requested [Docket No. 1060-1] (the "Original Proposed Order").

---

[1]     A complete list of Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

2.      Any responsive pleadings to the Motion were due on or before March 20, 2026 (the "Response Deadline").

3.      Following the filing of the Original Proposed Order, a party in interest filed an objection to the Motion [Docket No. 1455] and the Global Debtors received informal comments regarding any order granting the Motion, which have been consensually resolved through a revised proposed form of order granting the Motion (the "Revised Proposed Order"), which is attached hereto as **Exhibit A**.

4.      A redline comparing the Original Proposed Order to the Revised Proposed Order is attached hereto as **Exhibit B**.

5.      In accordance with paragraph 45 of the Complex Case Procedures, the undersigned counsel represents that all known informal comments or responses to the Motion have been consensually resolved in the Revised Proposed Order.

6.      Accordingly, the Global Debtors respectfully request entry of the Revised Proposed Order.

*[Remainder of page intentionally left blank]*

Houston, Texas
Dated: March 29, 2026

/s/ Kelli S. Norfleet
**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone:(713) 547 2000
Facsimile: (713) 547 2600
Email:      kelli.norfleet@haynesboone.com
            kenric.kattner@haynesboone.com
            arsalan.muhammad@haynesboone.com
            kourtney.lyda@haynesboone.com
            david.trausch@haynesboone.com

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:(212) 728-8000
Facsimile: (212) 728-8111
Email:      dsinclair@willkie.com
            rspigel@willkie.com
            absmith@willkie.com
            bfeldman@willkie.com
            jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone:(713) 510-1766
Facsimile: (713) 510-1799
Email:      jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone:(312) 728-9123
Facsimile: (312) 728-9199
Email:      rbennett@willkie.com

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kelli S. Norfleet*

**<u>EXHIBIT A</u>**