**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90103 (ARP)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER DECLARING CERTAIN BUILDINGS AND
PROPERTIES ARE NOT PROPERTY OF THE GLOBAL DEBTORS' ESTATES**

1.     On January 13 and 14, 2026, the debtors and debtors in possession in the above-captioned cases (the "Debtors")[2] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

2.     The Global Debtors seek entry of the proposed form of order attached hereto as **Exhibit 1** (the "Proposed Order") confirming that that certain building and property located at 750 White Plains Road, Scarsdale, New York (the "Eastchester Property") is not property of the Global Debtors' estates.  The undersigned certifies that the Global Debtors agree that the Eastchester Property is not property of their estates.

---

[1]     A complete list of Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]     For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

3.      The undersigned further certifies that, on March 27, 2026, the Proposed Order was shared with counsel to the Ad Hoc Group of Secured Noteholders and DIP Lenders (the "Ad Hoc Group").  On March 27, 2026, counsel confirmed that the Ad Hoc Group does not object to the Proposed Order.

4.      The Global Debtors respectfully request entry of the Proposed Order.

*[Remainder of page intentionally left blank]*

Houston, Texas
Dated: March 30, 2026

*/s/ Kelli S. Norfleet*

**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone:(713) 547 2000
Facsimile: (713) 547 2600
Email:     kelli.norfleet@haynesboone.com
           kenric.kattner@haynesboone.com
           arsalan.muhammad@haynesboone.com
           kourtney.lyda@haynesboone.com
           david.trausch@haynesboone.com

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:(212) 728-8000
Facsimile: (212) 728-8111
Email:     dsinclair@willkie.com
           rspigel@willkie.com
           absmith@willkie.com
           bfeldman@willkie.com
           jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone:(713) 510-1766
Facsimile: (713) 510-1799
Email:     jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone:(312) 728-9123
Facsimile: (312) 728-9199
Email:     rbennett@willkie.com

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

**Certificate of Service**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Kelli S. Norfleet
Kelli S. Norfleet

**EXHIBIT 1**