**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES TO MONTHLY OPERATING REPORT
FOR THE SO5 DIGITAL DEBTORS**

On January 13, 2026 (the "Petition Date") and January 14, 2026, Saks Global Enterprises LLC and its affiliates filed voluntary petitions (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").[2]

The following notes and statements of limitations and disclaimers should be referred to, and referenced, in connection with any review of the SO5 Digital Debtors' consolidated Monthly Operating Report (the "MOR").

**Introduction**.  The MOR is limited in scope, covers only the period referenced therein, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Chapter 11 Cases. The results of operations and financial positions contained herein are not necessarily indicative of results that may be expected for any period other than the applicable reporting period, or for the full year, and may not necessarily reflect the SO5 Digital Debtors' future consolidated results of operations and financial position.

The MOR is unaudited and does not purport to represent a financial statement prepared in accordance with accounting principles generally accepted in the United States ("GAAP") and is not intended to fully reconcile to the consolidated financial statements prepared by the SO5 Digital Debtors.  Information contained in the MOR has been derived from the SO5 Digital Debtors' books and records but does not reflect in all circumstances presentation for GAAP or other reporting purposes.  To comply with their obligations during these Chapter 11 Cases, the SO5 Digital Debtors have prepared the MOR using the best information presently available to them.  The information presented in the MOR is true and accurate to the best of the SO5 Digital Debtors' knowledge, information, and belief, based on currently available data.  This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures, the SO5 Digital Debtors believe the financial information could be subject to material change.

Given the complexity of the SO5 Digital Debtors' business, inadvertent errors or omissions may occur. Accordingly, the SO5 Digital Debtors hereby reserve all of their rights to dispute the nature, validity, status,

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]  For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

4930-0150-1596.1

enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in the MOR.  Notwithstanding any such discovery, new information or errors or omissions, the SO5 Digital Debtors do not undertake any obligation or commitment to update this MOR.  This MOR only contains financial information of the SO5 Digital Debtors, unless otherwise noted.

1. **Currency.**  Unless otherwise indicated, all amounts listed in the MOR are reflected in U.S. dollars.

2. **Consolidated Entity Accounts Payable and Disbursement Systems.**  Cash is received and disbursed by the SO5 Digital Debtors in a manner consistent with the SO5 Digital Debtors' historical cash management practices as described in the *Emergency Motion for Interim and Final Orders (I) Authorizing the SO5 Digital Debtors (A) to Continue Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 36].

   For purposes of MOR reporting, the accompanying Balance Sheets and Statement of Operations of the SO5 Digital Debtors have been prepared on a consolidated basis and primarily reflect the operations of Saks OFF 5TH LLC, the primary operating entity consistent with historical reporting practices.

   In 2021, the Global Debtors and the SO5 Digital Debtors entered into a series of agreements that resulted in the SO5 Digital Debtors effectively operating as a standalone company within the broader Saks corporate group.  Notwithstanding, certain operations remain consolidated within one or more of the Global Debtors.  Consequently, from time to time in the ordinary course of business, the Global Debtors make certain payments for the benefit of or allocable to the SO5 Digital Debtors for which the SO5 Digital Debtors remit reimbursement to the applicable Global Debtor.

3. **Reporting Period.**  Unless otherwise noted herein, the MOR generally reflects the SO5 Digital Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4. **Part 1: Cash Receipts and Disbursements; Cash Balance.**  Based on guidance received from the Office of the United States Trustee for the Southern District of Texas in connection with the completion of UST Form 11-MOR, Part 1, Cash Receipts and Disbursements, reported cash receipts and disbursements should exclude intercompany and debtor-to-debtor transactions. As a result, for those debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 may not match the ending cash balances per the SO5 Digital Debtors' books and records.

5. **Part 1: Cash Balance.**  The cash balances reported at the entity level in Part 1 of the MOR reflect book cash balances.  The supporting schedule to Part 1 includes a bridge of bank to book cash for the SO5 Digital Debtor bank account with cash activity.  Any variances to beginning cash are immaterial due to cash in-transit between bank accounts.

6. **Part 2: Asset and Liability Status.**  As a result of the chapter 11 filings, payments of prepetition liabilities are subject to compromise or other treatment under a plan of reorganization or plan of liquidation.  The determination of how the prepetition liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization or plan of liquidation.  For purposes of the MOR, the SO5 Digital Debtors' estimate of prepetition debt, other

than secured funded debt, is reflected as unsecured debt and does not distinguish between priority unsecured and general unsecured priority status.  Such classification included in the MOR does not constitute an admission by the SO5 Digital Debtors of the priority of their non-funded debt obligations.

7. **Part 4:  Income Statement.**  Due to the complexities of the Debtors' accounting systems, the SO5 Digital Debtors are reporting the Statement of Operations for the full fiscal period for January rather than a stub period beginning on the Petition Date. The fiscal year ends on January 31, 2026, and as such, the January results include year-end accounting adjustments (including, but not limited to, accruals, true-ups, and other closing entries). Accordingly, the results presented may not be indicative of post-petition operating performance.

8. **Part 7: Questionnaire.**

   *Part 7(a).*  Pursuant to certain orders of the Bankruptcy Court entered in the Chapter 11 Cases, the SO5 Digital Debtors are authorized (but not directed) to pay, among other things, certain prepetition claims of taxing authorities, certain vendors, customers, and certain other prepetition creditors (collectively, the "First Day Orders").  Furthermore, pursuant to the interim and final orders authorizing the SO5 Digital Debtors' use of cash collateral [Docket Nos. 234, 412, 701 & 919] (the "Cash Collateral Orders"), the Bankruptcy Court authorized the SO5 Digital Debtors to make payments on account of the Prepetition Secured Obligations (as defined in the Cash Collateral Orders).  Where applicable, details of payments on prepetition claims have been delivered to the required notice parties pursuant to the reporting requirements contemplated by the applicable final First Day Orders, including the Cash Collateral Orders.

   *Part 7(c).*  As further described in the *Debtors' Joint Emergency Motion for Entry of Order (I) Authorizing Debtors to (A) Pay Certain Compensation and Benefits Obligations and (B) Maintain Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 10], the SO5 Digital Debtors have no direct employees.  Consequently, SO5 Digital Debtors remit reimbursement to the applicable Global Debtor for the services of the Global Debtors' employees.

9. **Supporting Documentation.**

   *Balance Sheet.*  Liabilities Subject to Compromise ("LSTC") represent the SO5 Digital Debtors' estimate of prepetition liabilities. The payment of prepetition liabilities is subject to compromise or other treatment under a chapter 11 plan.  The determination of how such liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan.  Therefore, the ultimate amount of such liabilities is not determinable at this time.  LSTC estimates are preliminary and may be subject to, among other things, future adjustments depending on Bankruptcy Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, or other events.  The total of secured, priority, and general unsecured claims reported in the SO5 Digital Debtors' Schedules of Assets and Liabilities ("SOALs") may vary materially compared to the LSTC. The SO5 Digital Debtors generally report prepetition liabilities as LSTC, including certain contingent, unliquidated, and/or disputed claims which were listed with undetermined claim balances in the SOALs. Without limitation to the foregoing, the SO5 Digital Debtors reserve all rights, claims, defenses, and objections to any claims, including any LSTC, that have been or may be asserted against the SO5 Digital Debtors.

*[Remainder of Page Intentionally Left Blank]*

3

4930-0150-1596.1