# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES TO MONTHLY OPERATING REPORT FOR THE SO5 DIGITAL DEBTORS

On January 13, 2026 (the "Petition Date") and January 14, 2026, Saks Global Enterprises LLC and its affiliates filed voluntary petitions (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").[2]

The following notes and statements of limitations and disclaimers should be referred to, and referenced, in connection with any review of the SO5 Digital Debtors' consolidated Monthly Operating Report (the "MOR").

**Introduction**.  The MOR is limited in scope, covers only the period referenced therein, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Chapter 11 Cases. The results of operations and financial positions contained herein are not necessarily indicative of results that may be expected for any period other than the applicable reporting period, or for the full year, and may not necessarily reflect the SO5 Digital Debtors' future consolidated results of operations and financial position.

The MOR is unaudited and does not purport to represent a financial statement prepared in accordance with accounting principles generally accepted in the United States ("GAAP") and is not intended to fully reconcile to the consolidated financial statements prepared by the SO5 Digital Debtors.  Information contained in the MOR has been derived from the SO5 Digital Debtors' books and records but does not reflect in all circumstances presentation for GAAP or other reporting purposes.  To comply with their obligations during these Chapter 11 Cases, the SO5 Digital Debtors have prepared the MOR using the best information presently available to them.  The information presented in the MOR is true and accurate to the best of the SO5 Digital Debtors' knowledge, information, and belief, based on currently available data.  This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures, the SO5 Digital Debtors believe the financial information could be subject to material change.

Given the complexity of the SO5 Digital Debtors' business, inadvertent errors or omissions may occur. Accordingly, the SO5 Digital Debtors hereby reserve all of their rights to dispute the nature, validity, status,

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]   For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

4930-0150-1596.1

enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in the MOR.  Notwithstanding any such discovery, new information or errors or omissions, the SO5 Digital Debtors do not undertake any obligation or commitment to update this MOR.  This MOR only contains financial information of the SO5 Digital Debtors, unless otherwise noted.

1.  **Currency.**  Unless otherwise indicated, all amounts listed in the MOR are reflected in U.S. dollars.

2.  **Consolidated Entity Accounts Payable and Disbursement Systems.**  Cash is received and disbursed by the SO5 Digital Debtors in a manner consistent with the SO5 Digital Debtors' historical cash management practices as described in the *Emergency Motion for Interim and Final Orders (I) Authorizing the SO5 Digital Debtors (A) to Continue Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 36].

    For purposes of MOR reporting, the accompanying Balance Sheets and Statement of Operations of the SO5 Digital Debtors have been prepared on a consolidated basis and primarily reflect the operations of Saks OFF 5TH LLC, the primary operating entity consistent with historical reporting practices.

    In 2021, the Global Debtors and the SO5 Digital Debtors entered into a series of agreements that resulted in the SO5 Digital Debtors effectively operating as a standalone company within the broader Saks corporate group.  Notwithstanding, certain operations remain consolidated within one or more of the Global Debtors.  Consequently, from time to time in the ordinary course of business, the Global Debtors make certain payments for the benefit of or allocable to the SO5 Digital Debtors for which the SO5 Digital Debtors remit reimbursement to the applicable Global Debtor.

3.  **Reporting Period.**  Unless otherwise noted herein, the MOR generally reflects the SO5 Digital Debtors' books and records and financial activity occurring during the applicable reporting period.  Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4.  **Part 1: Cash Receipts and Disbursements; Cash Balance.**  Based on guidance received from the Office of the United States Trustee for the Southern District of Texas in connection with the completion of UST Form 11-MOR, Part 1, Cash Receipts and Disbursements, reported cash receipts and disbursements should exclude intercompany and debtor-to-debtor transactions. As a result, for those debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 may not match the ending cash balances per the SO5 Digital Debtors' books and records.

5.  **Part 1: Cash Balance.**  The cash balances reported at the entity level in Part 1 of the MOR reflect book cash balances.  The supporting schedule to Part 1 includes a bridge of bank to book cash for the SO5 Digital Debtor bank account with cash activity.  Any variances to beginning cash are immaterial due to cash in-transit between bank accounts.

6.  **Part 2: Asset and Liability Status.**  As a result of the chapter 11 filings, payments of prepetition liabilities are subject to compromise or other treatment under a plan of reorganization or plan of liquidation.  The determination of how the prepetition liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization or plan of liquidation.  For purposes of the MOR, the SO5 Digital Debtors' estimate of prepetition debt, other

2

than secured funded debt, is reflected as unsecured debt and does not distinguish between priority unsecured and general unsecured priority status.  Such classification included in the MOR does not constitute an admission by the SO5 Digital Debtors of the priority of their non-funded debt obligations.

7. **Part 4:  Income Statement.**  Due to the complexities of the Debtors' accounting systems, the SO5 Digital Debtors are reporting the Statement of Operations for the full fiscal period for January rather than a stub period beginning on the Petition Date. The fiscal year ends on January 31, 2026, and as such, the January results include year-end accounting adjustments (including, but not limited to, accruals, true-ups, and other closing entries). Accordingly, the results presented may not be indicative of post-petition operating performance.

8. **Part 7: Questionnaire.**

   *Part 7(a).*  Pursuant to certain orders of the Bankruptcy Court entered in the Chapter 11 Cases, the SO5 Digital Debtors are authorized (but not directed) to pay, among other things, certain prepetition claims of taxing authorities, certain vendors, customers, and certain other prepetition creditors (collectively, the "First Day Orders").  Furthermore, pursuant to the interim and final orders authorizing the SO5 Digital Debtors' use of cash collateral [Docket Nos. 234, 412, 701 & 919] (the "Cash Collateral Orders"), the Bankruptcy Court authorized the SO5 Digital Debtors to make payments on account of the Prepetition Secured Obligations (as defined in the Cash Collateral Orders).  Where applicable, details of payments on prepetition claims have been delivered to the required notice parties pursuant to the reporting requirements contemplated by the applicable final First Day Orders, including the Cash Collateral Orders.

   *Part 7(c).*  As further described in the *Debtors' Joint Emergency Motion for Entry of Order (I) Authorizing Debtors to (A) Pay Certain Compensation and Benefits Obligations and (B) Maintain Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 10], the SO5 Digital Debtors have no direct employees.  Consequently, SO5 Digital Debtors remit reimbursement to the applicable Global Debtor for the services of the Global Debtors' employees.

9. **Supporting Documentation.**

   *Balance Sheet.*  Liabilities Subject to Compromise ("LSTC") represent the SO5 Digital Debtors' estimate of prepetition liabilities. The payment of prepetition liabilities is subject to compromise or other treatment under a chapter 11 plan.  The determination of how such liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan.  Therefore, the ultimate amount of such liabilities is not determinable at this time.  LSTC estimates are preliminary and may be subject to, among other things, future adjustments depending on Bankruptcy Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, or other events.  The total of secured, priority, and general unsecured claims reported in the SO5 Digital Debtors' Schedules of Assets and Liabilities ("SOALs") may vary materially compared to the LSTC. The SO5 Digital Debtors generally report prepetition liabilities as LSTC, including certain contingent, unliquidated, and/or disputed claims which were listed with undetermined claim balances in the SOALs. Without limitation to the foregoing, the SO5 Digital Debtors reserve all rights, claims, defenses, and objections to any claims, including any LSTC, that have been or may be asserted against the SO5 Digital Debtors.

*[Remainder of Page Intentionally Left Blank]*

3

UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   Texas

(Houston Division)

In Re. Saks OFF 5TH Holdings LLC          §          Case No.   26-90103
                                          §
                                          §
_____       §
          Debtor(s)                       §

☐ Jointly Administered

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 02/28/2026          Petition Date: 01/13/2026

Months Pending: 2          Industry Classification: | 4 | 5 | 8 | 1 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒          Statement of cash receipts and disbursements
☒          Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒          Statement of operations (profit or loss statement)
☐          Accounts receivable aging
☐          Postpetition liabilities aging
☐          Statement of capital assets
☐          Schedule of payments to professionals
☐          Schedule of payments to insiders
☒          All bank statements and bank reconciliations for the reporting period
☐          Description of the assets sold or transferred and the terms of the sale or transfer

Andrew D.J. Hede                          Andrew D.J. Hede
Signature of Responsible Party            Printed Name of Responsible Party

03/30/2026
Date                                      One Vanderbilt Avenue, 24th Floor, New York, NY
                                          10017
                                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name  Saks OFF 5TH Holdings LLC                                       Case No.  26-90103

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $8,740,414 | |
| b. Total receipts (net of transfers between accounts) | $23,957,145 | $29,539,629 |
| c. Total disbursements (net of transfers between accounts) | $22,181,115 | $27,685,727 |
| d. Cash balance end of month (a+b-c) | $10,516,444 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $22,181,115 | $27,685,727 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $3,941,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $8,398,000 |
| d Total current assets | $33,386,000 |
| e. Total assets | $82,415,000 |
| f. Postpetition payables (excluding taxes) | $10,820,000 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $847,000 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $11,667,000 |
| k. Prepetition secured debt | $1,624,000 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $233,658,000 |
| n. Total liabilities (debt) (j+k+l+m) | $246,949,000 |
| o. Ending equity/net worth (e-n) | $-164,534,000 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $21,658,000 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $15,679,000 | |
| c. Gross profit (a-b) | $5,979,000 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $2,472,000 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $175,000 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $3,332,000 | $-9,793,000 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  Saks OFF 5TH Holdings LLC                                                    Case No.  26-90103

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Saks OFF 5TH Holdings LLC                              Case No.  26-90103

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name  Saks OFF 5TH Holdings LLC                    Case No.  26-90103

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name  Saks OFF 5TH Holdings LLC                                    Case No.  26-90103

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                              6

Debtor's Name  Saks OFF 5TH Holdings LLC                                    Case No.  26-90103

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                           7

Debtor's Name  Saks OFF 5TH Holdings LLC                                    Case No.  26-90103

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $847,000 | $1,359,000 |
| g. Postpetition other taxes paid (local, state, and federal) | $512,000 | $2,045,000 |

### Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ⦿   No ◯

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ◯   No ⦿

c. Were any payments made to or on behalf of insiders?   Yes ⦿   No ◯

d. Are you current on postpetition tax return filings?   Yes ⦿   No ◯

e. Are you current on postpetition estimated tax payments?   Yes ⦿   No ◯

f. Were all trust fund taxes remitted on a current basis?   Yes ◯   No ⦿

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ◯   No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ⦿   No ◯   N/A ◯

i. Do you have:        Worker's compensation insurance?   Yes ⦿   No ◯
          If yes, are your premiums current?   Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)
          Casualty/property insurance?   Yes ⦿   No ◯
          If yes, are your premiums current?   Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)
          General liability insurance?   Yes ⦿   No ◯
          If yes, are your premiums current?   Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ◯   No ⦿

k. Has a disclosure statement been filed with the court?   Yes ◯   No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

Debtor's Name  Saks OFF 5TH Holdings LLC                                    Case No.  26-90103

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?     Yes ◯  No ◉

m. If yes, have you made all Domestic Support Obligation payments?     Yes ◯  No ◯  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| Andrew D.J. Hede | Andrew D.J. Hede |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Restructuring Officer, SO5 Digital Debtors | 03/30/2026 |
| Title | Date |

Debtor's Name  Saks OFF 5TH Holdings LLC

Case No.  26-90103



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Saks OFF 5TH Holdings LLC                                        Case No.  26-90103

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name  Saks OFF 5TH Holdings LLC                    Case No.  26-90103



PageThree



PageFour

**Saks OFF 5TH Holdings LLC (26-90103)**
**MOR 1 - Statement of Cash Receipts and Disbursements**
**$ in Dollars**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
### For the Period 02/01/2026 - 02/28/2026

*$ Actuals*

| Debtor Name | Saks OFF 5TH Holdings LLC |
|---|---|
| Case Number | 26-90103 |

| | | |
|---|---|---:|
| **Operating Receipts** | | |
| Sales Receipts | $ | 23,651,547 |
| Other Receipts | | 305,598 |
| **Total Receipts** | $ | 23,957,145 |
| | | |
| **Disbursements** | | |
| Payroll | | - |
| Benefits | | - |
| Rent | | - |
| Sales Tax | | (511,555) |
| Professional Fees | | (116,475) |
| Term Loan Principal & Interest | | (14,673,885) |
| Intercompany | | (3,416,000) |
| Other Disbursements | | (3,463,200) |
| **Total Disbursements** | $ | (22,181,115) |
| | | |
| **Operating Cash Flow** | $ | 1,776,030 |
| | | |
| ABL Activity | | - |
| **Net Cash Flow** | $ | 1,776,030 |

| | |
|---|---:|
| **Beginning Cash Balance** | 8,740,414 |
| **Net Operating Cash Flow** | 1,776,030 |
| **Ending Cash Balance** | 10,516,444 |

**Saks OFF 5TH Holdings LLC (26-90103)**
**MOR 1 -  Cash Account Reconciliation**
**As of February 28, 2026**
**($ in 000's)**

| | | | CASH ACCOUNT RECONCILIATION - 2/28/2026 | | | |
|---|---|---|---|---|---|---|
| **Bank Name** | **Account Number (Last 4)** | **Account Type** | **Bank Balance** | **Outstanding Checks and Deposits in Transits** | **Adjusted Ending Bank Balance** | **Ending Book Balance** |
| Citizens Bank | 1087 | AP ACH Account 1087 | - | - | - | - |
| Citizens Bank | 9735 | AP Controlled Disbursement Account 9735 | - | - | - | - |
| Citizens Bank | 1001 | Depository Acct Collections Acct 1001 | - | - | - | - |
| Citizens Bank | 4289 | Interest Bearing 4289 | 10 | - | 10 | 10 |
| Citizens Bank | 1052 | Master Disbursement Account 1052 | - | - | - | - |
| Citizens Bank | 1044 | Master Operating Account 1044 | 8,391 | - | 8,391 | 8,391 |
| Citizens Bank | 6645 | Misc Disbursement Account 6645 | - | - | - | - |
| Citizens Bank | 6637 | Payroll 6637 | - | - | - | - |
| Citizens Bank | 6653 | Saks OFF 5TH Holdings LLC 6653 | - | - | - | - |
| Citizens Bank | 470 | Professional Fee Escrow | 1,920 | - | 1,920 | 1,920 |
| Citizens Bank | 489 | TSA Escrow | 195 | - | 195 | 195 |
| Silicon Valley Bank | 9985 | Silicon Valley Bank 9985 | - | - | - | - |
| Silicon Valley Bank | 4905 | Silicon Valley Bank 4905 | 300 | (300) | - | - |
| | | **Total S05 Digital Debtors** | **10,816** | **(300)** | **10,516** | **10,516** |

**SAKS GLOBAL ENTERPRISES LLC, et al (26-90103)**
**MOR 2- ASSET AND LIABILITY STATUS**
**As at February 28, 2026**

| (in thousands of dollars) | SO5 Digital Debtors |
|---|---|
| **Assets** | |
| Cash | 10,516 |
| Trade and other receivables, net | 3,941 |
| Inventories | 8,398 |
| Due from affiliates | 5,978 |
| Other current assets | 4,553 |
| **Total current assets** | 33,386 |
| Property, plant and equipment, net | 199 |
| Operating and finance right of use assets, net | 27,030 |
| Goodwill and other intangible assets | 21,800 |
| Deferred tax assets | — |
| Equity-method investments | — |
| Capital lease receivable | — |
| Other assets | — |
| **Total assets** | 82,415 |
| | |
| **Liabilities and unitholders' deficiency** | |
| Trade payables | 2,452 |
| Other payables and accrued liabilities | 8,104 |
| Debtor-In-Possession Financing | — |
| Due to affiliates | — |
| Current portion of other liabilities | 686 |
| **Total current liabilities** | 11,242 |
| Loans and borrowings | — |
| Mortgage payable | — |
| Pensions and employee benefits | — |
| Other liabilities | 425 |
| **Total liabilities** | 11,667 |
| | |
| **Liabilities subject to compromise** | 235,282 |
| | |
| **Unitholders' deficiency** | (164,534) |
| **Non-controlling interests** | — |
| **Total deficiency** | (164,534) |
| | |
| **Total liabilities and deficiency** | 82,415 |

Note 1: The information set forth on this schedule for the SO5 Digital Debtors includes the consolidated presentation of (i) Saks OFF 5TH Holdings LLC, (ii) Saks OFF 5TH Midco Partner Inc., (iii) Saks OFF 5TH LLC and (iv) Luxury Outlets USA, LLC.

Note 2: Balances are preliminary and reflect unaudited financials prepared by Company management.

Note 3: The company has presented amount in the schedule in thousands. Thus, certain amounts may not foot, crossfoot, or recalculate due to rounding.

**SAKS GLOBAL ENTERPRISES LLC, et al (26-90103)**
**MOR 4 - INCOME STATEMENT (STATEMENT OF OPERATIONS)**
**For the four weeks ended February 28, 2026**

| (in thousands of dollars) | SO5 Digital Debtors |
|---|---:|
| Retail sales | 21,382 |
| Credit revenue and other | 276 |
| **Total revenue** | 21,658 |
| Cost of goods sold | (15,679) |
| **Gross profit** | 5,979 |
| Selling, general and administrative expenses ("SG&A") | (2,472) |
| Depreciation and amortization | — |
| Other expenses | — |
| **Operating (loss) income** | 3,507 |
| Interest expense | (175) |
| Finance income | — |
| Reorganization costs | — |
| **(Loss) income before income tax and equity in earnings from equity-method investments** | 3,332 |
| Income tax benefit | — |
| Equity in earnings from equity-method investments | — |
| **Net (loss) income and comprehensive (loss) income** | 3,332 |

Note 1: The information set forth on this schedule for the SO5 Digital Debtors includes the consolidated presentation of (i) Saks OFF 5TH Holdings LLC, (ii) Saks OFF 5TH Midco Partner Inc., (iii) Saks OFF 5TH LLC and (iv) Luxury Outlets USA, LLC.

Note 2: Balances are preliminary and reflect unaudited financials prepared by Company management.

Note 3: The company has presented amount in the schedule in thousands. Thus, certain amounts may not foot, crossfoot, or recalculate due to rounding.

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR 5 - Professional Fees and Expenses**
**($ in 000's)**

| | Application | Category | Order | February 2026 |
|---|---|---|---|---|
| **SO5 Digital Debtors** | | | | |
| Accordion Partners LLC | 718 | Retained Professional | 1112 | $ - |
| Bradley Arant Boult Cummings LLP | 633 | Retained Professional | 1050 | - |
| **Total Retained Professionals** | | | | - |
| | | | | |
| Anybill Financial Services Incorporated | | Ordinary Course Professional (Tier 1) | 940 | - |
| Gibbs & Bruns LLP | | Ordinary Course Professional (Tier 1) | 940 | - |
| Gordon Rees Scully Mansukhani LLP | | Ordinary Course Professional (Tier 1) | 940 | - |
| Jackson Lewis P.C. | | Ordinary Course Professional (Tier 1) | 940 | - |
| KPMG LLP | | Ordinary Course Professional (Tier 1) | 940 | - |
| Loeb & Loeb LLP | | Ordinary Course Professional (Tier 1) | 940 | - |
| Seyfarth Shaw LLP | | Ordinary Course Professional (Tier 1) | 940 | - |
| Vorys, Sater, Seymour and Pease, LLP | | Ordinary Course Professional (Tier 1) | 940 | - |
| **Total Ordinary Course Professionals** | | | | - |
| **Total Digital Debtors Professional Fees and Expenses** | | | | $ - |

Case 26-90103   Document 1520   Filed in TXSB on 03/30/26   Page 20 of 22

**Saks OFF 5TH Holdings LLC (26-90103)**
**MOR 7 - Payments Made On Prepetition Debt**
**$ in Dollars**

| Payee | Category | Date of Payment | Amount |
|---|---|---|---|
| Anytime Financial Services, Inc. | Sales Tax | 2/3/2026 | 5,334 |
| Anytime Financial Services, Inc. | Sales Tax | 2/12/2026 | 11,122 |
| Anytime Financial Services, Inc. | Sales Tax | 2/13/2026 | 182 |
| Anytime Financial Services, Inc. | Sales Tax | 2/18/2026 | 461,039 |
| Anytime Financial Services, Inc. | Sales Tax | 2/19/2026 | 10,267 |
| Anytime Financial Services, Inc. | Sales Tax | 2/24/2026 | 23,611 |
| Callodine | Term Loan | 2/3/2026 | 180,344 |
| Callodine | Term Loan | 2/9/2026 | 2,565,129 |
| Callodine | Term Loan | 2/17/2026 | 6,092,760 |
| Callodine | Term Loan | 2/23/2026 | 4,352,719 |
| Callodine | Term Loan | 2/23/2026 | 1,482,933 |
| Anthology Productions | Freelancer Prepetition Claim | 2/23/2026 | 8,036 |
| Crown Pictures Inc. | Freelancer Prepetition Claim | 2/26/2026 | 1,300 |
| **Total** | | | **15,194,777** |

**Saks OFF 5TH Holdings LLC (26-90103)**
**MOR 7 - Payments Made To Or On Behalf Of Insiders**
**$ in Dollars**

| Payee | Category | Date of Payment | Amount |
|---|---|---|---|
| Saks Global | Intercompany - OSA | 2/13/2026 | 700,000 |
| Saks Global | Intercompany - OSA | 2/24/2026 | 1,740,000 |
| Saks Global | Intercompany - OSA | 2/24/2026 | 488,000 |
| Saks Global | Intercompany - OSA | 2/27/2026 | 488,000 |
| **Total Payments Made To Or On Behalf Of Insiders** | | | **3,416,000** |