United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 31, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**ORDER DECLARING CERTAIN BUILDINGS AND PROPERTIES ARE NOT
PROPERTY OF THE GLOBAL DEBTORS' ESTATES**

Upon consideration of that certain *Certification of Counsel Regarding Proposed Order Declaring Certain Buildings and Properties Are Not Property of the Global Debtors' Estates* (the "Certification of Counsel")[2] filed by the Global Debtors; and upon consideration of the record of these chapter 11 cases; and it appearing that this Court has jurisdiction to enter this Order pursuant to 28 U.S.C. § 1334 and the *Order of Reference to Bankruptcy Judges* from the United States District Court for the Southern District of Texas, entered May 24, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b); and it appearing that venue of these chapter 11 cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the relief provided for herein has been given under the circumstances, and that no other or further notice thereof need be given; and based on the representations of the Global

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Certification of Counsel.

Debtors in the Certification of Counsel; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Global Debtors hold no legal, equitable, or beneficial interest in that certain building and property located at 750 White Plains Road, Scarsdale, New York and more fully described in Exhibit A (the "Eastchester Property").

2.      The Eastchester Property and all rights, claims, and interests thereunder or related thereto, are not property of the Debtors' estates within the meaning of 11 U.S.C. § 541.

3.      The automatic stay under 11 U.S.C. § 362(a) does not apply to the Eastchester Property.

4.      No approval under 11 U.S.C. § 363 or § 365 is required with respect to the disposition of the Eastchester Property.

5.      The owner of the Eastchester Property is authorized to exercise all rights and remedies with respect to the Eastchester Property without further order of this Court, and may proceed in accordance with applicable non-bankruptcy law.

6.      Nothing in this Order affects any direct or indirect equity, membership, or other ownership interests held by any Global Debtor in the entity that owns the Eastchester Property, including interests in any intermediary entities through which such ownership is held.  Such interests remain property of the applicable Global Debtors' estates, subject to any liens, claims, or encumbrances created or granted under the *Final Order (I) Authorizing the Global Debtors to Obtain Postpetition Financing, (II), Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection*

*to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 917].

7.      The Court retains jurisdiction to interpret and enforce this Order.

Signed: March 31, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

3

## Exhibit A

### Legal Description of Land for Eastchester Property

ALL that certain plot, piece or parcel of land, situate, lying and being in the Town of Eastchester, Westchester County, New York, bounded and described as follows:

BEGINNING at a point on the southeasterly side of White Plains Road, as widened, where the same is intersected by the most southwesterly end of the curve connecting the southwesterly side of Wilmot Road, as widened, with the southeasterly side of White Plains Road, as widened;

RUNNING THENCE northeasterly along said curve bearing to the right, having a radius of 40 feet, a distance of 51.04 feet to the southwesterly side of Wilmot Road;

RUNNING THENCE along the southwesterly side of Wilmot Road,

South 68 degrees 40 minutes 40 seconds West 489.11 feet to land now or formerly of Vernon Hills Estates;

THENCE RUNNING along the northwesterly line of said last mentioned land,

South 29 degrees 49 minutes 17 seconds West a distance of 377.12 feet to the northeasterly line of land now or formerly of Vernon Hills Golf Club;

RUNNING THENCE thru said land now or formerly of Vernon Hills Golf Club, the following two (2) courses and distances:

1. South 46 degrees 32 minutes 26 seconds West 125.02 feet to an angle point;

2. South 42 degrees 00 minutes 20 seconds West 498.58 feet to an angle point;

RUNNING THENCE partially thru said lands and partially along lands now or formerly of Lord and Taylor, North 39 degrees 44 minutes 40 seconds West 614.45 feet to the southeasterly side of White Plains Road, as widened;

RUNNING THENCE along the southeasterly side of White Plains Road, as widened, the following courses and distances:

1. North 50 degrees 15 minutes 20 seconds East 364.99 feet to a point of curvature;

2. Northeasterly on a curve to the left having a radius of 1110.23 feet and a central angle of 12 degrees 02 minutes 40 seconds, a distance of 233.39 feet to the end of said curve;

3. North 38 degrees 12 minutes 40 seconds East 97.06 feet to the point or place of BEGINNING.

EXCEPTING there from premises appropriated by the People of the State of New York by Notice of Appropriation, dated December 30, 2010 and recorded January 19, 2011 as Control No. 503553227, and shown on Acquisition Map 28455.

And

EXCEPTING therefrom premises appropriated by the People of the State of New York by Notice of Appropriation, dated January 9, 2012 and recorded January 27, 2012 as Control No. 520033355, and as shown on Acquisition Map 28541