**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |
|  | **Related to Docket No. 1142** |

**AGENDA OF MATTERS SET FOR HEARING
ON APRIL 2, 2026, AT 9:00 A.M. (CENTRAL TIME)**

The Global Debtors hereby file their *Agenda of Matters Set for Hearing on April 2, 2026, at 9:00 a.m. (Central Time)* for the hybrid hearing before United States Bankruptcy Judge Pérez.

**I.    Matters Going Forward**

    **A.    Emergency Motion for Relief from the Automatic Stay to Permit Continuation of Litigation and Pursue Insurance Proceeds [Docket No. 1142].**

    **Status:** This matter is going forward.

    **Responses and Objections:**

    1.    Global Debtors' Objection to Emergency Motion of Nacy Getz for Relief from the Automatic Stay to Permit the Continuation of Litigation and Pursue Insurance Proceeds [Docket No. 1488].

    **Related Documents:**

    1.    Notice of Hearing [Docket No. 1161].

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings, LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

2.    Declaration in Support of Global Debtors' Objection to Emergency Motion of Nacy Getz for Relief from the Automatic Stay to Permit the Continuation of Litigation and Pursue Insurance Proceeds [Docket No. 1489].

3.    Global Debtors' Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology [Docket No. 1490].

4.    Nancy Getz's Witness and Exhibit List for Hearing on April 2, 2026 [Docket No. 1498].

5.    Global Debtors' Witness and Exhibit List for Hearing on April 2, 2026 at 9:00 a.m. [Docket No. 1528].

6.    Certificate of Service for Global Debtors' Objection to Emergency Motion of Nacy Getz for Relief from the Automatic Stay to Permit the Continuation of Litigation and Pursue Insurance Proceeds [Docket No. 1530].

7.    Safety National Casualty Corporation's Joinder to Global Debtors' Objection to Emergency Motion of Nacy Getz for Relief from the Automatic Stay to Permit the Continuation of Litigation and Pursue Insurance Proceeds [Docket No. 1538].

*[Remainder of page intentionally left blank]*

Dated:  April 1, 2026
Houston, Texas

*/s/ Kelli S. Norfleet*
**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone:  (713) 547 2000
Facsimile:  (713) 547 2600
Email:        kelli.norfleet@haynesboone.com
                  kenric.kattner@haynesboone.com
                  arsalan.muhammad@haynesboone.com
                  kourtney.lyda@haynesboone.com
                  david.trausch@haynesboone.com

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Email:        dsinclair@willkie.com
                  rspigel@willkie.com
                  absmith@willkie.com
                  bfeldman@willkie.com
                  jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone:  (713) 510-1766
Facsimile:  (713) 510-1799
Email:        jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone:  (312) 728-9123
Facsimile:  (312) 728-9199
Email:        rbennett@willkie.com

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

*Co-Counsel to the Global Debtors and Global*
*Debtors in Possession*

3

**<u>Certificate of Service</u>**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kelli S. Norfleet*
Kelli S. Norfleet