**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES TO MONTHLY OPERATING REPORT
FOR SAKS GLOBAL ENTERPRISES AND ITS GLOBAL DEBTOR AFFILIATES**

On January 13, 2026 (the "Petition Date") and January 14, 2026, Saks Global Enterprises LLC and its affiliates (collectively, the "Global Debtors")[2] filed voluntary petitions (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

The following notes and statements of limitations and disclaimers should be referred to, and referenced, in connection with any review of the Global Debtors' consolidated Monthly Operating Report (the "MOR").

**Introduction**.  The MOR is limited in scope, covers only the period referenced therein, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Chapter 11 Cases. The results of operations and financial positions contained herein are not necessarily indicative of results that may be expected for any period other than the applicable reporting period, or for the full year, and may not necessarily reflect the Global Debtors' future consolidated results of operations and financial position.

The MOR is unaudited and does not purport to represent a financial statement prepared in accordance with accounting principles generally accepted in the United States ("GAAP") and is not intended to fully reconcile to the consolidated financial statements prepared by the Global Debtors.  Information contained in the MOR has been derived from the Global Debtors' books and records but does not reflect in all circumstances presentation for GAAP or other reporting purposes.  To comply with their obligations during these Chapter 11 Cases, the Global Debtors have prepared the MOR using the best information presently available to them.  The information presented in the MOR is true and accurate to the best of the Global Debtors' knowledge, information, and belief, based on currently available data. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures, the Global Debtors believe the financial information could be subject to material change.

Given the complexity of the Global Debtors' businesses, inadvertent errors or omissions may occur. Accordingly, the Global Debtors hereby reserve all of their rights to dispute the nature, validity, status,

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]     For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in the MOR.  Notwithstanding any such discovery, new information or errors or omissions, the Global Debtors do not undertake any obligation or commitment to update this MOR.  This MOR only contains financial information of the Global Debtors, unless otherwise noted.

1. **Currency.**  Unless otherwise indicated, all amounts listed in the MOR are reflected in U.S. dollars.

2. **Consolidated Entity Accounts Payable and Disbursement Systems.**  Cash is received and disbursed by the Global Debtors in a manner consistent with the Global Debtors' historical cash management practices as described in the *Global Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 13].

   For purposes of MOR reporting, the accompanying Balance Sheets and Statement of Operations of the Global Debtors have been prepared on a consolidated basis, consistent with historical reporting practices.  Due to the complexity of the Debtors' accounting systems, preparation of financial statements on a "by Debtor" basis would be administratively burdensome for the Global Debtors.  In addition, due to the Global Debtors' consolidated cash management system, certain cash payments may be paid out of a legal entity that is different than the legal entity at which the expenses were incurred.  Disbursements attributed to each entity represent the entity owning the bank account from which payments were made.

3. **Reporting Period.**  Unless otherwise noted herein, the MOR generally reflects the Global Debtors' books and records and financial activity occurring during the applicable reporting period.   Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4. **Part 1: Cash Receipts and Disbursements; Cash Balance.**  Based on guidance received from the Office of the United States Trustee for the Southern District of Texas in connection with the completion of UST Form 11-MOR, Part 1, Cash Receipts and Disbursements, reported cash receipts and disbursements should exclude intercompany and debtor-to-debtor transactions. As a result, for those debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 may not match the ending cash balances per the Global Debtors' books and records.

   The cash balances reported at the entity level in Part 1 of the MOR reflect book cash balances.  In addition, for certain Global Debtor entities, the beginning cash number may be reported differently than in previous periods to account for transactions between Global Debtor bank accounts.  Any additional variances to beginning cash are immaterial due to cash in-transit between Global Debtor bank accounts.

5. **Part 2: Asset and Liability Status.**  As a result of the chapter 11 filings, payments of prepetition liabilities are subject to compromise or other treatment under a plan of reorganization or other plan. The determination of how the prepetition liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization or other plan.  For purposes of the MOR, the Global Debtors' estimate of prepetition debt, other than secured funded debt, is reflected as unsecured debt and does not distinguish between priority unsecured and general unsecured priority status.  Such classification included in the MOR does not constitute an admission by the Global Debtors of the priority of their non-funded debt obligations.

6.  **Part 4:  Income Statement.**  Due to the complexities of the Debtors' accounting systems, the Global Debtors are reporting the Statement of Operations for the full fiscal period for January rather than a stub period beginning on the Petition Date.  The fiscal year ends on January 31, 2026 and, as such, the January results include year-end accounting adjustments (including, but not limited to, accruals, true-ups, and other closing entries). Accordingly, the results presented may not be indicative of post-petition operating performance.

7.  **Part 7: Questionnaire.**

    *Part 7(a).*  Pursuant to certain orders of the Bankruptcy Court entered in the Chapter 11 Cases, the Global Debtors are authorized (but not directed) to pay, among other things, certain prepetition claims of their employees, taxing authorities, vendors, customers, and certain other prepetition creditors (collectively, the "First Day Orders").  Where applicable, details of these payments have been delivered to the required notice parties pursuant to the reporting requirements contemplated by the applicable final First Day Orders.

    *Part 7(c).*  Payments to current employees that are insiders include ordinary course salaries, benefits, and expense reimbursements.  Certain insiders not currently employed by the Global Debtors were paid consulting fees during the applicable period.

    *Part 7(g).*  All post-petition borrowings since the inception of the Chapter 11 Cases, other than trade credit, are borrowings made under the Global Debtors' post-petition financing facilities.

8.  **Supporting Documentation.**

    *Intercompany Accounting.*  Intercompany accounts are maintained at the individual entity level and are consolidated monthly, where such balances are eliminated and net to zero. On a stand-alone basis, prior to consolidation and elimination, intercompany receivables and payables are reflected between affiliated entities. These stand-alone balances represent the cumulative effect of historical contributions, distributions, and intercompany loan activity. As a result, such balances may appear significant but do not reflect current or independent third-party obligations and, for accounting purposes, are eliminated in consolidation and not treated as true debt among the Global Debtors.  Accordingly, intercompany balances are not presented in the Global Debtors' consolidated financial statements included in these Monthly Operating Reports, as they are eliminated and net to zero.

    *Balance Sheet.*  Liabilities Subject to Compromise ("LSTC") represent the Global Debtors' estimate of prepetition liabilities including, but not limited to, disputed prepetition claims and executory contracts and unexpired leases that may be either assumed, assumed and assigned, or rejected in these Chapter 11 Cases. The payment of prepetition liabilities is subject to compromise or other treatment under a chapter 11 plan.  The determination of how such liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan.  Therefore, the ultimate amount of such liabilities is not determinable at this time.  LSTC estimates are preliminary and may be subject to, among other things, future adjustments depending on Bankruptcy Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, or other events.  The total of secured, priority, and general unsecured claims reported in the Global Debtors' Schedules of Assets and Liabilities ("SOALs") may vary materially compared to the LSTC. The Global Debtors generally report prepetition liabilities as LSTC, including certain contingent, unliquidated, and/or disputed claims which were listed with undetermined claim balances in the SOALs.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN   DISTRICT OF   TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| In Re. The Restaurant at Saks Fifth Avenue Corporation | § § § § | Case No.  26-90034 |
| Debtor(s) | | Lead Case No.   26-90103 |

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2026          Petition Date: 01/13/2026

Months Pending: 2          Industry Classification: | 4 | 4 | 8 | 1 |

Reporting Method:          Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):          14,139

Debtor's Full-Time Employees (as of date of order for relief):          14,610

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☒    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Kelli S. Norfleet

Signature of Responsible Party

03/31/2026

Date

Kelli S. Norfleet

Printed Name of Responsible Party

1221 McKinney Street Suite 4000
Houston, Texas 77010

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation          Case No.  26-90034

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)          2

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation                    Case No.  26-90034

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation          Case No.  26-90034

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation          Case No.  26-90034

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation                    Case No.  26-90034

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                     6

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation                    Case No.  26-90034

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation          Case No.  26-90034

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ◉   No ○

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?   Yes ◉   No ○

d.   Are you current on postpetition tax return filings?   Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ◉   No ○

h.   Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i.   Do you have:          Worker's compensation insurance?   Yes ◉   No ○

            If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

          Casualty/property insurance?   Yes ◉   No ○

            If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

          General liability insurance?   Yes ◉   No ○

            If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?   Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation          Case No.  26-90034

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ○  No ◉

m. If yes, have you made all Domestic Support Obligation payments?    Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mark Weinsten
_____
Signature of Responsible Party

Chief Restructuring Officer
_____
Title

Mark Weinsten
_____
Printed Name of Responsible Party

03/31/2026
_____
Date

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation          Case No.  26-90034



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation                    Case No.  26-90034

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  The Restaurant at Saks Fifth Avenue Corporation          Case No.  26-90034



PageThree



PageFour

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR 2 - Asset and Liability Status**
**Supporting Documentation: Balance Sheet**
**($ in 000's)**

| (in thousands of dollars) (3) | Saks Global (1) | Mercury Aggregator Holdco LLC | Mercury Aggregator LP | HBC GP IV LLC | HBC IV LP | HBC GP LLC | HBC I LP | Saks Global Investor L.P. | HBSFA Holdings Ltd. |
|---|---|---|---|---|---|---|---|---|---|
| | | | Global Debtors - As of February 28, 2026 (2) | | | | | | |
| **Assets** | | | | | | | | | |
| Cash | $ 474,431 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trade and other receivables, net | 142,172 | - | - | - | - | - | - | - | - |
| Inventories | 1,439,990 | - | - | - | - | - | - | - | - |
| Due from affiliates | 219,049 | - | - | - | - | - | - | - | - |
| Other current assets | 279,069 | - | - | - | - | - | - | - | - |
| Total current assets | 2,554,711 | - | - | - | - | - | - | - | - |
| | | | | | | | | | |
| Property, plant and equipment, net | 2,119,378 | - | - | - | - | - | - | - | - |
| Operating and finance right of use assets, net | 2,281,738 | - | - | - | - | - | - | - | - |
| Goodwill and other intangible assets | 86,676 | - | - | - | - | - | - | - | - |
| Deferred tax assets | 630,778 | - | - | - | - | - | - | - | - |
| Equity-method investments | 61,604 | - | - | - | - | - | - | - | - |
| Other assets | 95,227 | - | 275,000 | - | 1,187,715 | - | 1,060,885 | 2,011,588 | 1,428,279 |
| **Total assets** | **$ 7,830,112** | **$ -** | **$ 275,000** | **$ -** | **$ 1,187,715** | **$ -** | **$ 1,060,885** | **$ 2,011,588** | **$ 1,428,279** |
| | | | | | | | | | |
| **Liabilities and unitholders' deficiency** | | | | | | | | | |
| Trade payables | $ 270,458 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other payables and accrued liabilities | 492,233 | - | - | - | - | - | - | - | - |
| Debtor-In-Possession Financing | 1,449,830 | - | - | - | - | - | - | - | - |
| Due to affiliates | 8,149 | - | - | - | - | - | - | - | - |
| Current portion of other liabilities | 60,540 | - | - | - | - | - | - | - | - |
| Total current liabilities | 2,281,210 | - | - | - | - | - | - | - | - |
| | | | | | | | | | |
| Loans and borrowings | 331,925 | - | - | - | - | - | - | - | - |
| Pensions and employee benefits | 65,804 | - | - | - | - | - | - | - | - |
| Other liabilities | 22,206 | - | - | - | - | - | - | - | - |
| Total post-petition liabilities | 2,701,145 | - | - | - | - | - | - | - | - |
| | | | | | | | | | |
| Liabilities subject to compromise | 11,164,987 | - | 312,444 | - | - | - | 437 | - | 3,360 |
| Total liabilities | 13,866,132 | - | 312,444 | - | - | - | 437 | - | 3,360 |
| | | | | | | | | | |
| Unitholders' equity (deficiency) | (6,112,297) | - | (37,444) | - | 1,187,715 | - | 1,060,448 | 2,011,588 | 1,424,919 |
| Non-controlling interests | 76,277 | - | - | - | - | - | - | - | - |
| Total equity (deficiency) | (6,036,020) | - | (37,444) | - | 1,187,715 | - | 1,060,448 | 2,011,588 | 1,424,919 |
| | | | | | | | | | |
| **Total liabilities and equity (deficiency)** | **$ 7,830,112** | **$ -** | **$ 275,000** | **$ -** | **$ 1,187,715** | **$ -** | **$ 1,060,885** | **$ 2,011,588** | **$ 1,428,279** |

**Notes**

Note 1: The information set forth on this schedule for Saks Global includes the consolidated presentation of (i) Saks Global Holdings LLC and (ii) any subsidiaries of Saks Global Holdings LLC which are Global Debtors. Information with respect to non-debtor subsidiaries and the SO5 Digital Debtors is excluded from this presentation. Information related to Global Debtors Mercury Aggregator Holdco LLC, Mercury Aggregator LP, HBC GP IV LLC, HBC IV LP, HBC GP LLC, HBC I LP, Saks Global Investor L.P. and HBSFA Holdings LTD is presented separately.
Note 2: Balances are preliminary and reflect unaudited financials prepared by Company management.
Note 3: The company has presented amounts in thousands. Thus, certain amounts may not foot, crossfoot, or recalculate due to rounding.

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR 4 - Income Statement (Statement of Operations)**
**Supporting Documentation: Statement of Operations**
**($ in 000's)**

| (in thousands of dollars) (3) | Saks Global (1) | Mercury Aggregator Holdco LLC | Mercury Aggregator LP | HBC GP IV LLC | HBC IV LP | HBC GP LLC | HBC I LP | Saks Global Investor L.P. | HBSFA Holdings Ltd. |
|---|---|---|---|---|---|---|---|---|---|
| | | Global Debtors - Fiscal month ended February 28, 2026 (2) | | | | | | | |
| Retail sales | $ 335,849 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Credit revenue and other | 7,768 | - | - | - | - | - | - | - | - |
| Total revenue | 343,617 | - | - | - | - | - | - | - | - |
| Cost of goods sold | (210,765) | - | - | - | - | - | - | - | - |
| Gross profit | 132,852 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses ("SG&A") | (184,151) | - | - | - | - | - | - | - | - |
| Depreciation and amortization | (24,941) | - | - | - | - | - | - | - | - |
| Other income (expenses) | (745) | - | - | - | - | - | - | - | - |
| Affiliate fee income (expense) | - | - | - | - | - | - | - | - | - |
| (Loss) gain on disposition of assets, net | - | - | - | - | - | - | - | - | - |
| Impairment loss | - | - | - | - | - | - | - | - | - |
| Operating (loss) income | (76,985) | - | - | - | - | - | - | - | - |
| Interest expense | (23,363) | - | - | - | - | - | - | - | - |
| Reorganization costs (4) | (263,707) | - | - | - | - | - | - | - | - |
| (Loss) income before income tax and equity in earnings from equity-method investments | (364,055) | - | - | - | - | - | - | - | - |
| Income tax benefit (5) | (18) | - | - | - | - | - | - | - | - |
| Equity in earnings from equity-method investments | 1,746 | - | - | - | - | - | - | - | - |
| Net (loss) income and comprehensive (loss) income | $ (362,327) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Notes**

Note 1: The information set forth on this schedule for Saks Global includes the consolidated presentation of (i) Saks Global Holdings LLC and (ii) any subsidiaries of Saks Global Holdings LLC which are Global Debtors. Information with respect to non-debtor subsidiaries and the SO5 Digital Debtors is excluded from this presentation. Information related to Global Debtors Mercury Aggregator Holdco LLC, Mercury Aggregator LP, HBC GP IV LLC, HBC IV LP, HBC GP LLC, HBC I LP, Saks Global Investor L.P. and HBSFA Holdings LTD is presented separately.

Note 2: Balances are preliminary and reflect unaudited financials prepared by Company management.

Note 3: The company has presented amounts in thousands. Thus, certain amounts may not foot, crossfoot, or recalculate due to rounding.

Note 4: Reorganization costs primarily includes (i) non-cash payment-in-kind fees and interest expense related to the Global Debtors DIP financing and (ii) professional fee accruals.

Note 5: Reflects miscellaneous adjustments. Quarterly, the Debtors estimate its annual effective tax rate and records taxes based on that rate.

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR - Bank Account Reconciliation**
**As of February 28, 2026**
**($ in 000's)**

| Bank Name | Account Number (Last 4) | Account Type | | Ending Book Balance |
|---|---|---|---|---|
| Amegy Bank | 4745 | Neiman Master Store Deposit Account | | - |
| Amegy Bank | 1519 | Neiman Store Sub-Account | | - |
| Amegy Bank | 2180 | Neiman Store Sub-Account | | - |
| Amegy Bank | 7084 | SGUS Account | (1) | - |
| Bank of America | 9208 | Neiman Business Account | | - |
| Bank of America | 3247 | Sales Taxes Account | | - |
| Bank of America | 3415 | Refund Account | | 86 |
| Bank of America | 3431 | Merchandise Payable Account | | - |
| Bank of America | 3458 | Payroll Account | | - |
| Bank of America | 8009 | Postage Account | | 60 |
| Bank of America | 9445 | Accounts Payable Account | | 2,296 |
| Bank of America | 2079 | Neiman Master Store Deposit Account | | - |
| Bank of America | 9036 | Neiman Store Sub-Account | | - |
| Bank of America | 1189 | Liquor Account | | - |
| Bank of America | 3420 | International Payment Account | | 33 |
| Bank of America | 3433 | Neiman Master Disbursement Account | | - |
| Bank of America | 3271 | ACH Benefits Account | | - |
| Bank of America | 9155 | Legacy ABL Master Funding Account | | 88 |
| Bank of America | 0904 | Saks Non-Active Account | | 62 |
| Bank of America | 3545 | Operating Account | (1) | - |
| Bank of America | 6253 | DIP Account (ABL) | (2) | 78,119 |
| Bank of America | 6334 | DIP Account (AHG) | (2) | 51,378 |
| Bank of America | 6651 | Professional Fees Escrow | (2) | 297,477 |
| Bank of America | 6664 | Utilities Adequate Assurance | (2) | 3,074 |
| Bank of America | 0840 | Neiman Store Sub-Account | | - |
| Bank of America | 2768 | Neiman Store Sub-Account | | - |
| Bank of America | 2080 | Neiman Store Sub-Account | | - |
| Bank of America | 2081 | Neiman Store Sub-Account | | - |
| Bank of America | 2082 | Neiman Store Sub-Account | | - |
| Bank of America | 2083 | Neiman Store Sub-Account | | - |
| Bank of America | 2084 | Neiman Store Sub-Account | | - |
| Bank of America | 0837 | Neiman Store Sub-Account | | - |
| Bank of America | 6545 | Neiman Store Sub-Account | | - |
| Bank of America | 2395 | Neiman Store Sub-Account | | - |
| Bank of America | 2405 | Neiman Store Sub-Account | | - |
| Bank of America | 8186 | Mercury Aggregator Account | | - |
| Bank of America | 9727 | Miscellaneous Account | (3) | - |
| Bank of America | 9730 | Miscellaneous Account | (3) | - |
| Citizens Bank | 8740 | Neiman Master Store Deposit Account | | 3 |
| Citizens Bank | 8562 | Neiman Store Sub-Account | | - |
| Citizens Bank | 0010 | Miscellaneous Account | (3) | - |
| First Hawaiian | 1156 | Neiman Master Store Deposit Account | | - |
| JPMorgan Chase | 3309 | Neiman Master Operating Account | | - |
| JPMorgan Chase | 8734 | Neiman Master Store Deposit Account | | 9 |
| JPMorgan Chase | 8783 | Neiman Store Sub-Account | | 8 |
| JPMorgan Chase | 8775 | Neiman Store Sub-Account | | - |

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR - Bank Account Reconciliation**
**As of February 28, 2026**
**($ in 000's)**

| Bank Name | Account Number (Last 4) | Account Type | | Ending Book Balance |
|---|---|---|---|---|
| JPMorgan Chase | 5298 | Neiman Store Sub-Account | | 9 |
| JPMorgan Chase | 1353 | Neiman Store Sub-Account | | - |
| JPMorgan Chase | 8767 | Neiman Store Sub-Account | | 8 |
| JPMorgan Chase | 4925 | Neiman Store Sub-Account | | 101 |
| JPMorgan Chase | 8551 | Neiman Store Sub-Account | | 10 |
| JPMorgan Chase | 8128 | Neiman Store Sub-Account | | - |
| JPMorgan Chase | 7514 | Neiman Store Sub-Account | | - |
| JPMorgan Chase | 7185 | Neiman Foreign Operating Account | | 782 |
| JPMorgan Chase | 6019 | Neiman Gift Card Operating Account | | - |
| Morgan Stanley | 3088 | Sompo Collateral Account | | 3,366 |
| Regions | 6631 | Neiman Store Sub-Account | | - |
| Regions | 6615 | Neiman Store Sub-Account | | - |
| Regions Bank | 2868 | Neiman Master Store Deposit Account | | 87 |
| Sun Trust Bank | 8556 | Neiman Master Store Deposit Account | | - |
| US Bank | 4725 | Neiman Master Store Deposit Account | | 236 |
| US Bank | 5431 | SGUS Master Account | (2) | - |
| US Bank | 0192 | Neiman Store Sub-Account | | - |
| US Bank | 0200 | Neiman Store Sub-Account | | - |
| US Bank | 1742 | Neiman Store Sub-Account | | - |
| US Bank | 0218 | Neiman Store Sub-Account | | - |
| Wells Fargo | 0316 | Neiman Master Store Deposit Account | | 120 |
| Wells Fargo | 7773 | Wire Disbursement Account | | 199 |
| Wells Fargo | 4224 | Saks Master Deposit Account | | 4,192 |
| Wells Fargo | 8793 | Saks Master Store Deposit Account | | - |
| Wells Fargo | 3817 | Saks Corporate Deposit Account | | - |
| Wells Fargo | 3825 | Saks Miscellaneous Disbursement Account | | - |
| Wells Fargo | 2319 | Saks Master Operating Account | | 408 |
| Wells Fargo | 2707 | SaksWorks Account | | - |
| Wells Fargo | 2711 | Saks Sub-Disbursement Accounts | | - |
| Wells Fargo | 2726 | Saks Non-Active Account | | - |
| Wells Fargo | 1157 | Saks Accounts Payable Checks Account | | - |
| Wells Fargo | 1661 | Saks Payroll Account | | - |
| Wells Fargo | 5657 | Saks Corporate Deposit Account | | - |
| Wells Fargo | 6060 | Saks Foreign Disbursement Account | | 1,096 |
| Wells Fargo | 6061 | Saks Foreign Disbursement Account | | 138 |
| Wells Fargo | 1185 | Saks Global Merchandise Account | | - |
| Wells Fargo | 3436 | Saks.com Corporate Deposit Account | | - |
| Wells Fargo | 3402 | Saks.com Corporate Deposit Account | | 180 |
| Wells Fargo | 9071 | Saks Global Expense Account | | - |
| Wells Fargo | 6292 | Saks Global Expense Account | | 67 |
| Wells Fargo | 3386 | Saks Master Operating Account | | 25,758 |
| Wells Fargo | 3444 | Saks Global Merchandise Account | | - |
| Wells Fargo | 0763 | Saks Miscellaneous Account | | - |
| Wells Fargo | 3451 | Saks Global Payroll Account | | - |
| Wells Fargo | 3469 | Saks Global Taxes Account | | - |
| Wells Fargo | 4147 | Neiman Store Sub-Account | | - |
| Wells Fargo | 4154 | Neiman Store Sub-Account | | - |
| Wells Fargo | 4188 | Neiman Store Sub-Account | | - |
| Wells Fargo | 0627 | Neiman Store Sub-Account | | - |
| Wells Fargo | 5726 | Neiman Store Sub-Account | | - |

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR - Bank Account Reconciliation**
**As of February 28, 2026**
**($ in 000's)**

| Bank Name | Account Number (Last 4) | Account Type | Ending Book Balance |
|---|---|---|---|
| Wells Fargo | 5700 | Neiman Store Sub-Account | - |
| Wells Fargo | 4204 | Neiman Store Sub-Account | - |
| Wells Fargo | 6271 | Neiman Store Sub-Account | - |
| Wells Fargo | 6289 | Neiman Store Sub-Account | - |
| Wells Fargo | 5600 | Neiman Store Sub-Account | - |
| Wells Fargo | 6722 | Saks Flagship Rent Account | - |
| Wells Fargo | 3520 | Saks Store Sub-Account | - |
| Wells Fargo | 4622 | Saks Store Sub-Account | - |
| Wells Fargo | 3103 | Saks Store Sub-Account | - |
| Wells Fargo | 4879 | Saks Store Sub-Account | - |
| Wells Fargo | 1797 | Saks Store Sub-Account | - |
| Wells Fargo | 6744 | Saks Store Sub-Account | - |
| Wells Fargo | 5727 | Saks Store Sub-Account | - |
| Wells Fargo | 5502 | Saks Store Sub-Account | - |
| Wells Fargo | 1228 | Saks Store Sub-Account | - |
| Wells Fargo | 3356 | Saks Store Sub-Account | - |
| Wells Fargo | 2574 | Saks Store Sub-Account | - |
| Wells Fargo | 6953 | Saks Store Sub-Account | - |
| Wells Fargo | 6601 | Saks Store Sub-Account | - |
| Wells Fargo | 4624 | Saks Store Sub-Account | - |
| Wells Fargo | 6701 | Saks Store Sub-Account | - |
| Wells Fargo | 2193 | Saks Store Sub-Account | - |
| Wells Fargo | 5735 | Saks Store Sub-Account | - |
| Wells Fargo | 5494 | Saks Store Sub-Account | - |
| Wells Fargo | 5467 | Saks Store Sub-Account | - |
| Wells Fargo | 6735 | Saks Store Sub-Account | - |
| Wells Fargo | 5475 | Saks Store Sub-Account | - |
| Wells Fargo | 5750 | Saks Store Sub-Account | - |
| Wells Fargo | 2121 | Saks Store Sub-Account | - |
| Wells Fargo | 8148 | Saks Store Sub-Account | - |
| Wells Fargo | 4183 | Saks Store Sub-Account | - |
| Wells Fargo | 2216 | Saks Store Sub-Account | - |
| Wells Fargo | 5491 | Saks Store Sub-Account | - |
| Wells Fargo | 6768 | Saks Store Sub-Account | - |
| Wells Fargo | 4209 | Saks Store Sub-Account | - |
| Wells Fargo | 5509 | Saks Store Sub-Account | - |
| Wells Fargo | 4640 | Saks Store Sub-Account | - |
| Wells Fargo | 4225 | Saks Store Sub-Account | - |
| Wells Fargo | 5517 | Saks Store Sub-Account | - |
| Wells Fargo | 7620 | Saks Store Sub-Account | - |
| Wells Fargo | 8674 | Saks Store Sub-Account | - |
| Wells Fargo | 6784 | Saks Store Sub-Account | - |
| Wells Fargo | 5525 | Saks Store Sub-Account | - |
| Wells Fargo | 8155 | Saks Store Sub-Account | - |
| Wells Fargo | 8163 | Saks Store Sub-Account | - |
| Wells Fargo | 6792 | Saks Store Sub-Account | - |
| Wells Fargo | 5426 | Saks Store Sub-Account | - |
| Wells Fargo | 4653 | Saks Store Sub-Account | - |
| Wells Fargo | 8690 | Saks Store Sub-Account | - |
| Wells Fargo | 5434 | Saks Store Sub-Account | - |

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR - Bank Account Reconciliation**
**As of February 28, 2026**
**($ in 000's)**

| Bank Name | Account Number (Last 4) | Account Type | Ending Book Balance |
|---|---|---|---|
| Wells Fargo | 4404 | Saks Store Sub-Account | - |
| Wells Fargo | 4781 | Saks Store Sub-Account | - |
| Wells Fargo | 5558 | Saks Store Sub-Account | - |
| Wells Fargo | 6928 | Saks Store Sub-Account | - |
| Wells Fargo | 4679 | Saks Store Sub-Account | - |
| Wells Fargo | 5566 | Saks Store Sub-Account | - |
| Wells Fargo | 4191 | Saks Store Sub-Account | - |
| Wells Fargo | 9786 | Saks Store Sub-Account | - |
| Wells Fargo | 8162 | Saks Store Sub-Account | - |
| Wells Fargo | 2384 | Saks Store Sub-Account | - |
| Wells Fargo | 6826 | Saks Store Sub-Account | - |
| Wells Fargo | 6842 | Saks Store Sub-Account | - |
| Wells Fargo | 4682 | Saks Store Sub-Account | - |
| Wells Fargo | 6859 | Saks Store Sub-Account | - |
| Wells Fargo | 4695 | Saks Store Sub-Account | - |
| Wells Fargo | 2407 | Saks Store Sub-Account | - |
| Wells Fargo | 6875 | Saks Store Sub-Account | - |
| Wells Fargo | 5764 | Saks Store Sub-Account | - |
| Wells Fargo | 2410 | Saks Store Sub-Account | - |
| Wells Fargo | 8708 | Saks Store Sub-Account | - |
| Wells Fargo | 5772 | Saks Store Sub-Account | - |
| Wells Fargo | 5780 | Saks Store Sub-Account | - |
| Wells Fargo | 2436 | Saks Store Sub-Account | - |
| Wells Fargo | 5806 | Saks Store Sub-Account | - |
| Wells Fargo | 7578 | Saks Store Sub-Account | - |
| Wells Fargo | 5814 | Saks Store Sub-Account | - |
| Wells Fargo | 5822 | Saks Store Sub-Account | - |
| Wells Fargo | 2276 | Saks Store Sub-Account | - |
| Wells Fargo | 5830 | Saks Store Sub-Account | - |
| Wells Fargo | 5574 | Saks Store Sub-Account | - |
| Wells Fargo | 5420 | Saks Store Sub-Account | - |
| Wells Fargo | 6715 | Saks Store Sub-Account | - |
| Wells Fargo | 0337 | Saks Store Sub-Account | - |
| Wells Fargo | 5590 | Saks Store Sub-Account | - |
| Wells Fargo | 6883 | Saks Store Sub-Account | - |
| Wells Fargo | 5528 | Saks Store Sub-Account | - |
| Wells Fargo | 6891 | Saks Store Sub-Account | - |
| Wells Fargo | 6909 | Saks Store Sub-Account | - |
| Wells Fargo | 8197 | Saks Store Sub-Account | - |
| Wells Fargo | 3292 | Saks Store Sub-Account | - |
| Wells Fargo | 5624 | Saks Store Sub-Account | - |
| Wells Fargo | 2259 | Saks Store Sub-Account | - |
| Wells Fargo | 9815 | Saks Store Sub-Account | - |
| Wells Fargo | 1937 | Saks Store Sub-Account | - |
| Wells Fargo | 8205 | Saks Store Sub-Account | - |
| Wells Fargo | 5510 | Saks Store Sub-Account | - |
| Wells Fargo | 4718 | Saks Store Sub-Account | - |
| Wells Fargo | 4022 | Saks Store Sub-Account | - |
| Wells Fargo | 4721 | Saks Store Sub-Account | - |
| Wells Fargo | 4030 | Saks Store Sub-Account | - |

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR - Bank Account Reconciliation**
**As of February 28, 2026**
**($ in 000's)**

| Bank Name | Account Number (Last 4) | Account Type | Ending Book Balance |
|---|---|---|---|
| Wells Fargo | 6941 | Saks Store Sub-Account | - |
| Wells Fargo | 4734 | Saks Store Sub-Account | - |
| Wells Fargo | 8221 | Saks Store Sub-Account | - |
| Wells Fargo | 492 | Saks Store Sub-Account | - |
| Wells Fargo | 5632 | Saks Store Sub-Account | - |
| Wells Fargo | 5640 | Saks Store Sub-Account | - |
| Wells Fargo | 6741 | Saks Store Sub-Account | - |
| Wells Fargo | 5736 | Saks Store Sub-Account | - |
| Wells Fargo | 5321 | Saks Store Sub-Account | - |
| Wells Fargo | 5744 | Saks Store Sub-Account | - |
| Wells Fargo | 4966 | Saks Store Sub-Account | - |
| Wells Fargo | 2952 | Saks Store Sub-Account | - |
| Wells Fargo | 2960 | Saks Store Sub-Account | - |
| Wells Fargo | 2224 | Saks Store Sub-Account | - |
| Wells Fargo | 2978 | Saks Store Sub-Account | - |
| Wells Fargo | 2240 | Saks Store Sub-Account | - |
| Wells Fargo | 5523 | Saks Store Sub-Account | - |
| Wells Fargo | 1210 | Saks Store Sub-Account | - |
| Wells Fargo | 214 | Saks Store Sub-Account | - |
| Wells Fargo | 5296 | Saks Store Sub-Account | - |
| Wells Fargo | 6796 | Saks Store Sub-Account | - |
| Wells Fargo | 6227 | Saks Store Sub-Account | - |
| Wells Fargo | 6804 | Saks Store Sub-Account | - |
| Wells Fargo | 6950 | Saks Store Sub-Account | - |
| Wells Fargo | 5253 | Saks Store Sub-Account | - |
| Wells Fargo | 8303 | Saks Store Sub-Account | - |
| Wells Fargo | 5037 | Saks Store Sub-Account | - |
| Wells Fargo | 4233 | Saks Store Sub-Account | - |
| Wells Fargo | 4773 | Saks Store Sub-Account | - |
| Wells Fargo | 7584 | Saks Store Sub-Account | - |
| Wells Fargo | 9320 | Saks Non-Active Account | - |
| Wells Fargo | 9312 | Saks Non-Active Account | - |
| Wells Fargo | 6281 | Saks Non-Active Account | - |
| Cash on Hand | | Total Cash on Hand | 4,981 |
| | | **Total Global Debtors** | **$ 474,431** |

**Notes**
(1) Closed January 2026
(2) Opened January 2026
(3) Opened February 2026

**Saks Global Enterprises LLC, et al (26-90103)**
**MOR 7 - Payments Made To Or On Behalf Of Insiders**
**($ in dollars)**

| | Saks Global (1) | Mercury Aggregator Holdco LLC | Mercury Aggregator LP | HBC GP IV LLC | HBC IV LP | HBC GP LLC | HBC I LP | Saks Global Investor L.P. | HBSFA Holdings Ltd. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Global Debtors - Fiscal month ended February 28, 2026 | | | | | |
| Andrew Woodworth | $ 40,385 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Brandy Richardson | 61,875 | - | - | - | - | - | - | - | - |
| Darcy Penick | 63,462 | - | - | - | - | - | - | - | - |
| Geoffroy van Raemdonck | 115,385 | - | - | - | - | - | - | - | - |
| Ian Putnam | 250,000 | - | - | - | - | - | - | - | - |
| Kimberly Miller | 53,846 | - | - | - | - | - | - | - | - |
| Lana Todorovich | 63,462 | - | - | - | - | - | - | - | - |
| Mike Hite | 46,500 | - | - | - | - | - | - | - | - |
| Sarah Garber | 41,250 | - | - | - | - | - | - | - | - |
| Thomas Obersteiner | 23,827 | - | - | - | - | - | - | - | - |
| Tracy Margolies | 67,500 | - | - | - | - | - | - | - | - |
| **Total Payments Made To Or On Behalf Of Insiders** | **$ 827,490** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

**Notes**

(1) The information set forth on this schedule for Saks Global includes the consolidated presentation of (i) Saks Global Holdings LLC and (ii) any subsidiaries of Saks Global Holdings LLC which are Global Debtors. Information with respect to non-debtor subsidiaries and the SO5 Digital Debtors is excluded from this presentation. Information related to Global Debtors Mercury Aggregator Holdco LLC, Mercury Aggregator LP, HBC GP IV LLC, HBC IV LP, HBC GP LLC, HBC I LP, Saks Global Investor L.P. and HBSFA Holdings LTD is presented separately.