**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**GLOBAL DEBTORS' NOTICE OF ACHIEVEMENT OF MILESTONE AND
ENTRY INTO RESTRUCTURING SUPPORT AGREEMENT**

**PLEASE TAKE NOTICE** that, on February 20, 2026, the Court entered the *Final Order (I) Authorizing the Global Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 917] (the "Final DIP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Global Debtors have entered into a Restructuring Support Agreement with certain members of the Ad Hoc Group. Accordingly, as of the date hereof, the Global Debtors have achieved the milestone set forth in Section 5.12(7) of the OpCo DIP Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that, subject to the terms of the Restructuring Support Agreement and the New Capital Commitment Letter (as defined in the Restructuring Support Agreement), certain members of the Ad Hoc Group have committed to provide $500 million in financing to the Global Debtors upon their emergence from chapter 11.

*[Remainder of Page Intentionally Left Blank]*

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2]   Capitalized terms used but not defined herein shall have the meaning given to them in the Final DIP Order.

Houston, Texas
Dated: April 1, 2026

*/s/ Kelli S. Norfleet*

**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone:  (713) 547 2000
Facsimile:  (713) 547 2600
Email:       kelli.norfleet@haynesboone.com
             kenric.kattner@haynesboone.com
             arsalan.muhammad@haynesboone.com
             kourtney.lyda@haynesboone.com
             david.trausch@haynesboone.com

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Email:       dsinclair@willkie.com
             rspigel@willkie.com
             absmith@willkie.com
             bfeldman@willkie.com
             jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone:  (713) 510-1766
Facsimile:  (713) 510-1799
Email:       jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone:  (312) 728-9123
Facsimile:  (312) 728-9199
Email:       rbennett@willkie.com

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

2

**Certificate of Service**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kelli S. Norfleet*
Kelli S. Norfleet