# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Thursday, April 2, 2026

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| David | Castleman | Otterbourg P.C. | Bank of America as ABL Lender |
| Alejandra | Garcia Castro | Husch Blackwell LLP | Safety National Casualty Corporation |
| Ilayna | Guevrekian | Morrison & Foerster | Official Committee of Unsecured Creditors |
| James | Haithcock | Burr & Forman LLP | Comenity Bank |
| M. Shane | Johnson | Porter Hedges LLP | Ad Hoc Group |
| Robert | LeHane | Kelley Drye & Warren LLP | Brixmor Property Group Inc., Regency Centers, L.P., and Turnberry Associates, GGP Services |
| Abdiel | Lopez-Castro | Hughes Watters Askanase, LLP | Nancy Getz, Creditor |
| Heather | McIntyre | Hughes Watters Askanase, LLP | Nancy Getz |
| David | Trausch | Haynes and Boone | Counsel for Debtors in Possession |
| Clovis | Wong | Kelley Drye & Warren LLP | Brixmor Property Group Inc., Regency Centers, L.P., and Turnberry Associates GGP Services |
| Addie | Wyatt | Burr & Forman LLP | Comenity Bank |