**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90103 (ARP)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1153** |

**CERTIFICATE OF NO OBJECTION
REGARDING GLOBAL DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) AUTHORIZING
THE GLOBAL DEBTORS TO (A) REDACT AND FILE UNDER SEAL
PLEADINGS REGARDING RECEIPT OF A CONFIDENTIAL ARBITRATION
AWARD AND PAYMENT OF RELATED ATTORNEYS' FEES AND (B) REDACT
FROM ALL OTHER DOCUMENTS FILED WITH THE COURT INFORMATION
RELATED TO THE ARBITRATION; AND (II) GRANTING RELATED RELIEF**

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas* (the "Complex Procedures"), the undersigned counsel hereby certifies as follows:

1.      On March 11, 2026, the Global Debtors filed the *Global Debtors' Motion for Entry of an Order (I) Authorizing the Global Debtors to (A) Redact and File Under Seal Pleadings Regarding Receipt of a Confidential Arbitration Award and Payment of Related Attorneys' Fees and (B) Redact from All Other Documents Filed with the Court Information Related to the Arbitration; and (II) Granting Related Relief* [Docket No. 1153] (the "Motion") with this court

---

[1]     A complete list of Saks Global Enterprises LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

(the "Court").  Attached to the Motion was a proposed form of order granting the relief requested [Docket No. 1153-1] (the "Proposed Order").

2.      Any objections or responsive pleadings to the Motion were required to be filed on or before April 1, 2026 (the "Response Deadline").

3.      In accordance with paragraph 44 of the Complex Procedures, the undersigned counsel represents that (a) the Response Deadline has passed, (b) the undersigned counsel is unaware of any objection to the Motion, and (c) the undersigned counsel has reviewed the Court's docket and no objection/response to the Motion appears thereon.

4.      Accordingly, the Debtors respectfully request that the Court grant the Motion and enter the Proposed Order attached hereto.

*[Remainder of page intentionally left blank]*

Houston, Texas
Dated: April 2, 2026


*/s/ Kelli S. Norfleet*
**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone:(713) 547-2000
Facsimile: (713) 547-2600
Email: kelli.norfleet@haynesboone.com
        kenric.kattner@haynesboone.com
        arsalan.muhammad@haynesboone.com
        kourtney.lyda@haynesboone.com
        david.trausch@haynesboone.com


*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Kelli S. Norfleet_
Kelli S. Norfleet