**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

## GLOBAL DEBTORS' NOTICE OF FILING REVISED PROPOSED ORDER

PLEASE TAKE NOTICE that, on March 15, 2026, the Global Debtors filed the *Global Debtors' Motion for Entry of an Order (I) Authorizing the Assumption of Executive Employment Agreements and (II) Granting Related Relief* [Docket No. 1218] (the "Motion"), which included an original proposed order granting the Motion [Docket No. 1218-6] (the "Original Proposed Order").

PLEASE TAKE FURTHER NOTICE that the Global Debtors hereby submit the attached revised form of proposed order granting the Motion (the "Revised Proposed Order").

PLEASE TAKE FURTHER NOTICE that a redline comparing the Original Proposed Order to the Revised Proposed Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that copies of the Motion as well as all other documents filed in these Chapter 11 Cases may be obtained free of charge by visiting https://cases.stretto.com/Saks/.  Copies of any pleadings or papers filed with the Court may also

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Houston, Texas
Dated: April 6, 2026

/s/ David Trausch

**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone:(713) 547 2000
Facsimile: (713) 547 2600
Email:     kelli.norfleet@haynesboone.com
           kenric.kattner@haynesboone.com
           arsalan.muhammad@haynesboone.com
           kourtney.lyda@haynesboone.com
           david.trausch@haynesboone.com

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:(212) 728-8000
Facsimile: (212) 728-8111
Email:     dsinclair@willkie.com
           rspigel@willkie.com
           absmith@willkie.com
           bfeldman@willkie.com
           jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone:(713) 510-1766
Facsimile: (713) 510-1799
Email:     jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone:(312) 728-9123
Facsimile: (312) 728-9199
Email:     rbennett@willkie.com

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

*Co-Counsel to the Global Debtors*
*and Global Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/ David Trausch*
David Trausch