**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING REVISED CASE CAPTION**

[Related to Docket Nos. 5 & 46]

This Stipulation and Agreed Order authorizing the Debtors to revise the case caption and lead case in the case of *In re Saks Global Enterprises LLC*, Case No. 26-90103 (ARP) (the "Stipulation and Agreed Order"), pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code"), is entered into by and among, (a) Saks Global Enterprises LLC and its reorganized and liquidating, as the case may be, debtor affiliates (collectively, the "Debtors"), including the SO5 Digital Wind-Down Debtors[2] through Mark Smith, the Plan Administrator of the SO5 Digital Wind-Down Debtors (the "Plan Administrator") and their "sole director, manager, officer and fiduciary, as applicable" under Art. IV.D.2.(a) of the SO5 Digital Debtors' Plan, (b) the

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks. The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281. Bradley Arant Boult Cummings LLP is counsel for the following Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively, the "SO5 Digital Debtors"). Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

[2] "Debtors" includes, collectively, the Global Debtors and the SO5 Digital Debtors. The "Reorganized Global Debtors" refers to the Global Debtors following the effective date of their chapter 11 plan of reorganization (the "Global Debtors' Plan"). A copy of the Global Debtors' Plan can be found at docket no. 2678, Exh. A. The "SO5 Digital Wind-Down Debtors" refers to the SO5 Digital Debtors following the effective date of their chapter 11 plan of liquidation (the "SO5 Digital Debtors' Plan"). A copy of the SO5 Digital Debtors' Plan can be found at docket no. 2656. Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Global Debtors' Plan or the SO5 Digital Debtors' Plan, as applicable.

SO5 Digital Debtors Liquidation Trust (the "SO5 Trust"), by Alan D. Halperin, its Trustee (the "SO5 Trustee"), and (c) the Litigation Trust for the Reorganized Global Debtors, by Thomas A. Pitta, solely in his capacity as its Litigation Trustee (the "Litigation Trustee," and, together with the Reorganized Global Debtors, the SO5 Digital Wind-Down Debtors, the Plan Administrator, the SO5 Trust and the SO5 Trustee, the "Parties").

## RECITALS

**WHEREAS**, on January 13, 2026 (the "Petition Date") and January 14, 2026, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

**WHEREAS**, venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409;

**WHEREAS**, on January 14, 2026, the Debtors filed, among other things, the *Debtors' Joint Emergency Motion for Entry of Order (I) Authorizing the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 5] (the "Joint Administration Motion");

**WHEREAS**, on January 14, 2026, the Court granted the Joint Administration Motion [Docket No. 46];

**WHEREAS**, on June 5, 2026, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement, (II) Confirming the Third Amended Joint Chapter 11 Plan of Saks Global Enterprises LLC and Its Global Debtor Affiliates, and (III) Granting Related Relief* [Docket No. 2678];

**WHEREAS**, on June 5, 2026, the Court entered the *Findings of Fact, Conclusions of Law and Order Approving the SO5 Digital Debtors' Disclosure Statement on a Final Basis and Confirming the Second Modified Joint Chapter 11 Plan of Liquidation* [Docket No. 2683] and, on

June 7, 2026, the Court entered the *Corrected Findings of Fact, Conclusions of Law and Order Approving the SO5 Digital Debtors' Disclosure Statement on a Final Basis and Confirming the Third Modified Joint Chapter 11 Plan of Liquidation* [Docket No. 2687];

**WHEREAS**, on June 15, 2026, the SO5 Digital Debtors' Plan became effective. *See* Docket No. 2761 (the "SO5 Digital Debtors' Effective Date");

**WHEREAS**, pursuant to the terms of the SO5 Digital Debtors' Plan, on the SO5 Digital Debtors' Effective Date, the Plan Administrator was appointed the SO5 Digital Wind-Down Debtors' "sole director, manager, officer and fiduciary, as applicable" under Art. IV.D.2.(a) of the SO5 Digital Debtors' Plan, and pursuant to a Liquidation Trust Agreement, the SO5 Trust was established, all of the remaining assets of the SO5 Digital Wind-Down Debtors were transferred to the SO5 Trust, and the SO5 Trustee was appointed as trustee of the SO5 Trust;

**WHEREAS**, on June 26, 2026, the Global Debtors' Plan became effective. *See* Docket No. 2870;

**WHEREAS**, the Global Debtors have relocated from the 31st floor to the 27th floor of the commercial space located at 225 Liberty Street, New York, NY 10281;

**WHEREAS** the Reorganized Global Debtors intend to close the chapter 11 cases of all of the Global Debtors, solely for administrative purposes, except for the case of *In re Saks Global Holdings LLC*, Case No. 26-90108 (ARP);

**WHEREAS**, the Parties seek to update the consolidated case caption to reflect the foregoing;

**WHEREAS**, as a result of discussions between the Parties, the Parties stipulate to the terms embodied in this Stipulation and Agreed Order, which the Parties believe are fair, reasonable, and in the best interests of the Debtors, their estates, and all parties in interest; and

**WHEREAS**, the Parties have authority to enter into this Stipulation and Agreed Order, and each Party represents that its undersigned counsel is duly authorized to execute this Stipulation and Agreed Order on its behalf.

**NOW, THEREFORE**, the Parties hereby stipulate and agree and, upon entry by the Court, it is **ORDERED** that:

1. The consolidated case caption in these chapter 11 cases shall be updated as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL HOLDINGS LLC, *et al.*,[1] | Case No. 26-90108 (ARP) |
| Post-Effective Date Debtors. | (Jointly Administered) |

[1] A complete list of Saks Global Holdings LLC and its post-chapter 11 plan effective date debtor affiliates, as reorganized or liquidating debtors, as the case may be, in the above-captioned cases (collectively, the "Debtors"), may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Saks. The "SO5 Digital Wind-Down Debtors" are Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC. The service address for the SO5 Digital Wind-Down Debtors is SO5 Digital Wind-Down Debtors c/o Mark Smith, 4893 Lewis Road – Suite A Stone Mountain, GA 30083 and the service address for the SO5 Digital Debtors Liquidation Trust is SO5 Digital Debtors Liquidation Trust c/o Halperin Battaglia Benzija, LLP, 40 Wall Street, 37th Floor, New York, NY 10005. Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are co-counsel for the remaining reorganized Debtors (collectively, the "Reorganized Global Debtors"). The location of Saks Global Holdings LLC's corporate headquarters and the Reorganized Global Debtors' service address in these chapter 11 cases is 225 Liberty Street, 27th Floor, New York, NY 10281.

2. The Clerk of the Court shall make docket entries, substantially similar to the following, on the docket of each of these chapter 11 cases, other than the chapter 11 case of Saks Global Holdings LLC, to reflect the revised lead case:

> An order has been entered in this case directing that all further filings will occur in the case of Saks Global Holdings LLC, Case No. 26-90108 (ARP). **All further pleadings and other papers shall be**

**filed in and all further docket entries shall be made in Case No. 26-90108 (ARP).**

3. The Debtors are authorized to take any action necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Stipulation and Agreed Order without seeking further order of the Court.

4. Any Federal Rule of Bankruptcy Procedure or Bankruptcy Local Rule that might otherwise delay the effectiveness of this Stipulation and Agreed Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

5. The Court shall retain exclusive jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

Signed: ___________, 2026
Houston, Texas

______________________________
ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE

[*Signature pages follow*]

**STIPULATED AND AGREED TO THIS 28TH DAY OF AUGUST 2026:**

*/s/ Kourtney P. Lyda*
**HAYNES AND BOONE, LLP**
Kelli S. Norfleet (TX Bar No. 24070678)
Kenric D. Kattner (TX Bar No. 11108400)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney P. Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: kelli.norfleet@haynesboone.com
kenric.kattner@haynesboone.com
arsalan.muhammad@haynesboone.com
kourtney.lyda@haynesboone.com
david.trausch@haynesboone.com

*Co-Counsel to the Reorganized Global Debtors*

**WILLKIE FARR & GALLAGHER LLP**
Debra M. Sinclair (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: dsinclair@willkie.com
rspigel@willkie.com
absmith@willkie.com
bfeldman@willkie.com
jgraber@willkie.com

-and-

Jennifer J. Hardy (TX Bar No. 24096068)
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com

-and-

Ryan Blaine Bennett (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9123
Facsimile: (312) 728-9199
Email: rbennett@willkie.com

*Co-Counsel to the Reorganized Global Debtors*

**BRADLEY ARANT BOULT CUMMINGS LLP**
*/s/ Michael K. Riordan*
Jarrod B. Martin (TX Bar No. 24070221)
Michael K. Riordan (TX Bar No. 24070502)
Raneen I. Abdelghani (TX Bar No. 24140759)
Asiya Khan (TX Bar No. 24139763)
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0300
Facsimile: (713) 547-0301
Email: jbmartin@bradley.com
mriordan@bradley.com

-and-

James B. Bailey (TX Bar No. 24108289)
1819 Fifth Avenue N.
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 488-6913
Email: jbailey@bradley.com

-and-

Alexandra E. Dugan (admitted *pro hac vice*)
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 252-4638
Facsimile: (615) 252-4705
Email: adugan@bradley.com

*Counsel to the Plan Administrator*

*/s/ Debra J. Cohen*
**HALPERIN BATTAGLIA BENZIJA, LLP**
Debra J. Cohen (admitted *pro hac vice*)
Donna H. Lieberman (admitted *pro hac vice*)
40 Wall Street – 37th Floor
New York City, New York 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: dcohen@halperinlaw.net
dlieberman@halperinlaw.net

*Co-Counsel to the SO5 Trustee*

*/s/ Aaron Davidson*
Aaron Davidson, Esq. (Texas Bar No. 24007080
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
Email: iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

- *and* –

Justin R. Bernbrock, Esq. (admitted *pro hac vice*
Catherine Jun, Esq. (admitted *pro hac vice*)
Matthew T. Benz, Esq. (admitted *pro hac vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: (312) 499-6300
Facsimile: (312) 499-6301
Email: jbernbrock@sheppard.com
cjun@sheppard.com
mbenz@sheppard.com

Jennifer L. Nassiri, Esq. (admitted *pro hac vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email: jnassiri@sheppard.com

Alyssa Paddock, Esq. (admitted *pro hac vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: apaddock@sheppard.com

*Counsel to the Litigation Trustee for the Litigation Trust*

**Certificate of Service**

I certify that on the date hereof, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' claims agent.

*/s/ Kourtney P. Lyda*
Kourtney P. Lyda